**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2004

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

THE UNITED STATES OF AMERICA, )
*ex rel.* NORMAN RILLE and NEAL )
ROBERTS, )
       )
         Plaintiff, )
       )
       vs. )
       )
ELECTRONIC DATA SYSTEMS )
CORPORATION, a Delaware )
Corporation; SUN MICROSYSTEMS, )
INC., a Delaware Corporation; and )
DELL INC., a Delaware Corporation, )
       )
         Defendants. )
       )

Case No. **4 -04   CV00000986 GTE**

FILED UNDER SEAL
PURSUANT TO 31 U.S.C. § 3729, *et seq.*

This case assigned to District Judge ____Eisele____
and to Magistrate Judge _____

## COMPLAINT FOR VIOLATIONS
## OF FALSE CLAIMS ACT

Plaintiff, United States of America, for claims against Defendants, complains and alleges

as follows:

### NATURE OF ACTION

1.     This is an action brought pursuant to the False Claims Act (31 U.S.C. § 3729, *et*

*seq.*) through Norman Rille ("Rille") and Neal Roberts ("Roberts") as Relators ("Relator(s)"),

pursuant to 31 U.S.C. § 3730(b), (the "FCA") for and on behalf of the United States of America.

1

## United States Procurement of Technology, Hardware and Software

2. Over the last 10 years, the United States Government, along with its departments and subdivisions ("the United States Government" or "the Government"), has embarked on a substantial effort to modernize and transform its operations. The United States Government has and does contract with consulting companies, which purport to be skilled in converting and integrating government systems and/or providing information technical services ("Systems Integration Consultants"). Such conversion and implementation requires the Government's procurement of substantial technology hardware, software and technical services from various technology companies ("Technology Vendors"); and, it has required the Government's expenditure of billions of dollars. Indeed, Government spending on information technology services and products constitutes as much as $150 billion annually, or 20 percent of combined commercial and Government information technology sales. Technology Vendors send tens of thousands of proposals to the Government yearly, seeking to capture some of these Government dollars. The Systems Integration Consultants, who are entrusted and retained to act as the Government's independent third party objective advisors, are to assist the Government in determining the most appropriate hardware and software systems and in the integration of the computer systems and networks, all to meet the Government's ever growing needs.

3. Contracts have been entered into between Systems Integration Consultants and the United States Government pursuant to Anti-Kickback provisions, 41 U.S.C. §51 *et seq.*, Federal Acquisition Regulations ("FARs"), and Truth in Negotiations Act ("TINA") provisions, 10 U.S.C. § 2306 *et seq.* These laws and regulations, the False Claims Act, and the contracts themselves, all prohibit kickbacks and require Systems Integration Consultants and Technology

2

Vendors to be truthful in negotiations, and to certify that the cost or pricing data they proffer to the Government is current, accurate, and complete.

## Systems Integration Consultants and Technology Vendors have Established Alliances to Capture United States Government Dollars

4.     In order to increase market share in Government work, Systems Integration Consultants have established relationships, and routinely use those relationships, with other Systems Integration Consultants and with Technology Vendors, among others, in what have become known as "teams," "strategic alliances," or "alliance teams," ("Alliance(s)" or "Alliance Team(s)" or "Alliance Partner(s)"). The Systems Integration Consultants cooperate nearly exclusively with their Alliance Technology Vendors and other System Integration Consultants to submit proposals, and to consummate sales to the United States Government.

## Systems Integration Consultants and Technology Vendors Have Entered into Conspiracies to Give and Receive Kickbacks and Conceal Them

5.     Plaintiff, the United States Government, alleges that over the last ten (10) years and continuing up to the date of trial (the "Relevant Time Period"), Defendants, Systems Integration Consultants, have exploited the trust the Government has reposed in them to act as independent third party objective advisors, and have destroyed their independence by using their Alliance relationships to enrich themselves through a kickback scheme. More particularly, the Systems Integration Consultants and Technology Vendors have entered into conspiracies between and among themselves wherein they offer and pay such kickbacks between and among themselves in the nature of "referral fees," "influencer fees," "SI Comp fees," "reseller fees," and profits to an entity partially owned by the Systems Integration Consultant, or other benefits ("Kickbacks" or "Kickback Scheme"). Such Kickbacks are given to Systems Integration

3

Consultants for their referral or recommendation to the Government of other Systems Integration

Consultants and/or Alliance Technology Vendors, and/or for assisting Alliance Technology

Vendors or other Systems Integration Consultants in obtaining contracts or subcontracts with the

United States.

6.      These conspiratorial agreements to pay and/or receive such Kickbacks were and

are a prerequisite to the inclusion of a Systems Integration Consultant and/or Technology Vendor

in an Alliance Team or Alliance Partner relationship with the Systems Integration Consultants.

Also, in the furtherance of the Kickback Scheme and conspiracy, many of Defendants, Systems

Integration Consultants, created partially or wholly-owned resellers of Technology Vendor

products ("Reseller(s)"), which such Systems Integration Consultants used to retain the

Kickbacks, and/or used as conduits to funnel the Kickbacks to themselves. The Systems

Integration Consultants and Alliance Technology Vendors also have agreed that their Kickback

Scheme was and is to be kept confidential. As a result, hundreds of millions of dollars of

Kickbacks were sought, received, offered and paid between and among the Systems Integration

Consultants and the Alliance Technology Vendors in violation of the False Claims Act and other

federal statutes and regulations. In furtherance of this Kickback Scheme and conspiracy,

Defendants, and each of them, expressly or impliedly  represented or certified to the Government

that they complied with various Anti-Kickback statutes, FARs, and TINA when, in fact, they had

not, and do not, comply with such laws and regulations. Again, this resulted in the making of

false claims in breach of the FCA to the Government in connection with their Systems

Integration Consultants and/or Technology Vendor contracts.

4

## PARTIES, JURISDICTION AND VENUE

7.      Electronic Data Systems Corporation ("EDS") is a Delaware corporation doing business in the State of Arkansas, and more particularly within the geographical limits of the United States District Court, Central District, State of Arkansas. During the Relevant Time Period, EDS and its predecessors and successors were (directly or through subsidiaries, affiliates or assigns), and/or are acting as Systems Integration Consultants for the United States Government.

8.      Sun Microsystems, Inc. ("Sun Microsystems") is a Delaware corporation doing business in the State of Arkansas, and more particularly within the geographical limits of the United States District Court, Central District, State of Arkansas. During the Relevant Time Period, Sun Microsystems was and/or is a vendor of hardware and software technology and technical services.

9.      Dell Inc. ("Dell") is a Delaware corporation doing business in the State of Arkansas, and more particularly within the geographical limits of the United States District Court, Central District, State of Arkansas. During the Relevant Time Period, Dell was and/or is a vendor of hardware and software technology and technical services.

10.     Jurisdiction of this Court is founded upon 28 U.S.C. § 1331, 28 U.S.C. § 1345, 31 U.S.C. § 3729 and 31 U.S.C. § 3732(a) inasmuch as the United States of America is a party hereto and the claims set forth herein are founded upon a law of the United States of America.

11.     Venue lies in this District pursuant to 28 U.S.C. § 1391(b), 31 U.S.C. § 3729 and 31 U.S.C. § 3732(a) inasmuch as one or more of the Defendants can be found, resides and/or transacts business within this district of the State of Arkansas; and more specifically, Defendants

5

Sun Microsystems and Dell transact business within this district of the State of Arkansas, and in addition, Defendants Sun Microsystems and Dell were and are Alliance Partners or Alliance Teammates and co-conspirator with EDS in some of the acts alleged herein, which were and caused the making of false claims under the FCA, and also by virtue of violations of the Anti-Kickback statutes, FARs and TINA, and/or that said conspiracy between Defendants EDS, Sun Microsystems, and Dell was entered into within this district of the State of Arkansas and/or acts pursuant to the conspiracy occurred from within this district of the State of Arkansas, and/or false records/statements/certifications/claims were made or caused to be made from within this district of the State of Arkansas, and/or Defendants performed or are to perform contract work with the Government within this district, and/or were paid from the Government or to the Defendants within this district of the State of Arkansas.

12.     Relators have previously made a voluntary disclosure of the wrongdoing referred to herein to the United States Government pursuant to U.S.C. § 3730(e)(4)(B).

## FACTUAL BACKGROUND

### Defendants' Kickback Scheme

13.     Plaintiff alleges that during the Relevant Time Period, EDS engaged in the business of Systems Integration Consulting, and Defendants Technology Vendors, Sun Microsystems and Dell, as part of their businesses, engaged in the business of selling software/hardware and technical services. All of the Defendants and the Alliance Technology Vendors, including, but not limited to, virtually all of the major sellers of hardware and software technology in the United States along with Acxiom Corporation ("Acxiom"), Avanade, Commerce One, Dell, EMC Corporation ("EMC"), Hewlett-Packard Company ("HP"),

International Business Machines, Inc. ("IBM"), Informatica Corporation ("Informatica"), J.D. Edwards & Company ("J.D. Edwards"), Manugistics Group, Inc. ("Manugistics"), Microsoft Corporation ("Microsoft"), NCR Corporation ("NCR"), Oracle Corporation ("Oracle"), PeopleSoft, Inc. ("PeopleSoft"), SAP Systems Integration AG ("SAP"), SeeBeyond, Sun Microsystems, Unisys Corporation ("Unisys"), answerFriend, Asera, Inc. ("Asera"), BEA Systems, Inc. ("BEA Systems"), Blue Martini Software, Inc. ("Blue Martini"), Broadvision, Inc. ("Broadvision"), Cognos, Incorporated ("Cognos"), Jamcracker, Inc. ("Jamcracker"), Kalido Ltd. ("Kalido"), Kana Software, Inc. ("Kana"), Plumtree Software, Inc. ("Plumtree"), Seisint, Inc. ("Seisint"), Teradata, Top Tier Software, Inc. ("Top Tier") and Vignette Corporation ("Vignette"), and their affiliates, predecessors, successors in interest, and subsidiaries, entered into contracts with the United States Government, under the terms of which, and/or by virtue of law or regulation required them to comply with the False Claims Act, Anti-Kickback statutes, FARs, and TINA.

14.    During the Relevant Time Period, Defendants, their Alliances, and each of them, in violation of their contracts with the United States Government, established Alliance relationships between themselves as Systems Integration Consultants and/or Technology Vendors, wherein Kickbacks were sought, received, offered and paid between and among them for referring, recommending, and/or assisting the Systems Integration Consultants and their Alliance Technology Vendors in obtaining contracts and/or subcontracts with the United States Government.

15.    Defendants had and have actual knowledge that their representations, negotiations, statements, records, claims, invoices for payment and certification of compliance

7

(express or implied) with the Anti-Kickback statutes, FARs, and TINA were false, and/or acted in reckless disregard for their truth, or acted with deliberate ignorance of their falsity.

16. Defendants, directly or indirectly, submitted false claims for payment to the United States Government and expressly or impliedly made statements, records and certifications of compliance in support of such claims, and in violation of the FCA, and also in violation of the Anti-Kickback statutes, FARs, and TINA.

## RELATOR RILLE'S DIRECT AND INDEPENDENT KNOWLEDGE

17. Based on the following experiences, communications and documents seen during his employment at NCR and Accenture, Relator Rille learned that the Alliance Technology Vendors' relationship with Systems Integration Consultants meant that, as a policy and practice, Kickbacks were sought, received, offered and paid between the Systems Integration Consultants and their Alliance Technology Vendors. These Kickbacks included "referral fees," "influencer fees," "SI Comp fees," or "reseller fees" in the form of monies, commissions, free or discounted products or other things or services of value. For example, these Kickbacks were and are being paid to Accenture for referring, or recommending, and/or for assisting Alliance Technology Vendors in obtaining contracts or subcontracts with the United States.

18. Also, Relator Rille learned during his employment with NCR and Accenture that such fees, and the receipt and payment of such fees, which were the subject of the Kickback Practice, were always to be kept confidential, and never to be disclosed to customers. Likewise, Relator Rille learned during his employment with NCR and Accenture that the Alliance relationships of Accenture (which implemented the Kickback Practice) included all the major sellers of hardware and software in the United States along with Avanade, Commerce One,

8

EMC, HP, IBM, Informatica, J.D. Edwards, Manugistics, Microsoft, NCR, Oracle, PeopleSoft,

SAP, SeeBeyond, Sun Microsystems, Unisys, answerFriend, Asera, BEA Systems, Blue Martini,

Broadvision, Cognos, Jamcracker, Kalido, Kana, Plumtree, Seisint, Teradata, Top Tier and

Vignette and their affiliates, predecessors, and successors in interest. Based on the documents

received and the statements made to Relator Rille, he has concluded that Alliance relationships

meant that all the major Systems Integration Consultants and Technology Vendors were and are

engaged in the same Kickback Scheme and associated conspiracies.

19.    In approximately 1991, Norman Rille started working as a Director of Product

Support for Teradata Corporation, which was subsequently acquired by NCR. Over the

following years he progressed to the position of Senior Product Manager. In approximately

1996, Lars Nyberg took over as Chief Executive Officer at NCR, and advised the NCR

personnel, including Relator Rille, that NCR was going to change their marketing strategy to

aggressively "go to market through Alliance Partners," who were Systems Integration

Consultants, and that they were going to create Alliance relationships with all the major Systems

Integration Consultants. Mark Herd, VP of Marketing, and Dale Hazel, Relator Rille's superior,

also repeated those same messages in various group NCR meetings that Relator Norman Rille

attended. As Relator Rille was about to leave NCR for Coopers & Lybrand, John Catozzi, Lead

Architect for Teradata database software at NCR, told Relator Rille that because NCR was

establishing Alliances with all of the major Systems Integration Consultants, including

Accenture, Relator Rille's knowledge of the Teradata products would put him in good stead not

only with Coopers & Lybrand, but also with all the other large Systems Integration Consultants.

When Relator Rille left NCR in 1998, he did not understand at that time that an Alliance

9

relationship would include the payment of "referral fees," "influencer fees," "SI Comp fees," or "reseller fees." Such an understanding would later follow.

20.     After employment at Coopers & Lybrand, which became PricewaterhouseCoopers, Relator Rille began employment in late 2000 at Andersen Consulting LLP, which soon thereafter became Accenture, as a Senior Manager in the Information Delivery Architecture group, with special focus on data warehousing and business intelligence technologies. While working for Accenture, Relator Rille was advised that it was Accenture's policy and practice to seek and obtain "referral fees," "influencer fees," "SI Comp fees," or "reseller fees" in the form of monies, commissions, free or discounted products or other things or services of value for referring, recommending or assisting Accenture's Alliance Technology Vendors in obtaining contracts or subcontracts with the United States. He learned this when he asked the Alliance Services Manager, Mark Barry, the following: "Mark, can you tell me why these phone contacts are required? Who is it helping?" Mark Barry replied that, among other things, it was to improve the "job economics" for Accenture, thereby affirming the Kickback Scheme. See a copy of Mark Barry's e-mail confirming this which is attached as Exhibit "A."

21.     While working for Accenture, Relator Rille was involved in a job with A.G. Edwards, wherein he learned more about the extent of Accenture's Alliance relationships. He was told by Mark Barry, Alliance Services Manager, and Jeff Gans, Manager of Engagement Economics for Accenture on the A.G. Edwards job, that Accenture's Alliance relationships included virtually all of the major sellers of hardware and software in the United States.

22.     While still at Accenture, Relator Rille received copies of documents, which confirm that Accenture had established Alliance relationships with many of the hardware and

software vendors. Relevant portions of some of the Accenture documentation and Technology Vendor documentation on this subject are attached as Exhibit "B." They list as Accenture Alliance partners: Avanade, Cognos, Commerce One, EMC, HP, IBM, Informatica, J.D. Edwards, Microsoft, NCR, Oracle, PeopleSoft, SAP, SeeBeyond, Sun Microsystems, answerFriend, Asera, BEA Systems, Blue Martini, Broadvision, Cognos, Jamcracker, Kalido, Kana, Plumtree, Seisint, Teradata, Top Tier and Vignette.

23.    During his Accenture employment, Relator Rille also received a copy of an Accenture-NCR document entitled "Master Reseller Agreement" between NCR as the vendor and Accenture and Proquire jointly as a Reseller. It also includes a Referral Form and express provisions for payment of referral fees to Accenture by NCR, confirming the existence of both the Kickback Scheme and its accompanying conspiracies. The Referral Form provides in relevant part:

### "Master Reseller Agreement

**THIS MASTER RESELLER AGREEMENT**, effective as of April 13, 2001 (the "Effective Date"), is made and entered into by and between:

**ACCENTURE LLP**, an Illinois limited liability partnership ("Accenture"), and Proquire LLC, a Delaware limited liability company ("Proquire"), each having an office at 100 South Wacker Drive, Chicago, Illinois 60606, (Accenture and Proquire are individually and collectively referred to herein as "Reseller" and "you") and

**NCR Corporation**, a corporation organized and existing under the laws of the State of Maryland, USA, with its principal offices at 1700 South Patterson Blvd., Dayton, Ohio USA ("NCR").

**PURPOSE**
The purpose of this Agreement is to document the understanding between NCR and you with respect to: . . .

• NCR's and your role in referring, selling and delivery of support Service . . . ."

11

". . . If NCR is the Referred Party and if this Referral Form is accepted by NCR, NCR agrees to pay you the following referral fee in accordance with the Joint Referral Agreement:

_____

If you are the Referred Party and if this Referral Form is accepted by you, you agree to pay NCR the referral fee specified in the Joint Referral Agreement. . . ."

A copy of the most pertinent parts of this documentation is attached as Exhibit "C."

24.     Relator Rille was also sent an e-mail confirming that NCR had paid, for one calendar year alone, referral fees or reseller fees to Accenture of "around $750,000" in connection with their Alliance relationship, and for referring Accenture's consulting clients to NCR for hardware/software sales.   See a copy of said e-mail attached as Exhibit " D." This e-mail also outlines the referral/reseller fee arrangements and software discounts available to NCR's Alliance partners as follows:

| | |
|---|---|
| "Reseller Agreement | 20-30% |
| SI Compensation Agreement | up to 8% SI Compensation for new footprints, and, up to 5% for repeat customers |
| Professional Services Subcontracting | Case by case" |

25.     While still working for Accenture, Relator Rille again spoke with Jeff Gans, Manager of Engagement Economics for Accenture on the A.G. Edwards job, about NCR's involvement in the A.G. Edwards engagement.   At that time, Jeff Gans identified the Alliance channel as an important source of enhancement of Accenture's revenues on the A.G. Edwards engagement.

26.     Kevin Messer, Accenture's Senior Manager in Government Services, the division that focuses on contracts with the Government, asked Relator Rille to draft a presentation,

describing NCR's Teradata product, and its application in the business intelligence field for Government projects. This presentation included a section that outlined the NCR-Accenture Alliance terms, and was entitled: "Teradata and Accenture: The Business Partnership." A copy of relevant portions of this document is attached as Exhibit "E." Before being confidentially distributed internally, this document was reviewed and approved by Kevin Messer, and Nancy Mullen, who was an Accenture Associate Partner and also Accenture's Lead for Capability Development, among other titles. A similar document, authored by Accenture personnel, approved by Nancy Mullen, and received by Relator Rille, is entitled "NCR Teradata-Accenture Alliance Credentials Deck 12/5/2001." Key and relevant portions of this document are attached as Exhibit "F" and include in part as follows:

> " . . . **NCR & Accenture - Agreement Points**
>
> - **Resale Discounts:**
>   - 20-30% on licenses from list price
> - **Service Integrator Compensation (SI Comp):**
>   - **Up to 8% SI Comp (Systems Integrator Compensation)** for new footprints and up to 5% for repeat customers . . ."

27.     On approximately March 27, 2001, while still employed at Accenture, Relator Rille received a document from NCR entitled "Partner Update," which is attached as Exhibit "G." This document identifies some of the NCR partners, known as "Team Teradata Members" as follows: Accenture, Cap Gemini Ernst & Young ("CGE&Y"), Deloitte, EDS, Hitachi, and iMC, among others.

13

28.     Additionally, while at Accenture, Relator Rille received a document from SeeBeyond, which was owned in part by Accenture, describing Accenture's Alliance relationship with SeeBeyond. This SeeBeyond document, which is attached in part as Exhibit "H," confirms that Accenture seeks and receives, and SeeBeyond, pays, "referral fees," "reseller fees," provides discounted or free training, software and installation to its Alliance Partners. This document also specifies the terms of the Kickback Scheme with Accenture as follows:

"...   **Our Business Relationship**

■ **Equity Position – 3%**

■ **SeeBeyond Board Seat – Jack Wilson, Accenture Partner**

■ **Strategic eAI Alliance**

■ **Incentive Program**

- Up to 15% paid to engagement ream where SeeBeyond is part of the solution

■ **Global Marketing Agreement**

- Referral Agreement – 10%

- Reseller Agreement – 20%

- Discounted Training FY '01 for e*Gate; Free for e*Xchange

- Accenture Trained 300 in 2000. Plan for 2001 is 600.

■ **Solution Center Enablement**

- Free software and installation . . ."

This SeeBeyond document also identifies other companies likely involved in the Kickback Scheme and associated conspiracies including, but not limited to, Accenture, Booz-Allen

14

Hamilton, Calico, Cap Gemini Ernst & Young, Clarify, Computer Sciences Corporation,

Control, DataChannel, EDS, Firepond, i2 Technologies, NetVendor, Oracle, PeopleSoft, Perot

Systems, PricewaterhouseCoopers, Propelis, Remedy Corporation, SAP, SeeBeyond, Sequoia

Software, Siebel, Swift Ready Gold Middleware, Vignette, and Wavbond.

29.     Relator Rille learned that Accenture has been including such Alliance

Technology Vendors in contracts with the United States Government through various

communications and documents he received while at Accenture. For example:

- •       Exhibit "H," numbered page 8 identifies the federal Defense Logistics
  Agency ("DLA") and federal State Department as joint clients of
  Accenture and SeeBeyond.

- •       Exhibit "I," entitled "Response for: United States Transportation
  Command (USTRANSCOM)" dated July 18, 2001, page 5, represents that
  Accenture has "15 subcontractors and 3 Alliance partners integrated into a
  cross-functional team" for this Government project.

- •       The second to the last page of Exhibit "D," identified above is an e-mail
  from Viney K. Kaushal, Accenture Global Alliance Manager, regarding
  the "significant activities with regard to the NCR Teradata Alliance
  relationship" with Accenture. It identifies "CURRENT & RECENT
  CLIENTS ENGAGEMENTS (Joint Wins)" for the Accenture NCR
  Alliance, expressly references federal Government contracts for "US
  Postal Service, Air Force Test & Development, NAVAIR, FAA, US Air
  Force EDW (Just Revived) and US Air Force First."

15

- The last page of Exhibit "D" states that the amount of the Accenture Resale/SI Comp Revenue [Kickback] from NCR on the US Postal Service contract is To Be Decided; "TBD (Recently Awarded)." Other entries on this same page confirm that approximately $1.2 million was received by Accenture as Resale/SI Compensation Revenue [Kickback] during the year 2000-2001.

- Exhibit "J" is an Accenture document summarizing the involvement of Accenture and its Alliances Team on the business systems modernization engagement for the federal Government's Defense Logistics Agency. Among others, the document identifies Alliance companies as follows: "SAP, Manugistics, and Unisys." Additionally, Exhibit "I" describes the subcontractors and Technology Vendors as part of Accenture's "cross-functional team."

- Exhibit "K," attached and entitled "Oracle S/W Pricing for GTN21" is an Accenture internal worksheet prepared in support of Accenture's proposal for work on the federal project entitled Global Transportation Network for the 21st Century. Significantly, it shows a deeper discount from Oracle to Accenture than to the federal Government on this federal contract.

## RELATOR ROBERT'S DIRECT AND INDIRECT KNOWLEDGE OF THE KICKBACK SCHEME

30.    Relator Roberts, a prior partner with Deloitte, and Coopers & Lybrand, which became PricewaterhouseCoopers, has investigated the conduct of Systems Integration

16

Consultants and Technology Vendors. As part of his investigation, he has spoken to various retired and current partners of Systems Integration Consultants, also including partners with his prior firms. In the process, he learned that the Alliance relationships between Systems Integration Consultants and Technology Vendors meant that it is an industry-wide practice for all of the Systems Integration Consultants to seek and receive, and for the Alliance Technology Vendors to pay, Kickbacks to the Systems Integration Consultants as part of the Kickback Scheme and conspiracy alleged herein.

31.     He learned that these Kickbacks were "referral fees," "influencer fees," "SI Comp fees," or "reseller fees" in the form of monies, commissions, free or discounted products or other things or services of value that were and are being paid to the Systems Integration Consultants for referring, or recommending, and/or assisting such Technology Vendors in obtaining contracts and/or subcontracts with the United States Government.

32.     Relator Roberts further learned that it was the policy and practice of Systems Integration Consultants and Alliance Technology Vendors not to disclose the Kickbacks to their customers.

## SUMMARY OF FALSE CLAIMS ACT VIOLATIONS

33.     During the Relevant Time Period and as described hereinabove, Defendants EDS, Sun Microsystems, and Dell engaged in and continue to engage in the following systemic wrongful conduct in violation of the FCA:

> a.     Presenting, or causing to be presented, false claims for payment to the
> United States Government for consulting services pursuant to United
> States Government contracts, which involved referring, recommending,

17

and/or the assisting of any of the Alliance Technology Vendors and/or other Systems Integration Consultants in obtaining contracts and/or subcontracts with the United States Government and/or seeking and receiving Kickbacks pursuant to the conspiracies and Kickback Scheme as alleged herein.

b.    Making, using, or causing to be made, or causing to be used, false records and/or statements to the United States Government to obtain Systems Integration Consulting contracts and/or for support of claims for payment, and/or indicating that EDS had not sought nor received from any EDS Alliance Technology Vendors or other Systems Integration Consultants Kickbacks for referring, recommending, and/or assisting such Technology Vendors and/or Systems Integration Consultants in obtaining contracts and/or subcontracts with the United States Government.

c.    Presenting, or causing to be presented, claims for payment to the United States Government for Sun Microsystems and Dell vendor contracts and/or subcontracts with the United States Government, which involved the referring, recommending, and/or assisting of by any Systems Integration Consultant in obtaining contracts and/or subcontracts with the United States Government and/or offering and paying Kickbacks pursuant to the conspiracies and Kickback Scheme as alleged herein to any such Systems Integration Consultants.

d.      Making, using, or causing to be made or used, false records and/or

statements to the United States Government to obtain Technology Vendor

or technical services contracts and/or support of claims for payments

and/or indicating that Defendants Technology Vendors, Sun Microsystems

and Dell, have not offered nor paid to Systems Integration Consultants,

Kickbacks for referring, recommending, and/or assisting Technology

Vendors, Sun Microsystems and Dell, in obtaining contracts and/or

subcontracts with the United States Government.

e.      Presenting, certifying (expressly or impliedly) claims for payment and/or

making, using, or causing to be made or used, false records and/or

statements to the Government supporting claims for payment to the United

States Government under the consulting contracts and/or vendor contracts

provided in a manner that violates the Federal Anti-Kickback Statute, 41

U.S.C. §51 *et seq.,* Federal Acquisition Regulations, and TINA, 10 U.S.C.

§ 2306 *et seq.*

f.      Defendant EDS, and its predecessors, successors, affiliates, and

subsidiaries entering into a conspiracy to defraud the Government by

getting contracts/subcontracts awarded to them and/or any other Systems

Integration Consultants and/or any other Technology Vendors and/or to get

false or fraudulent claims allowed or paid, all in a manner that violates 31

U.S.C. §3729(a)(3).

19

g.      Defendants Sun Microsystems and Dell, and their predecessors,

successors, affiliates, and subsidiaries, as Technology Vendors entering

into a conspiracy to defraud the Government to get contracts/subcontracts

awarded to themselves and/or any other Technology Vendors and/or any

other Systems Integration Consultants and/or to get false or fraudulent

claims allowed or paid, all in a manner that violates 31 U.S.C.

§3729(a)(3).

34.     It is alleged that the foregoing practices have resulted in the United States

Government, either directly or indirectly through its agencies or intermediaries, purchasing the

wrong Technology Vendor products and/or technical services, and/or paying out monies or

excess monies to Defendants, to which Defendants are not entitled, all in violation of the FCA.

35.     It is further alleged that the United States Government, either directly or indirectly

through its agencies or intermediaries, would not have contracted with Defendants had it known

that the consulting services, technical services, and/or the software and/or hardware sales for

which the contracts were proposed were subject to a scheme to violate the Federal Anti-Kickback

Act of 1986, §§ 1-8, as amended, 41 U.S.C.A., §§ 51-58, and/or Federal Acquisition Regulations,

and/or TINA, 10 U.S.C. § 2306 *et seq.*

36.     It is further alleged that the United States Government, either directly or indirectly

through its agencies or intermediaries, would not have honored Defendants' claims for payment,

had it known that the consulting services, technical services, and/or the software and/or hardware

sales for which the claims were made, were provided in a manner that violates the Federal Anti-

Kickback Act of 1986, §§ 1-8, as amended, 41 U.S.C.A., §§ 51-58, Federal Acquisition

20

Regulations, TINA, 10 U.S.C. § 2306 et seq.

## COUNT ONE

## SUBSTANTIVE VIOLATIONS OF THE FALSE CLAIMS ACT

37.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 36 above, as if fully set forth herein.

38.     Accordingly, Defendants have violated the provisions of the False Claims Act, 31 U.S.C. § 3729(a) by:

     a.     Knowingly presenting or causing to be presented to the United States Government, directly or indirectly, false or fraudulent claims to be paid or approved, directly or indirectly, by the United States Government (31 U.S.C. § 3729(a)(1));

     b.     Knowingly making, using, or causing to be made or used, misrepresents false records or statements and/or false certifications to obtain contracts/subcontracts and/or the payment of false or fraudulent claims to be paid or approved by the United States Government (31 U.S.C. § 3729(a)(2));

39.     The United States Government, upon presentation of such claims for payment, whether directly or indirectly, remitted payment despite the false nature of such claims.

40.     Pursuant to 31 U.S.C. § 3729(a), Defendants are liable to the United States Government for a civil penalty of not less than $5,500, and not more than $11,000 for each violation of the FCA committed by Defendants.

41.     The United States Government has further sustained damages, and will yet sustain

21

damages up to the date of trial in an amount yet to be determined. Pursuant to 31 U.S.C.

§ 3729(a) Defendants are liable for three times the amount of all such damages sustained by the

United States Government.

## COUNT TWO

## FALSE CLAIMS ACT CONSPIRACY

42.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through

41 above, as if fully set forth herein.

43.     Pursuant to 31 U.S.C. § 3729(a)(3) through the acts described above and

otherwise, Defendants entered into a conspiracy or conspiracies among themselves and with

others to defraud the United States to obtain the above-alleged contracts and/or subcontracts and

to get false and fraudulent claims allowed or paid. Defendants have also conspired to omit

disclosing or to actively conceal the Kickback Scheme which, if known, would have reduced

Government obligations to them or resulted in repayments from them to Government programs.

Defendants have taken substantial steps in furtherance of those conspiracies, by, among other

things, preparing false records, by submitting such records to the Government for payment or

approval, and by directing their agents, consultants, and personnel not to disclose and/or to

conceal Defendants' fraudulent practices.

44.     The United States Government, through its intermediaries, is unaware of

Defendants' conspiracies or the falsity of the records, statements and claims made by

Defendants, and their agents, employees and co-conspirators, and as a result thereof, have paid

and continue to pay millions of dollars to Defendants that they would not otherwise have paid.

45.    By reason of Defendants' conspiracies and the acts taken in furtherance thereof, the United States Government, and its intermediaries, have been damaged in the amount of many millions of dollars.

## PRAYER

WHEREFORE, Plaintiff, United States Government, prays for judgment against Defendants for:

46.    A judgment against all Defendants for all losses and damages that have been, or will be, sustained by the United States Government during the Relevant Time Period as a result of their violations of the FCA, as alleged herein, and triple the amount of such damages and for forfeiture of all revenues paid by the United States Government to Defendants under the contracts acquired in violation of the FCA pursuant to 31 U.S.C. § 3729; and civil penalties of not less than $5,500, nor more than $11,000, for each and every such violation;

47.    Declaratory judgment that the herein-described false claims, false records and statements and conspiracy by and among the Defendants are in violation of the FCA;

48.    An injunction against all Defendants that they not engage in further false claims, use of false records and statements and conspiracy with respect to consulting and software/hardware services/products as described herein;

49.    Reasonable attorney's fees;

50.    Costs incurred in the prosecution hereof; and

23

51.   Such other relief as the Court deems just and equitable.

Attorneys for Relators/Plaintiff

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, AR 72203
Telephone: (501) 375-6453
Facsimile: (501) 375-5914

Dated:   *9-17-04*

By: _____
      Stephen Engstrom

Von G. Packard (CA74877)
Jacquetta Bardacos (CA139211)
PACKARD, PACKARD & JOHNSON
Four Main Street, Suite 200
Los Altos, California 94022
Telephone:  (650) 947-7300
Facsimile:  (650) 947-7301

Craig H. Johnson (CA90539)
PACKARD, PACKARD & JOHNSON
2795 Cottonwood Parkway, Suite 600
Salt Lake City, Utah 84121
Telephone:  (801) 428-9000
Facsimile:  (801) 428-9090

24

# EXHIBIT A

**Mark S. Barry**

10/11/2001 02:36 PM

To: Norman Rille/Internal/Accenture@Accenture
cc: Ronald.L.Griggs@accenture.com
Subject: Re: Accuate

Norm,

These calls are a the first step in creating value with these vendors. In our contracts with most vendors in order for us to get the best possible terms for the client and Accenture, it is required that we be seen in a value added position as we are at AG Edwards. The earlier that Accenture engages with the vendors the easier it becomes to negotiate with them for improved terms and conditions on their technologies for our clients. If we wait until after the selections are made to notify each vendor that we were assisting in the creation of the need for their technology it will be an inhibitor to our success. The value the vendor sees in a partner is exactly what we will be able to provide them at AGE. Along with increasing the likelihood of a successful implementation we also have a history of ensuring that the proper messages are being delivered to the client about their product which allows the merits of their offering instead of misconceptions to guide decisions. In the very near future you will begin to see the benefits working with Alliance Services. These benefits will be in the job economics as well as additional savings to the client, incremental resources available through dedicated Accenture Account Managers and technical channel teams, and ready access to channel programs. All of which will enhance the success of this project.

Thanks,

Mark Barry
Alliance Services Manager
FSI
312-693-5132
Norman Rille

**Norman Rille**

10/10/2001 03:20 PM

To: Mark S. Barry/Internal/Accenture
cc:
Subject: Re: Accuate

Yes, they're on the short list.

Mark, can you tell me why these phone contacts are required? Who is it helping?

Thanks,
Norm Rille
Accenture, LA; Global ACT/Information Delivery
Octel 777-5413; Direct 310 426-5413; Cell (310) 251-6724
Mark S. Barry

**Mark S. Barry**

10/09/2001 07:08 PM

To: Norman Rille/Internal/Accenture@Accenture
cc:
Subject: Accuate

Norm,

Will Accuate be looked at for a reporting tool at AG Edwards.

Thanks,

Mark Barry
Alliance Services Manager
FSI
312-693-5132

**EXHIBIT B**

> accenture

A.G. Edwards
INVESTMENTS SINCE 1887

□ Data Warehouse Credentials and Approach

Spyro D. Karakizis
Sr. Manager
Information Delivery Architecture

August 15, 2001

# Data Warehouse Credentials

**accenture**

## Data Warehousing Practice Profile

### Experience

- For over 10 years, Accenture has participated in the emerging data warehousing industry
- Over 1000 consultants have participated in data warehousing engagements globally, making Accenture one of the largest data warehousing consulting organizations in the world
- Accenture's experience in data warehousing application development and implementation spans all industries, including financial services, manufacturing, retail, banking, telecommunications, transportation, healthcare, utilities, and government.

### Business Partnerships

- Industry experts, product specialists and technology providers each play a vital role in making a difference in advancing technology today. As influential technology adapters, we have business alliances with major industry vendors such as NCR, Oracle, IBM, Microsoft, Brio, Business Objects, and Informatica to name a few.

### Knowledge Capital

- The Knowledge Xchange™ knowledge management system allows Accenture data warehousing specialists quick access to a broad base of knowledge and experience. Using this online "neighborhood," data warehousing specialists can trade ideas and draw on the firm's experience when they need it, wherever they may be, to the advantage of our clients. Our clients benefit from the combined power of our worldwide expertise in data warehousing solutions, our deep experience in diverse industries and our global access to the best information.

### People

- Data warehousing specialists are technology professionals experienced in the use of data warehousing technology. They have experience in identifying the information that will bring strategic and tactical support for key decision, and in building solutions that deliver that information
- On data warehousing projects, these specialists are typically deployed in multidisciplinary teams (including for example business process experts, human performance experts and others) to ensure that the full benefit of the technology solution is achieved by the client.

### Proven Methodology

- The Accenture Data Warehousing Implementation Guidelines methodology represents the culmination of over 10 years of data warehousing experience and technology research. The methodology helps Accenture personnel design data warehousing systems end-to-end; covering planning, design and implementation. The Accenture Data Warehousing Implementation Guidelines allows for a top-down approach to developing an enterprise-wide strategy for knowledge management, as well as the bottom-up process of evaluating individual query applications and sets forth an action plan for the enterprise
- Our approach is flexible and we are able to work with any other methodology as requested by the client.

Proprietary and Confidential to A.G. Edwards and Accenture

A.G. EDWARDS
INVESTMENTS SINCE 1887

1

**February 15, 2001**
**V.1**

# Service
# Lines
# Handbook:

# Bridges to Our Future

Architecture and Core Technologies
- eInfrastructure
- Security

Solution Delivery Excellence
- Delivery Excellence Review (program management focus)

The Solutions Engineering Offerings will also be supported by four enabling capabilities:
- Enterprise Application Integration
- Network Solutions
- Emerging Complex Solution Delivery
- Pre-packaged Asset Delivery

**Alliances**

| SAP | eBusiness inter-enterprise solutions and software |
|-----|------|
| Oracle | Internet-enabled enterprise software |
| JD Edwards | Solutions that enable communication among organizations, suppliers, and customers across the supply chain |
| PeopleSoft | Enterprise-wide applications delivered via Internet |
| SeeBeyond | eBusiness Integration and Enterprise Application Integration Solutions |

**Service Line Leadership Team**

Managing Partner: David L. Hill

Key Members of the Service Line Leadership Team:

| Capability Development | Mark Snead |
|-----|------|
| Global Business Solutions | Marty Brown |
| Global Architecture & Core Technologies | John Kaltenmark |
| 30% Cost Improvement Programs | Bob McCarthy |

Global Market Unit Service Line Leads:

| Communications & High Tech | Steve Freeman |
|-----|------|
| Financial Services | Allen Wolpert |
| Government | Vivienne Jupp |
| Products | Lyle Ginsburg |
| Resources | Rosemary O'Mahony |
| Microsoft Solutions Organization | Tim Boudreau |

35

## Alliances

answerFriend
Asera
BEA Systems
Blue Martini
Broadvision
Commerce One
EMC Corporation
Jamcracker
J.D. Edwards
Kana
Microsoft
See Beyond
Sun Microsystems
Vignette

## Service Line Leadership Team

Managing Partner: Larry Leisure

Business Launch Centre Partner Leads:

| | |
|---|---|
| Amsterdam | Kay Formanek |
| | Ben Ter Braak |
| Atlanta | Michael L. Gailey |
| | Yaarit Silverstone |
| Boston | Ken Stoll |
| | Frank (Skip) Tappen |
| Chicago | James R. Farmer |
| | Brain A. Johnson |
| Copenhagen | Pal K. Fevang |
| Dublin | Andrew Hunter |
| Frankfurt | Ralf Runau |
| | Bernd Recker |
| Helsinki | Markku Silen |
| Hong Kong* | Alex Lau |
| Johannesburg | Roy A. Andrews |
| Kuala Lumpur* | Beng Choon Lim |
| London | Martin Geddes |
| | James B. Anderson |
| | Keith Haviland |
| Madrid | Gil Gidron |
| | Antonio Mena |
| Milan | Gianfranco Casati |
| | Giovanni Benedetto |
| | Alfredo Montalbano |
| New York | Michael A. Porges |

## Microsoft Solutions Organization (MSO)

Accenture's alliance with Microsoft enables us to better help clients exploit the advantages of the new Microsoft technologies, provide superior Microsoft architecture capability and deliver scalable industry solutions built on Microsoft's Enterprise Server 2000 and Windows 2000 platforms. To do this, Accenture is committed to building a worldwide organization of 3,000 Microsoft-skilled employees, training a further 21,000 employees, and leveraging our Business Launch Centres and Industry Solution Centers around the globe.

Microsoft chose to team with Accenture to respond to a market opportunity for Internet and enterprise solutions and services that is expected to reach $50 billion by 2002. Microsoft has invested $2 billion to build the next "Enterprise platform" to address this market opportunity and, by partnering with Accenture, is aggressively seeking to "make this market". As a result, Accenture has an opportunity to claim a higher share of this rapidly growing market.

Working together, Accenture and Microsoft are more effective competing against the IBM "total solution" threat by building and delivering Microsoft-based business solutions that will put our clients ahead of the "competitive curve". We will do this by exploiting the advantages of the new Microsoft Enterprise platform and .NET strategy.

## Core Offerings

The Accenture, Avanade and Microsoft Alliance currently has eight Alliance Offerings available. Each Offering consists of a standard set of re-useable assets and is delivered by a skilled and integrated Alliance team comprised of Accenture, Avanade and Microsoft professionals. The standard assets included in an Offering are intended to provide a starting point for supporting the standard sales, planning and delivery activities associated with a new client opportunity.

The Core Offerings include:

## Solutions Shaping
*Package Solutions*

**Package Solutions include:**
- ISV Awareness (Cross-Market)
- ISV Confirmation
  **Tools & Assets include:**
- Microsoft ISV Directory (Cross-Market)
- Microsoft Windows 2000 and .NET Development Lab
- Microsoft Windows 2000 and .NET Scalability Lab

*Custom Solutions*

**Custom Solutions include:**
- ISV Awareness (Industry-Specific)
- Microsoft Industry Solution Integration
- Application Architecture Blueprint Development
  **Tools & Assets include:**
- Microsoft ISV Directory (Industry-Specific)
- Microsoft Industry Solution Program Overview
- Sample Application Architecture Blueprints



> accenture

# Information for innovation

## Business Intelligence Global Offering

**Presentation 1: Offering Definition**

*Solutions Engineering - August, 2001*

# accenture >

# Accenture Differentiators

## Intellectual Property

### Offerings
- Integrated View of the Customer
- Utility Deregulation Offering (ERCOT)
- Sense and Response architecture
- EBI Offerings

### Knowledge Capital Assets
- Data Warehouse Implementation Guidelines
- Business Intelligence Practice Aid
- Standard Technical/Data Architectures
- Accenture BI Framework
- Enabling Business Intelligence course
- BI Global Workshops
- ERP Product Specific Toolkits
- Demos

### Innovative Solution Components
- Captain's Bridge - Visual business intelligence solution that monitors and analyzes business from a central point for heterogeneous information sources
- Informatica and Cognos Templates
- Auto-arbitrage tool

## Resources

### Skills
- EAI, ETL, OLAP
- Architecture
- Data-mining
- Portal

### Alliances & Strong Vendor Relationships
- Cognos
- HP
- Informatica
- Kalido
- Microsoft
- Oracle
- Plumtree
- Seisint
- Teradata
- TopTier
- And others

### Strategic Thought Leadership
- Institute for Strategic Change

For Internal Use Only.

# EXHIBIT C

# MASTER RESELLER AGREEMENT

**THIS MASTER RESELLER AGREEMENT,** effective as of April 13, 2001 (the "Effective Date"), is made and entered into by and between:

**ACCENTURE LLP,** an Illinois limited liability partnership ("Accenture"), and Proquire LLC, a Delaware limited liability company ("Proquire"), each having an office at 100 South Wacker Drive, Chicago, Illinois 60606, (Accenture and Proquire are individually and collectively referred to herein as "Reseller" and "you") and

**NCR CORPORATION,** a corporation organized and existing under the laws of the State of Maryland, USA, with its principal offices at 1700 South Patterson Blvd., Dayton, Ohio USA ("NCR").

## PURPOSE

The purpose of this Agreement is to document the understanding between NCR and you with respect to:

- NCR's sale and/or license of defined products to you for your resale and/or sublicensing;
- NCR's provision of Services, as a subcontractor to you, on customer-specific engagements;
- NCR's referral of product opportunities to you, and your referral of Product opportunities to NCR, and
- NCR's and your role in referring, selling and delivery of support Services.

NCR and you may wish to engage in other mutually agreed upon activities not covered by this Agreement. In such event, the parties will set forth their agreement in a written document to be signed by authorized representatives of both parties. Such document may take the form of an amendment to this Agreement or an entirely separate agreement.

## TABLE OF CONTENTS

1.0     DEFINITIONS
2.0     APPOINTMENT AND SCOPE
3.0     SALES AND MARKETING PLAN; OPERATION OF YOUR BUSINESS
4.0     ORDERING PRODUCTS
5.0     PRICES, INVOICE, PAYMENT, TAXES, AND TITLE
6.0     CONDITIONS ON THE RESALE OF PRODUCTS
7.0     LICENSE TO USE AND DISTRIBUTE SOFTWARE AND DOCUMENTATION
8.0     CONFIDENTIALITY
9.0     LICENSE TO USE NCR'S MARKS
10.0    WARRANTIES BY NCR
11.0    TERM AND TERMINATION
12.0    DEFENSE OF INFRINGEMENT CLAIMS
13.0    NCR'S LIABILITY
14.0    DISPUTE RESOLUTION
15.0    NOTICES
16.0    GENERAL
EXHIBIT A (PRODUCTS AND DISCOUNTS)
EXHIBIT B (TERRITORY AND VERTICAL MARKETS)
EXHIBIT C (SERVICES SUBCONTRACTING)
EXHIBIT D INTENTIONALLY LEFT BLANK
EXHIBIT E (JOINT REFERRAL AGREEMENT)
EXHIBIT F (PROGRAM LICENSE AGREEMENT)
EXHIBIT G INTENTIONALLY LEFT BLANK
EXHIBIT H INTENTIONALLY LEFT BLANK
EXHIBIT I (ACCOUNT ENGAGEMENT FORM)

## 1.0     DEFINITIONS

All of the capitalized terms used in this Agreement will have the meaning ascribed to them below, unless otherwise expressly stated.

1.1     "Agreement" means this Master Reseller Agreement document and all appendices, exhibits, attachments, schedules, or addenda referenced herein or therein, as well as any modification hereto or thereto as permitted herein.

## REFERRAL FORM

This Referral Form is part of the Joint Referral Agreement that is an exhibit to the Master Reseller Agreement with an effective date of April 13, 2001, by and between NCR Corporation and Accenture LLP ("you" or "Accenture"). The terms and conditions of the Joint Referral Agreement are fully incorporated into this Referral Form by this reference. In the event of a conflict between the terms and conditions of the Joint Referral Agreement and this Referral Form, the Joint Referral Agreement will prevail. This Referral Form must be completed by the Referring Party (as identified below) and returned to the Referred Party (as identified below), and becomes effective only if the Referred Party signs this Referral Form and has checked the box marked "Accepted" as provided below.

Referring Party: Who is the party making the referral (either Accenture or NCR)?

Referred Party: Who is the party receiving the referral? _____

| REFERRAL INFORMATION | |
|---|---|
| Referring Party's salesperson representative and mailing address: | |
| Referring Party's phone # and FAX # | |
| Date of referral | |
| End-user customer name ("Prospect") | |
| End-user customer project opportunity name and description ("Opportunity") | |
| Prospect's address | |
| Prospect contact name/title/phone number | |
| Describe Referred Party's Hardware and Software that is covered by this Referral Form | |

The following is to be completed by the <u>Referred</u> Party only:

This Referral Form is (check only one):

| | |
|---|---|
| Rejected | |
| Accepted | |

If NCR is the Referred Party and if this Referral Form is accepted by NCR, NCR agrees to pay you the following referral fee in accordance with the Joint Referral Agreement:

_____

_____

If you are the Referred Party and if this Referral Form is accepted by you, you agree to pay NCR the referral fee specified in the Joint Referral Agreement.

The Referred Party acknowledges by checking the box "Accepted" and having this Referral Form executed by the Referred Party's "Coordinator" (as this person is identified in the Joint Referral Agreement) that the referral fee (as set forth above) is to be paid to the Referring Party in accordance with the terms and conditions of the Joint Referral Agreement.

If rejected, reason for rejection. _____

In witness whereof, the parties have caused this Referral Form to be executed, each by its duly authorized representative.

NCR Corporation                                      Accenture LLP

By: _____     By: _____
        Signature                                           Signature


        _____             _____
        Printed Name                                     Printed Name


        _____             _____
        Title                                                   Title

        _____             _____
        Date                                                  Date

# EXHIBIT D

------------------------------------------------------------------------
------------------------------------------------

**Viney K. Kaushal**
Accenture
Global Alliances - Solutions Engineering
161 N. Clark, Chicago, IL 60601-3200
e-mail: Viney.K.Kaushal@accenture.com
Office: 312-693-0373, Octel: 68/30373
Fax: 312-652-0373
AIM Screen Name: Viney3
John Freeland

| | |
|---|---|
| **John Freeland**<br>02/12/2002 12:22 PM | To: Viney K. Kaushal/Internal/Accenture@Accenture<br>cc: Alexandre Gorine@Accenture, Alison S. Bray@Accenture, Allen J. Wolpert/Internal/Accenture@Accenture, Angela K. Selden@Accenture, Ann Ross@Accenture, Arthur Sinensky@Accenture, Bart H. Glass/Internal/Accenture@Accenture, Bernard F. Ingram@Accenture, Brad Loose@Accenture, Brian K. Crockett@Accenture, Bruce P. Coffing/Internal/Accenture@Accenture, Bruce P. Froehlich/Internal/Accenture@Accenture, Clive Whitehouse@Accenture, Dana E. LaChapelle@Accenture, David W. Hampe/Internal/Accenture@Accenture, Donald R. Cooper@Accenture, George P. Selekman@Accenture, Gerald L. Lohse/Internal/Accenture@Accenture, James K. Trowhill@Accenture, Janet M. Johnston/Internal/Accenture@Accenture, Jenna L. Beck/Internal/Accenture@Accenture, J. Patrick O'Halloran@Accenture, Kandice K. Henning/Internal/Accenture@Accenture, Kenneth L. Reed@Accenture, Kenneth Scalet@Accenture, Kevin Costello@Accenture, Kevin M. Messer/Internal/Accenture@Accenture, Lucio Bozzoli@Accenture, Marc P. Delesalle/Internal/Accenture@Accenture, Mark S. Barry/Internal/Accenture@Accenture, Michael J. Reynolds@Accenture, Michael X. Thomas@Accenture, Nancy K. Mullen@Accenture, Neil J. Birchmeier@Accenture, Neil Miller@Accenture, Norman Rille@Accenture, Rachel Hall@Accenture, Richard Lawrence@Accenture, Robert G. Kulesh@Accenture, Robert J. Sacks@Accenture, Ronald L. Griggs/Internal/Accenture@Accenture, Rosa Miranda@Accenture, Russell P. Zink@Accenture, R. Brian Walker/Internal/Accenture@Accenture, Sandy Weil@Accenture, Spyro D. Karakizis/Internal/Accenture@Accenture, Susan S. Wilcox/Internal/Accenture@Accenture, Susanne Dolezal@Accenture, Thomas Cauthen@Accenture, Thomas Gith@Accenture, Toni L. Mark@Accenture, William C. Arzt@Accenture<br>Subject: Re: NCR Teradata Update for the month of January 2002 |

How much did we earn from our reseller/SI Comp arrangements last year?
Viney K. Kaushal

| | |
|---|---|
| **Viney K. Kaushal**<br>02/12/2002 12:47 PM | To: Bruce P. Froehlich/Internal/Accenture@Accenture<br>cc: David W. Hampe/Internal/Accenture@Accenture, Nancy K. Mullen@Accenture, Kevin M. Messer/Internal/Accenture@Accenture, Bernard F. Ingram@Accenture, Brian K. Crockett@Accenture, Toni L. Mark@Accenture, Richard Lawrence@Accenture, Donald R. Cooper@Accenture, James K. Trowhill@Accenture, John Freeland@Accenture, Spyro D. Karakizis/Internal/Accenture@Accenture, J. Patrick O'Halloran@Accenture, Dana E. LaChapelle@Accenture, Robert J. Sacks@Accenture, Neil Miller@Accenture, Norman Rille@Accenture, William C. Arzt@Accenture, Michael X. Thomas@Accenture, Ann |

Viney K. Kaushal

02/12/2002 11:05 AM

To: Alexandre Gorine@Accenture, Alison S. Bray@Accenture, Allen J. Wolpert/Internal/Accenture@Accenture, Angela K. Selden@Accenture, Ann Ross@Accenture, Arthur Sinensky@Accenture, Bart H. Glass/Internal/Accenture@Accenture, Bernard F. Ingram@Accenture, Brad Loose@Accenture, Brian K. Crockett@Accenture, Bruce P. Coffing/internal/Accenture@Accenture, Bruce P. Froehlich/Internal/Accenture@Accenture, Clive Whitehouse@Accenture, Dana E. LaChapelle@Accenture, David W. Hampe/Internal/Accenture@Accenture, Donald R. Cooper@Accenture, George P. Selekman@Accenture, Gerald L. Lohse/Internal/Accenture@Accenture, James K. Trowhill@Accenture, Janet M. Johnston/Internal/Accenture@Accenture, Jenna L. Beck/Internal/Accenture@Accenture, J. Patrick O'Halloran@Accenture, Kandice K. Henning/Internal/Accenture@Accenture, Kenneth L. Reed@Accenture, Kenneth Scalet@Accenture, Kevin Costello@Accenture, Kevin M. Messer/Internal/Accenture@Accenture, Lucio Bozzoli@Accenture, Marc P. Delesalle/Internal/Accenture@Accenture, Mark S. Barry/Internal/Accenture@Accenture, Michael J. Reynolds@Accenture, Michael X. Thomas@Accenture, Nancy K. Mullen@Accenture, Neil J. Birchmeier@Accenture, Neil Miller@Accenture, Norman Rifle@Accenture, Rachel Hall@Accenture, Richard Lawrence@Accenture, Robert G. Kulesh@Accenture, Robert J. Sacks@Accenture, Ronald L. Griggs/Internal/Accenture@Accenture, Rosa Miranda@Accenture, Russell P. Zink@Accenture, R. Brian Walker/Internal/Accenture@Accenture, Sandy Weil@Accenture, Spyro D. Karakizis/Internal/Accenture@Accenture, Susan S. Wilcox/Internal/Accenture@Accenture, Susanne Dolezal@Accenture, Thomas Cauthen@Accenture, Thomas Gith@Accenture, Toni L. Mark@Accenture, William C. Arzt@Accenture

cc:

Subject: Re: NCR Teradata Update for the month of January 2002

FYI... response to John Freeland below.....

**Viney K. Kaushal**
Accenture
Global Alliances - Solutions Engineering
161 N. Clark, Chicago, IL 60601-3200
e-mail: Viney.K.Kaushal@accenture.com
Office: 312-693-0373, Octel: 68/30373
Fax: 312-652-0373
AIM Screen Name: Viney3

------ Forwarded by Viney K. Kaushal/Internal/Accenture on 02/12/2002 01:02 PM ------

Viney K. Kaushal

02/12/2002 12:54 PM

To: John Freeland/Internal/Accenture@Accenture

cc:

Subject: Re: NCR Teradata Update for the month of January 2002

John, it was around $750K, and most it was from SI Comp.  Here's a quick recap of last 2 years.



NCR Teradata and Accenture Revenue.c

Best Regards,

Viney

Ross@Accenture, Michael J. Reynolds@Accenture, Jenna L.
Beck/Internal/Accenture@Accenture, Kenneth L. Reed@Accenture,
Alexandre Gorine@Accenture, Lucio Bozzoli@Accenture, Neil J.
Birchmeier@Accenture, George P. Selekman@Accenture, Kenneth
Scalet@Accenture, Kandice K.
Henning/Internal/Accenture@Accenture, Rosa Miranda@Accenture,
Janet M. Johnston/Internal/Accenture@Accenture, Bart H.
Glass/Internal/Accenture@Accenture, Thomas Cauthen@Accenture,
Rachel Hall@Accenture, Bruce P.
Coffing/Internal/Accenture@Accenture, Alison S. Bray@Accenture,
Susanne Dolezal@Accenture, Arthur Sinensky@Accenture, Brad
Loose@Accenture, Kevin Costello@Accenture, Sandy
Weil@Accenture, Clive Whitehouse@Accenture, Mark S.
Barry/Internal/Accenture@Accenture, Ronald L.
Griggs/Internal/Accenture@Accenture, Allen J.
Wolpert/Internal/Accenture@Accenture, Gerald L.
Lohse/Internal/Accenture@Accenture, Angela K. Selden@Accenture,
Russell P. Zink@Accenture, Robert G. Kulesh@Accenture, Susan S.
Wilcox/Internal/Accenture@Accenture, Thomas Gith@Accenture, Marc
P. Delesalle/Internal/Accenture@Accenture, R. Brian
Walker/Internal/Accenture@Accenture
Subject: NCR Teradata Update for the month of January 2002

Please find below 'January 2002' summary of significant activities with regard to the NCR Teradata
Alliance relationship.  Send questions/comments to Viney K. Kaushal, 312-693-0373 (Octel: 68/30373)

# NCR TERADATA ALLIANCE RELATIONSHIP:  Quick Recap and Status 01/31/02

ARI Database Link —>
NCR Website ———>http://www.NCR.com

## REVENUE GENERATION METHODS

Reseller Agreement:                      20-30% discount off the list price
SI Compensation Agreement:               upto 8% SI Compensation for new footprints, and , upto
5% for repeat customers
Professional Services Subcontracting     Case by case

## NCR TERADATA - WHO ARE THEY?

NCR Corporation is comprised of the Teradata division and the Retail and Financial Group
(RFG).  NCR's year 2000 revenues were $6B with $1B coming from the Teradata division.
Teradata is the main growth vehicle for NCR Corporation as a whole and the primary means
of growing the Teradata business is through strategic partners.  Teradata solutions include the
Teradata database, and analytical applications for customer relationship management, operations and
financial management, business performance management and e-business.

**Accenture's relationship with NCR Corporation is focused solely on the Teradata division and not the RFG division of NCR.**

## ALLIANCE DELIVERABLES & BENEFITS

Pre-Sales support                        Problem escalation
Joint business development                Software discounts
Local support                            Demonstration software
Training discounts                        Market Offerings Development in CRM space

## PRIMARY CONTACTS:

| **Accenture:** | Bruce Froehlich: | Executive Sponsor: 312-693-0393 |
|---|---|---|
| | Richard Lawrence | Go to Market Role (CRM: X-MU): 727-897-4176 |
| | R. Brian Walker | Client Partner (client relationship under development): |
| 704-370-5797 | | |
| | Toni Mark | BI/DW Lead: 312-693-9375 |
| | Nancy Mullen: | Capability Development Lead: 312-693-9146 |
| | Kevin Messer: | Government MU: 937-490-4034 |
| | Viney Kaushal: Global Alliance Manager: 312-693-0373 | |
| **NCR Teradata:** | Bob Seiler: | Executive Sponsor |
| | Trey Hollis | Global Alliance Director: 501-973-9596 |
| | Marie Asuncion | Global Partner Manager: 248-650-6089 |
| | Dave Baxter | Global Partner Manager: 937-885-4356 |

## IMPORTANT EVENTS DURING THE MONTH;

- Accenture will be participating as a sponsor and exhibitor at the 2002 Teradata EMEA Conference in Edinburgh, Scotland during April 21-24, 2002. This is a main Teradata event in Europe and is likely to have over 1400 people. Nancy Mullen, from Accenture's Information Delivery practice, will be presenting at this event

- Brian Walker, CHT Partner (EHT East) is continuing efforts to get NCR as a client and had a meeting with the NCR CIO Sam Coursen during Dec. to develop a relationship and determine opportunities for Accenture to do client work at NCR. Brian is coordinating efforts for a potential C-Level meeting between Joe Forehand and Lars Nyberg in the near future to further enhance the relationship and determine client opportunities for Accenture

- Richard Lawrence, Partner, CRM, hosted a full day briefing/planning session attended by Teradata leadership in the Communications Industry

- Discussions continue between FSI CRM Leadership: Marc Delesalle, Art Sinensky, and Alex Mourelatos with Teradata leaders from financial services industry for adoption of Teradata as the preferred platform for an Enterprise Data Warehouse that enables world class Customer Relationship Management by leveraging the analytical capabilities that are inherent in a Teradata Enterprise Data Warehouse

- Art Sinensky presented to the Teradata Financial Services group about Teradata being the foundation for analytical CRM. Don Cooper and Hannah Lawrence presented to the Teradata Retail group about Accenture's core competencies, retail go-to-market strategy, strengths as a business partner and rules of engagement

- Attached is one page update from Teradata regarding sales conf. Dallas and the presentations made by Art Sinenski, Don Cooper, and Hanna Lawrence. Also listed are future Teradata events for Feb, March, and April

  - Teradta Update January.PDF

- Neil Miller (Accenture UK CRM Practice) presented our joint success story at Sainsbury's at the EMEA Strategy & Growth Meeting in Prague

- Teradata hosted 2 webinars focused on the operational efficiencies that can be realized by consolidating disparate data marts into an Enterprise Data Warehouse while also enabling Accenture's clients to realize the true value of CRM that exists in Customer Insight/Analytics

- Toni Mark, Nancy Mullen, Kevin Messer, Spyro Karakizis, Norm Rille, and Viney Kaushal continue their weekly calls to evaluate potential Teradata client opportunities and to assess available Teradata skills within Accenture

- Discussions continue between Accenture, NCR and Adaytum (Accenture Equity Partner) to explore potential synergies with a view to create close relationship between NCR and Adaytum.  Similar discussion have been held between Teradata, Accenture and TIBCO.

- As per Intelligent Enterprise Magazine (a CMP Media publication), Teradata has been selected as one of the 'Top 12 Companies to Watch' for Business Intelligence. The recognition was based on significant contributions to the development of enterprise data warehousing.

## CURRENT & RECENT CLIENTS ENGAGEMENTS (Joint Wins):

| | |
|---|---|
| Sainsbury | Anthem East |
| Ryder | Air Force Test &Development |
| US Postal Service | Monte dei Pasche J. Sienna - Italy |

## IN THE PIPELINE:
**a) Short Term:**

| | |
|---|---|
| FAA | State of Arizona  Tax & Revenue |
| US Air Force EDW (Just Revived) | Ministry of Finance - Belgium |

**b) Long Term:**

| | |
|---|---|
| DC Tax & Revenue | State of Michigan |
| NAVAIR | Verizon |
| CoOp Italy | Zurich Insurance |
| London Stock Exchange | ILONA |
| Dresdner Bank | Commerz Bank |
| Washington Mutual | Nordstrom |
| Cardinal Distribution | Westpac |
| AMGDW | Wellpoint |
| US Air Force First | US Homeland Defense |
| AT&T | Best Buy |
| Global Transportation Network | |



**DETAILED ALLIANCE PROGRESS:** NCR Teradata Porgress 02-01-02

**Viney K. Kaushal**
Accenture
Global Alliances - Solutions Engineering
161 N. Clark, Chicago
e-mail: Viney.K.Kaushal@accenture.com
Office: 312-693-0373, Octel: 68/39073
Fax: 312-652-0373
AIM Screen Name: Viney3

## NCR Teradata - Accenture Client Engagements: 2000-2001

| Client Engagement | NCR License Revenue | Accenture Resale/SI Comp Revenue | Accenture Consulting Rev. (Estimates only) |
|---|---|---|---|
| Sainsbury - UK | $12M | $597K | TBD (likely $35-40M over 4 years) |
| First US Air Force | $1.2M | - | $6M |
| Monte dei Pasche J. Sienna | $1.3M | TBD (Recently Awarded) | $6.5M |
| US Postal Service | $1.2M | TBD (Recently Awarded) | $6M |
| Ryder | $1.8M | $115K | $9M |
| Anthem East | $1.6M | $135K | $8M |
| ETrade | $1.2M | $85K | $6M |
| Ford Motor Co. | $1.4M | $110K | $7M |
| Equifax Inc. | $7.6M | $200K | TBD |
| | | | |
| Grand Total | $30M~ | $1.2M+ ~ | $ 90M~ over 4 years (Average $23M/year)* |

*Consulting Revenue:  Estimates only – don't have real numbers

# EXHIBIT E

> accenture

## The Teradata Database
## Explained, Illustrated and Demystified

Accenture and Teradata

Teradata Architectures

Key Database Features

*Norm Rille*

*Information Delivery Architectures (IDA)*

**Accenture Confidential**

# Teradata and Accenture:
## The Business Partnership

- October 2000, NCR Chief Executive announced the NCR Commitment to "partnering" with others to go to market.

- Based on working together on the Air Force FIRST proposal, and supported by successes at Ford and e-Trade, Accenture entered into contract negotiations with NCR for the alliance relationship.  Contract was signed in April 2001.

- Additional client successes at Sainsbury's, Ryder and Anthem East.  The pipeline looks good as well...

- Alliance relationship allows for
  - Ability to re-sell Teradata products at deep discounts to Accenture clients
  - SI Compensation or "finder's fee" arrangements for new Teradata footprints or expanded footprints in existing Teradata clients
  - Discounts for training Accenture personnel
  - Non-disclosure and coverage of teaming agreements
  - Clear channels for other alliance matters
  - Senior executive meetings to continue to reinforce and enhance relationships at all levels.

- Accenture is a co-sponsor of the 2001 NCR Teradata user conferences in Berlin

Accenture Confidential

11

**EXHIBIT F**



# NCR Teradata - Accenture Alliance

*Credentials Deck – 12/15/2001*

accenture

Teradata
a division of NCR

## Alliance Benefits

**Alliance:**

Accenture and NCR established a global, strategic alliance to providing our global clients a single, consistent view of their business, delivering powerful analytics for accurate, insightful decision making, and empowering the enterprise to take action with customers, suppliers and partners

**Key Benefits:**

- Joint Technology Exchange
- Dedicated Alliance Directors
- Dedicated Teradata Support Personnel
- Accenture Subject Matter Experts
- Joint Marketing Initiatives
- Demo products in Accenture's Global Solution Centers and Business Launch Centers (Customer Insight Offerings under development in Minneapolis (free demo products installed by NCR)

10/23/01  ©Accenture 2001  All Rights Reserved

6





^

accenture

Teradata
a division of NCR

# NCR & Accenture - Agreement Points

- **Resale Discounts:**
  - 20-30% on licenses from list price

- **Service Integrator Compensation (SI Comp):**
  - Upto 8% SI Comp (Systems Integrator Compensation) for new footprints and up to 5% for repeat customers

- **Pre and Post-Sales Support and Quotes Process:**
  - Contacts:
    - Rick Otto, Director Global Partner Support, 909-247-9409
    - David Leband

# Confidential

10/23/01   ©Accenture 2001   All Rights Reserved

8



# accenture

Teradata
a division of NCR

# NCR & Accenture - Contacts & Information Sources

| Accenture Contacts | Role | Phone | Email |
|---|---|---|---|
| Bruce Froehlich | Executive Sponsor | 312-693-0393 | Bruce.P.Froehlich@accenture.com |
| Viney Kaushal | Global Alliance Manager | 312-693-0373 | Viney.K.Kaushal@accenture.com |
| Nancy Mullen | Data Architecture and BI Space Sponsor | 312-693-9146 | Nancy.K.Mullen@accenture.com |

| NCR US Contacts | Role | Phone | Email |
|---|---|---|---|
| Bob Seiler | Executive Sponsor | | |
| Trey Hollis | Global Alliance Director | 501-973-9596 | |
| Marie Asuncion | Global Partner Manager | 248-650-6089 | |
| Dave Baxter | Global Partner Manager | 937-885-4356 | |

10/23/01   ©Accenture 2001   All Rights Reserved

12

# EXHIBIT G

TEAM•TERADATA

# PARTNER UPDATE

## Team Teradata Introduces Partner Update Newsletter

**Steve Millard**
*Vice President of*
*Teradata Division*
*Strategic Partnerships*

INFORMATION! INFORMATION! INFORMATION! Today's fast pace, high tech environment demands as much industry information as possible. That is why I am pleased to provide you with the first edition of the quarterly *Team Teradata Partner Update*. This newsletter will keep you up to date on events and happenings within Strategic Partnerships and Teradata as well as provide links to help find additional information important to you. I hope you find the *Partner Update* a useful tool and please send your comments and ideas to strategicpartnerships@ncr.com

### Team Teradata Members
.........
- Accenture
- Bull
- CGE&Y
- Cipher Systems
- Deloitte
- EDS
- Experian
- Headstrong
- Hitachi
- iMC
- KPMG
- Pinpoint
- Solucient

## NCR's Teradata Database Dominates Data Warehouse Awards Program, Beating Oracle and IBM in Every Category

### SBC Wins Five Survey Categories with World's Largest Data Warehouse

The results of a new data warehouse survey by a leading consulting firm show NCR Corporation (NYSE: NCR) as the undisputed leader, dominating all six categories of database performance over competitors and IBM. NCR Teradata® warehouse customer SBC Communications Inc. was recognized by technology consulting firm Winter Corporation as a Grand Prize Winner in its 2000 Database Scalability Program after winning five out of six survey categories with their 125 terabyte system, the largest data warehouse in the world. Other NCR Teradata database customers placing in the top 10 in multiple categories of the survey include Federal Express, Norfolk Southern, Office Depot, AT&T, Union Pacific Railroad, 3M, retailer Casino and telecommunications provider Albacom.

In total, NCR customers captured nearly half of the placings in the survey's six decision support database categories. Of the 10 customers ranked in each decision support category, IBM's highest ranking was fourth place; Oracle's highest was fifth place.

"This is the second independent data warehouse survey in three months to place NCR at the top of the list. Our dominance in the Winter Corporation survey and our number two ranking in the *DM Review* 100 are both testimonies to the overwhelming support of our customers," said Vickie Farrell, vice president of Teradata marketing for NCR's Teradata Division. "Our victories over IBM and Oracle prove that years of data warehouse experience coupled with the superior Teradata database are much more valuable to customers than empty challenges or flamboyant executives."

According to Winter Corporation, the Database Scalability Program is a survey-based global research effort with two objectives. First, it analyzes the technical and business characteristics of the world's largest databases, which contain from hundreds of gigabytes to many terabytes of data. Second, it examines the databases that support the world's largest workloads--those that make possible the highest transaction rates and the largest volumes of online data warehouse query. These vast data repositories are at the heart of e-commerce, business intelligence, supply-chain management, customer relationship management, resource management, and other business-critical applications. For more information about the Database Scalability Awards Program, visit www.wintercorp.com.

## SalesNet is Your Link to the Best Information

Did you know that when you log onto SalesNet you have access to:

- White Papers
- Analysts Reports
- Brochures
- Success Stories
- Education Information
- Subscribe to Teradata Publications
  ...and much more

If you currently do not have access contact Karine Ould-Daddah at 937.445.7581 or Karine.ould-daddah@ncr.com and get connected today!

**https://www.portal.ncr.com**

## *CIO Magazine* Recognizes Teradata Customers

Two of the three companies recognized by CIO Magazine in their **Enterprise Value Award** program are Teradata customers, **Harrah's Entertainment** and **Office Depot**. In both cases, their Teradata data warehouse was part of the winning solutions. Read more about the award winning solutions by logging on to:
https://www.portal.ncr.com and typing CIO in the search field.

**EXHIBIT H**

SEEBEYOND

>

accenture

Graham Forward,
Global Alliance Manager
703 736-8398
Lynne Steele
Alliances Sales Engineer
703 736-8368

SEEBEYOND

# Our Business Relationship

- **Equity Position – 3%**

- **SeeBeyond Board Seat – Jack Wilson, Accenture Partner**

- **Strategic eAI Alliance**

- **Incentive Program**
  - Up to 15% 'paid' to engagement team where SeeBeyond is part of the solution

- **Global Marketing Agreement**
  - Referral Agreement – 10%
  - Reseller Agreement – 20%
  - Discounted Training FY '01 for e*Gate; Free for e*Xchange
  - Accenture Trained 300 in 2000.  Plan for 2001 is 600.

- **Solution Center Enablement**
  - Free software and installation

7

# Our Joint Clients

### RESOURCES (17)

➢ AEM
➢ ASM Brescia
➢ Camuzzi
➢ Conoco
➢ Corning
➢ Dupont
➢ ERCOT
➢ Equilon
➢ Equiva (*)
➢ Florida Power & Light
➢ LCRA (*)
➢ Performance Retail Inc
➢ Reliant (*)
➢ TOSCO
➢ Transco
➢ TXU
➢ Vertex

(*) closed direct or with another
partner, however Accenture is
doing the SeeBeyond delivery

### FSI (14)

➢ AXA France / Ger / UK
➢ American Family
➢ American General
➢ Blue Shield CA
➢ Catholic Health Services
➢ Fairview Health System
➢ Great West Life
➢ Lifeguard (*)
➢ London Stock Exchange
➢ Pearl Assurance
➢ United Health Group
➢ Winterthur

### GOVERNMENT (4)

➢ Canada Post
➢ DLA
➢ State Department
➢ State of FL

### PRODUCTS (13)

➢ ABB
➢ Amgen
➢ Avery Dennison (*)
➢ ePeopleServe
➢ Dairy Farmers
➢ FNAC
➢ GM
➢ KBC
➢ Kappa Packaging
➢ Kraft US
➢ Phillip Morris
➢ Ryder
➢ Sainsbury

### CHT (6)

➢ Blu (Italy)
➢ Ericsson
➢ MultiChoice (SA)
➢ Versatel (Germany)
➢ Tellabs (*)
➢ UTC

**SEEBEYOND**

8

# Industry Leading Partner Network


PRICEWATERHOUSE COOPERS

  
CALICO

SIEBEL
eBusiness

BOOZ·ALLEN & HAMILTON

Computer Sciences Corporation

sequoiasoftware


ORACLE


SEEBEYOND

PROPELIS
a CRT Company


KPMG


FIREPOND

>
accenture

CSC


DataChannel

perotsystems

perotsystems



EDS

CAP GEMINI
ERNST & YOUNG


i2


NetVendor

Remedy
Corporation

VIGNETTE

READY/GOLD

SWIFT



Clarify

      

Control

SAP

w a v e b e n d

**EXHIBIT I**

CAGE Code: 0NHA3
DUNNS No.: 85-8485758

July 18, 2001

Response for:
**United States Transportation Command (USTRANSCOM)**
**Global Transportation Network-21st Century (GTN 21)**

# Sources Sought Response

Submitted to:
ESC/BP
Attn: Ms. Kathy Viano
75 Vandenberg Drive
Hanscom AFB, MA 01731
Via E-Mail to: GTN
21ss@tiberius.transcom.mil

# accenture

Submitted by:
**Accenture LLP**
11951 Freedom Drive
Reston, VA 20190

Steven H. Goodman (Director of Contracts, FSG)

In Response to: Sources Sought Synopsis as posted in CBD on 20 June 2001

Notice: This document includes data that shall not be disclosed outside the government and shall not be duplicated, used, or disclosed—in whole or in part—for any purpose other than to evaluate this response. If, however, a contract is awarded to this offeror as a result of—or in connection with—the submission of this data, the government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in all sheets of this document.

**Source Selection Information – See FAR 3.104**

## 2.0 DEFENSE LOGISTICS AGENCY (DLA)

The Defense Logistics Agency (DLA) provides over $12 billion (US) of supplies and services to America's military forces worldwide. 28,600 civilian and military staff work around the clock, in all 50 states, 27 countries, at over 500 sites, managing over 4 million items, and performing more than 30 million annual distribution actions. DLA is the one source for 90% of the consumable items in the Department of Defense, whether for combat readiness, emergency preparedness, or day-to-day operations. DLA's relevance to GTN 21 is shown in Figure 5.

SAMMS, implemented over 30 years ago, handles the majority of DLA's logistics activities. DLA is evolving its business practices to reflect best commercial practices, adopt emerging technologies,

| Successful Example #1 | |
|---|---|
| **Customer** | Defense Logistics Agency |
| **Market** | Government - Defense |
| **System Description** | Manages the supply of goods to Department of Defense and others |
| **Date Delivered** | 04/30/01 |
| **Current Status** | IOC – September 2002 |

1 GTNSS-07

streamline operations, and transform itself from a manager of supplies to a manager of suppliers. Collectively, these efforts will speed delivery of commercially available products direct from the commercial source to the Warfighter.

Our solution includes supply chain collaboration using a web-based trading exchange to both dramatically increase the responsiveness of DLA's supply chain and reduce DLA's logistics operating costs.

| Key Features | | | Screening Criteria | |
|---|---|---|---|---|
| **KF#** | **Description** | | **SC#** | **Description** |
| 1 | Supply function includes integrated transportation functionality and in-transit visibility | | 1 | Designing and developing system larger than GTN 21 (3 terabyte database) |
| 2 | 5,000 users have accounts to access the system | | 2 | Flexible tools provide ability to work with multiple business processes, data sources, and business rules |
| 3 | 1,000 concurrent users | | 3 | High System availability required due to global mission of DLA (99.99%) |
| 4 | Uses advanced supply chain planning and control software tools to direct supply chain activity | | 4 | Meets Department of Defense security standards and requirements (DITSCAP compliant and DoD 5200.28) |
| 5 | Uses and Oracle Operational Data Store with plans for a Teradata data warehouse | | 5 | Includes a business to business exchange |
| 6 | A | Use EAI tools for connectivity between applications | 6 | COTS based system (Oracle, SAP, Manugistics) |
| | B | Use EAI tools for connectivity between systems | 7 | 15 subcontractors and 3 alliance partners integrated into a cross-functional team |
| | C | Web-based collaboration tools | | | |

| Other GTN 21 Objectives | | | |
|---|---|---|---|
| SOO 2.0.b – Provides the primary source of integrated supply data for the DoD and others | SOO 2.0.K – Development within SEI Level 3 organization | SOO 2.0.J – Minimizes total cost of ownership through layered architecture and Enterprise Application Integration | SOO 2.0.I – Project is a partnership with the Government to design, develop, implement, and manage the DLA BSM program |

**Figure 5. DLA Summary**

1 GTNSS-08

accenture

Use or disclosure of the data contained on this sheet is subject to the restriction on the title page of this document.

# EXHIBIT J

**A.**   Offeror Name (Company/Division):  Accenture, LLP
      Offeror Location               Reston, Virginia
      CAGE Code:                  ONHA3
      DUNS Number:              85-8485758

**B.**   Program Name:              Business Systems Modernization

**C.**   Contract Specifics:

1. Contracting Agency or Customer: Defense Logistics Agency
2. Contract Number          GS-35F-4692G, Delivery Order SP0103-00-F-A032
3. Contract Type            Cost plus incentive fee
4. Period of Performance     August 15, 2000 - August 14 2005
5. Original Contract $ Value   $389 Million       (Do not include unexercised options)
6. Current Contract $ Value   $393 Million              (Do not include unexercised options)
7. If Amounts for 5 and 6 above are different, provide a brief description of the reason Increased Scope_____

_____
8. If Award Fee is applicable to type of contract, please identify the fee period and percentage earned for each fee period. The incentive fee is allocated using performance based techniques. All of the contractor fees are awarded as an incentive fee based on satisfaction of pre-determined criteria. The contract uses a Fixed Price Plus Incentive pricing mechanism where every Task Order's price is $0. 100% of the contract price is at risk, to be earned as work products and services are delivered that achieve DLA's performance objectives.

**D.**   Brief Description of Effort as _X_ Prime or ___ Subcontractor
      If Prime, percent of original contract $ subcontracted      _ 32.6 __ %
      If Subcontractor, provide original percentage of total original contract value $_N/A_
(Please indicate whether it was development and/or production, or other acquisition phase
   X Development           X Production         ☐ Other (specify)_____

**E.**   Completion Date:

       1. Original date:              _8/14/05_____
       2. Current Schedule:        ___8/14/05_____
       3. Estimate at Completion:    _____no change_____
       4. How Many Times Changed:     0 _____
       5. Primary Causes of Change: _____ n/a _____

**F.**   Primary Customer Points of Contact: (For Government contracts, provide current information on all three individuals. For commercial contracts, provide points of contact fulfilling these same roles.)

       1. Program Manager:       Name      _Dave Falvey_____
                             Office Symbol__J-6_____
                             Mailing Address     _ The Defense Logistics Agency
                                             Headquarters Complex,

~~reassigns the ticket (if required), closes the ticket, and communicates the resolution, status, and answer to the user.~~

~~8)Was there any web-based application development Several web-based applications: mySAP.com.~~
~~Manugistics, PD². Web-based procurement via Aquiline OEWeb/SRWeb.~~

~~9)11)What sub-contractors did we use? 67.4% of work performed by Accenture; 2 vendors, 12~~
~~subcontractors. Top 5 are Lockheed Martin Federal Systems, Litton PRC, Universal System, Inc.,~~
~~CTI, and PSS. SEE BELOW FOR MORE DETAILS.~~

| Company | Capability | Qualifications | Estimated % of Work |
|---|---|---|---|
| **Teammates/Vendors** | | | |
| SAP | • Primary ERP software vendor | 300+ Installations with Accenture | 4.4% |
| Manugistics | • Primary APS software vendor | 40+ Installations with Accenture | 14.2% |
| **Subcontractor** | | | |
| AMS | • SW Vendor (PD²)<br>• Legacy system integration | ERP at AEDC<br>CM BPR Training<br>SPS Prime Contractor | 3% |
| Litton TASC | • Business intelligence expertise<br>• Data Migration skills | Advanced Logistics Program (ALP) contractor, DLA Readiness Decision Support System (RDSS) prime contractor | 0.7% |
| Litton PRC | • Data conversion and migration<br>• Legacy system integration<br>• Vertical knowledge of maritime systems | DLA supplier, DSETS, Long history with Air Force and Army Weapon System Readiness Planning Systems | 1.6% |
| Lockheed Martin Federal Systems | • Interoperability<br>• Legacy system integration<br>• Vertical knowledge | GCSS-AF, Joint Technical Architecture, DSETS | 2.3% |
| NCI | • Legacy system integration | DLA STORES prime contractor | 0.7% |
| Unisys | • Legacy system integration<br>• Training expertise | DLA Distribution Standard System (DSS) prime contractor | 2.0% |
| Universal Systems Inc. | • Legacy system integration<br>• DoD procurement | DLA Procurement Gateway prime contractor; EDW, EDA, ASSIST, TIFF developer | 0.8% |
| **Small Business** | | | |
| AmerInd** | • Data modeling and BPR | DoD Logistics data program contractor, DMLSS, DSC-P BPR contractor, including DVD and VPV | 0.5% |
| CTI* | • Legacy system migration and integration | DSC-Columbus SAMMS support, DLA DSETS contractor, DFAS integration support | 0.8% |
| DNC* | • DoD data engineering and standardization | DLA IDE data engineering support, DLA/OSD Shared Product Data Support | 0.2% |
| ICS* | • Database expertise<br>• Technical infrastructure expertise<br>• Interface development | U.S. Patent Office database, Department of Housing and Urban Development, and FBI contractor | 0.7% |
| Infosys* | • Technical infrastructure expertise | National Guard technical infrastructure, Randolph AFB technical infrastructure, | 0.7% |

# EXHIBIT K

CONFIDENTIAL

## Oracle S/W Pricing for GTN21

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/ Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/ Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/ Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Oracle Database** | | | | | | | | | | | |
| Enterprise Edition* | 4,000 | Perpetual | Named User - Multi-Server | $3,000,000 | $660,000 | 39.4% | $1,818,000 | $399,960 | 40.0% | $1,800,000 | $396,000 |

**High Availability/Fallover features Included in Database Enterprise Edition and not separately priced(partial list):**
Data Guard, Basic Readable Standby Database, Incremental/Online/Parallel Backup and Recovery, Oracle Fail Safe, Point-in Time Tablespace Recovery, Oracle Fail Safe, Transparent Application Failover

**High Availability/Scalability Database Options, separately priced:**

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/ Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/ Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/ Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Partitioning | 4,000 | Perpetual | Named User - Multi-Server | $800,000 | $176,000 | 39.4% | $484,800 | $106,656 | 40.0% | $480,000 | $105,600 |
| Real Application Clusters | 4,000 | Perpetual | Named User | $1,600,000 | $352,000 | 39.4% | $969,600 | $213,312 | 40.0% | $960,000 | $211,200 |
| High Availability DBMS Software Subtotals: | | | | $2,400,000 | $528,000 | | $1,454,400 | $319,968 | | $1,440,000 | $316,8 |

**Data Warehousing**
**Warehousing features Included in Database Enterprise Edition and not separately priced(partial list):**
Optimizer Statistics Management, Analytic Functions, Bitmapped Join Index, Parallel Bitmap Star Query Optimization, Parallel Query, Direct Path Load API, Sychronous Change Data Capture, Advanced Queueing

**Warehousing Database Option, separately priced:**

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/ Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/ Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/ Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Data Mining | 4,000 | Perpetual | Named User | $1,600,000 | $352,000 | 39.4% | $969,600 | $213,312 | 40.0% | $960,000 | $211,200 |
| Base DW DBMS Software Subtotals: | | | | $9,400,000 | $2,068,000 | | $5,696,400 | $1,253,208 | | $5,640,000 | $1,240,800 |

**Additional Warehousing Products, separately priced:**

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/ Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/ Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/ Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Express Server | 4,000 | Perpetual | Named User - Multi-Server | $3,200,000 | $704,000 | 39.4% | $1,939,200 | $426,624 | 40.0% | $1,920,000 | $422,400 |
| Express Analyzer | 4,000 | Perpetual | Named User - Multi-Server | $2,980,000 | $655,600 | 39.4% | $1,805,680 | $397,294 | 40.0% | $1,788,000 | $393,360 |

**Warehouse Development and Query Tools, separately priced:**

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/ Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/ Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/ Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Internet Developer Suite (IDS) | 1 | Perpetual | Named User - Multi-Server | $5,000 | $1,100 | 39.4% | $3,030 | $667 | 40.0% | $3,000 | $666 |

**Included in Internet Developer Suite:**
JDeveloper, Forms Developer, Designer, Reports Developer, Discoverer Admin Edition, Software Configuration Management System, Warehouse Builder

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/ Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/ Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/ Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Express Objects | 1 | Perpetual | Named User - Multi-Server | $5,000 | $1,100 | 39.4% | $3,030 | $667 | 40.0% | $3,000 | $660 |
| Discoverer Plus | 1 | Perpetual | Named User - Multi-Server | $1,000 | $220 | 39.4% | $606 | $133 | 40.0% | $600 | $132 |
| Add-on DBMS Software Subtotals: | | | | $6,191,000 | $1,362,020 | | $3,751,748 | $825,384 | | $3,714,600 | $817,21 |
| Software Totals: | | | | $15,591,000 | $3,430,020 | | $9,448,146 | $2,078,592 | | $9,354,600 | $2,058,0 |

*No cost to Air Force users. Air Force Enterprise License Products include: Database Enterprise Edition, Database Advanced Security Option, and Internet Applications Server Enterprise Edition, including updates and support for all included products.
Contact MAJCOM/SC or SSG3CTT PAD to obtain licenses for Air Force programs.
Pricing valid as of December 12, 2001.