

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 5 2006

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

THE UNITED STATES OF AMERICA, *ex rel.* NORMAN )
RILLE and NEAL ROBERTS,                                    )
                                                                                )
                                       Plaintiff,                            )          Case No.   4-04 CV0000986GTE
                                                                                )
                 vs.                                                           )
                                                                                )          FILED UNDER SEAL
                                                                                )          PURSUANT TO 31 U.S.C. §
                                                                                )          3729, *et seq*
                                                                                )
                                                                                )
ELECTRONIC DATA SYSTEMS CORPORATION, a      )
Delaware Corporation; SUN MICROSYSTEMS, INC., a  )
Delaware Corporation; and DELL INC., a Delaware        )
Corporation,                                                             )
                                                                                )
                                       Defendants.                       )
_____)

## SECOND AMENDED COMPLAINT FOR VIOLATIONS
## OF FALSE CLAIMS ACT

Plaintiff, United States of America, for claims against Defendants, complains and alleges

as follows:

### NATURE OF ACTION

1.      This is an action brought pursuant to the False Claims Act (31 U.S.C. § 3729, *et*

*seq*.) through Norman Rille ("Rille") and Neal Roberts ("Roberts") as Relators ("Relator(s)"),

pursuant to 31 U.S.C. § 3730(b) (the "FCA") for and on behalf of the United States of America.

This action is brought against Defendants Electronic Data Systems Corporation, Sun

Microsystems, Inc., and Dell Inc., along with their various predecessors, successors, (collectively

1

#35

"Defendants"), by and through themselves, and/or their subsidiaries, and affiliates (directly or indirectly).

### United States Procurement of Products and Services from Defendants

2.     Over the last 10 years, the United States Government, along with its departments and subdivisions ("the United States Government" or "Government"), is engaged in contracting for the development, manufacture and implementation of all kinds of programs and systems, including but not limited to substantial contracts to modernize and transform its operations. Among other things, the United States Government has and does contract with United States Government contractors, including, but not limited to, general contractors and consulting companies, which purport to be skilled in contract execution, developing, manufacturing, and/or converting and integrating government systems and/or providing information technical services ("Systems Integration Consultants"). Such contracts, development, manufacture and/or conversion and implementation requires the Government's procurement of substantial technology hardware, software and technical services from various technology companies ("Technology Vendors") resulting in the Government's expenditure of billions of dollars. Indeed, Government spending on information technology services and products alone constitutes as much as $150 billion annually, or 20 percent of combined commercial and Government information technology sales. Technology Vendors send tens of thousands of proposals to the Government yearly, seeking to capture some of these Government dollars. The Systems Integration Consultants, who are entrusted and retained to act as the Government's independent third party objective advisors, are to assist the Government in determining the most appropriate subcontractors, and hardware and software systems for many kinds of systems and programs,

2

including but not limited to the integration of computer systems and networks, all to meet the

Government's ever growing needs.

3.    Contracts have been entered into, directly or indirectly, between Defendants and

the United States Government pursuant to the federal Anti-Kickback provisions set forth at 41

U.S.C. §51 *et seq.*, and the Federal Acquisition Regulations ("FARs"), including, but not limited

to, FAR 3.502-3, 52.203-7, the federal Truth in Negotiations Act ("TINA") provisions set forth at

10 U.S.C. § 2306  *et seq.*, the federal Stark Law set forth at 41 U.S.C. §1395mm *et seq.*, and

federal organizational conflict of interest laws, including, but not limited  to FAR 9.5  *et seq.*

These laws and regulations, the False Claims Act, and the contracts themselves, all prohibit

Kickbacks, as defined below, and require Defendants to be truthful in negotiations, and to certify

that the cost or pricing data they proffer to the Government is current, accurate, and complete,

and to certify that no third party relationship has been entered into that creates a conflict of

interest with the Government.

### Defendants Have Established Alliances to Capture United States Government Dollars

4.    In order to increase market share in Government work, Defendants, who are

Government contractors, have established relationships, and routinely use those relationships, in

what have become known as "teams," "strategic alliances," "alliance teams," or "affiliates"

("Alliance(s)" or "Alliance Team(s)" or "Alliance Partnership(s)" or "Affiliate(s)"). Defendants

have established Alliances, Alliance Teams, Alliance Partnerships, and/or Affiliate relationships

for the purpose of consummating sales to the United States Government. Defendants cooperate

nearly exclusively with their Alliance Team members and/or Alliance Partners, and/or

subsidiaries, and/or Affiliates to this end.

## Defendants Have Entered into Conspiracies to Give and Receive Kickbacks and Concealed Them, and/or Misrepresented Best Pricing

5.      (a) Plaintiff, the United States Government, alleges that over the last ten (10) years and continuing up to the date of trial (the "Relevant Time Period"), Defendants have exploited the trust the Government has reposed in them to act with honesty and candor, to provide accurate best pricing information, and to act without conflicts of interest, and to serve as independent third party objective advisors, and have destroyed their independence by using their Alliance and/or Affiliate relationships to enrich themselves through a kickback scheme. For example, Defendants have entered into conspiracies between and among themselves wherein they seek/receive and/or offer/pay such Kickbacks, as defined below, between and among themselves in the nature of anything of value, including, but not limited to, referral fees, influence(r) fees, systems integration compensation fees, reseller fees, commissions, free or discounted products and/or services, equity ownership, profit sharing, and/or profits to an entity partially owned by the Defendants, or other benefits ("Kickbacks" or "Kickback Scheme"). Such Kickbacks are given to Defendants for their referral or recommendation to the Government of their Alliance Team members, Alliance Partners, and/or Affiliates, including, but not limited to, other Alliance Systems Integration Consultants, Alliance Technology Vendors, and/or any other Alliance and/or Affiliate contractors, in obtaining contracts or subcontracts with the United States.

(b)  These conspiratorial agreements to seek/receive and/or offer/pay such Kickbacks were and are a prerequisite to the inclusion of a Defendant in an Alliance Team or

4

Alliance Partner or Affiliate relationship. Also, in the furtherance of the Kickback Scheme and conspiracy, many of Defendants created partially or wholly-owned resellers of, among other things, Technology Vendor products and/or services ("Reseller(s)"), which such Defendants used to retain the Kickbacks, and/or used as conduits to funnel the Kickbacks to themselves. The Defendants have agreed that their Kickback Scheme was and is to be kept confidential. As a result, hundreds of millions of dollars of Kickbacks were sought, received, offered and paid between and among the Defendants with their Alliance Team Members and/or the Alliance Partners, and/or subsidiaries, and/or Affiliates in violation of the False Claims Act and other federal statutes and regulations. In furtherance of this Kickback Scheme and conspiracy, Defendants, and each of them, expressly or impliedly represented or certified to the Government that they complied with various Anti-Kickback statutes, FARs, TINA, the Stark laws, and organizational conflict of interest laws, when, in fact, they had not, and do not, comply with such laws and regulations. Again, this resulted in the making of false claims in breach of the FCA to the Government in connection with Defendants' Government contracts.

6.     In addition, as part of the schemes to defraud the Government and concealment, Defendants failed to provide to GSA and other government agencies current, accurate, and complete disclosure of their best pricing (after all discounts, rebates, and other benefits) for any entities, whether such entity sells to the Government or not, all in violation of TINA and other laws and regulations, thereby causing defective GSA and other government pricing schedules. This resulted in FCA violations, as to both direct sales to the Government by a Defendant, and indirect sales through an SI, Alliance, or Technology Vendor, with or without a Kickback.

5

## PARTIES, JURISDICTION AND VENUE

7.     Electronic Data Systems Corporation, is a Delaware corporation doing business in the State of Arkansas, and more particularly within the geographical limits of the United States District Court, Central District, State of Arkansas.  During the Relevant Time Period, Electronic Data Systems Corporation, its predecessors, and successors (directly or through subsidiaries, affiliates or assigns), have established Alliances, Alliance Teams, Alliance Partnerships, and/or Affiliate relationships for the purpose of consummating sales to the United States Government in various capacities, including but not limited to, as Systems Integration Consultants for the United States Government, and/or Technology Vendors for the United States Government. Defendant Electronic Data Systems Corporation, and its  predecessors, and successors (subsidiaries, affiliates or assigns) shall be referred to hereafter collectively as "EDS."

8.     Sun Microsystems, Inc., is a Delaware corporation doing business in the State of Arkansas, and more particularly within the geographical limits of the United States District Court, Central District, State of Arkansas.  During the Relevant Time Period, Sun Microsystems, Inc., its predecessors, and successors (directly or through subsidiaries, affiliates or assigns) have established Alliances, Alliance Teams, Alliance Partnerships, and/or Affiliate relationships for the purpose of consummating sales to the United States Government in various capacities, including but not limited to, as Systems Integration Consultants for the United States Government, and/or Technology Vendors for the United States Government. Defendant Sun Microsystems, Inc., and its  predecessors, and successors (subsidiaries, affiliates or assigns) shall be referred to hereafter collectively as "Sun Microsystems."

6

9.     Dell Inc., is a Delaware corporation,  doing business in the State of Arkansas, and more particularly within the geographical limits of the United States District Court, Central District, State of Arkansas.  During the Relevant Time Period, Dell Inc., its predecessors, and successors (directly or through subsidiaries, affiliates or assigns) have established Alliances, Alliance Teams, Alliance Partnerships, and/or Affiliate relationships for the purpose of consummating sales to the United States Government in various capacities, including but not limited to, as Systems Integration Consultants for the United States Government, and/or Technology Vendors for the United States Government. Defendant Dell, Inc., and its predecessors, and successors (subsidiaries, affiliates or assigns) shall be referred to hereafter collectively as "Dell."

10.     Jurisdiction of this Court is founded upon 28 U.S.C. § 1331, 28 U.S.C. § 1345, 31 U.S.C. § 3729 and 31 U.S.C. § 3732(a) inasmuch as the United States of America is a party hereto and the claims set forth herein are founded upon a law of the United States of America.

11.     Venue lies in this District pursuant to 28 U.S.C. § 1391(b), 31 U.S.C. § 3729 and 31 U.S.C. § 3732(a) inasmuch as one or more of the Defendants (directly or indirectly) can be found, resides and/or transacts business within this district of the State of Arkansas; and more specifically, Defendants (directly or indirectly) transact business within this district of the State of Arkansas, and in addition, Defendants Sun Microsystems, and Dell, were and are Alliance Partner(s) or Alliance Teammate(s) and co-conspirator(s) with Defendant EDS in some of the acts alleged herein, which were and caused the making of false claims under the FCA, and also by virtue of violations of the Anti-Kickback statutes, FARs, TINA, the Stark laws, and organizational conflict of interest laws, and/or that said conspiracy between Defendants (directly

7

or indirectly) was entered into within this district of the State of Arkansas and/or acts pursuant to the conspiracy occurred from within this district of the State of Arkansas, and/or false records/statements/certifications/claims were made or caused to be made from within this district of the State of Arkansas, and/or Defendants (directly or indirectly) performed or are to perform contract work with the Government within this district, and/or were paid from the Government or to the Defendants (directly or indirectly) within this district of the State of Arkansas.

12.     Relators have previously made a voluntary disclosure of the wrongdoing referred to herein to the United States Government pursuant to U.S.C. § 3730(e)(4)(B).

## FACTUAL BACKGROUND

### Defendants' Kickback Scheme

13.     Plaintiff alleges that during the Relevant Time Period, Defendants established Alliances, Alliance Teams, Alliance Partnerships, and/or Affiliate relationships, and some of Defendants established business to business trading exchange(s) linking Government contractors, all for the purpose of consummating sales to the United States Government with, among others, many of the major Government contractors, and most of the following major sellers of hardware and software technology in the United States such as Acxiom Corporation ("Acxiom"), Avanade, Inc. ("Avanade"), Cisco Systems, Inc. ("Cisco"), Commerce One, Compaq Computer Corporation ("Compaq"), Dell, EMC Corporation ("EMC"), Exostar, Hewlett-Packard Company ("HP"), IBM, Informatica Corporation ("Informatica"), J.D. Edwards & Company ("J.D. Edwards"), Manugistics Group, Inc. ("Manugistics"), Microsoft Corporation ("Microsoft"), NCR Corporation ("NCR"), Oracle Corporation ("Oracle"), PeopleSoft, Inc. ("PeopleSoft"), SAP Systems Integration AG ("SAP"), SeeBeyond Technology Corporation ("SeeBeyond"), Siebel

8

Systems, Inc. ("Siebel"), Sun, Unisys Corporation ("Unisys"), answerFriend, Asera, Inc.

("Asera"), BEA Systems, Inc. ("BEA Systems"), Blue Martini Software, Inc. ("Blue Martini"),

Broadvision, Inc. ("Broadvision"), Cognos, Incorporated ("Cognos"), Jamcracker, Inc.

("Jamcracker"), Kalido Ltd. ("Kalido"), Kana Software, Inc. ("Kana"), Plumtree Software, Inc.

("Plumtree") SAS, Seisint, Inc. ("Seisint"), Teradata, Top Tier Software, Inc. ("Top Tier") and

Vignette Corporation ("Vignette"), and their affiliates, predecessors, successors in interest, and

subsidiaries. Also, Defendants, and/or their Alliance Team members, and/or subsidiaries, and/or

Affiliates, entered into contracts with the United States Government, under the terms of which,

and/or by virtue of law or regulation requiring them to comply with the False Claims Act, Anti-

Kickback statutes, FARs, TINA, the Stark laws, and organizational conflict of interest laws.

      14.     During the Relevant Time Period, Defendants, and each of them, in violation of

their contracts with the United States Government, established Alliance relationships, and/or

Affiliate relationships wherein Kickbacks were sought, received, offered and/or paid between

and among them for referring, recommending, and/or assisting their Alliance Team members,

and/or Alliance Partners, and/or subsidiaries, and/or Affiliates in obtaining contracts and/or

subcontracts with the United States Government.

      15.     Defendants had and have actual knowledge that their representations,

negotiations, statements, records, claims, invoices for payment and certification of compliance

(express or implied) with the Anti-Kickback statutes, FARs, TINA, the Stark laws, and

organizational conflict of interest laws, were false, and/or acted in reckless disregard for their

truth, or acted with deliberate ignorance of their falsity.

      16.     Defendants, directly or indirectly, submitted false claims for payment to the

United States Government and expressly or impliedly made statements, records and certifications

of compliance in support of such claims, and in violation of the FCA, and also in violation of the

Anti-Kickback statutes, FARs, TINA, the Stark laws, and organizational conflict of interest laws.

### RELATOR RILLE'S DIRECT AND INDEPENDENT KNOWLEDGE

17.     Based on the following experiences, communications and documents seen during

his employment at NCR and Accenture, Relator Rille learned that the Alliance Technology

Vendors' relationship with Systems Integration Consultants meant that, as a policy and practice,

Kickbacks were sought, received, offered and/or paid between the Systems Integration

Consultants and their Alliance Technology Vendors. He further learned that Alliance

relationships meant that as a policy and practice, Kickbacks were sought, received, offered and/or

paid between United States Government contractors by and between their Alliance Team

Members and/or Alliance Partners. These Kickbacks included "referral fees," "influence(r)

fees," "systems integration compensation fees," "reseller fees," commissions, free or discounted

products and/or services, equity ownership, profit sharing, payment of all or a portion of an

employee's salary and/or benefits, rebates, training, joint marketing budgets, payment of or credit

for all or a portion of any of expenses, and any other things or services of value. For example,

these Kickbacks were and are being paid to Accenture for referring, or recommending, and/or for

assisting Alliances, and/or subsidiaries, and/or Affiliates in obtaining contracts or subcontracts

with the United States. Furthermore, Relator Rille learned that NCR and SeeBeyond had and

have a policy and practice of giving Kickbacks to their Alliance Team members, and/or Alliance

Partners, and/or subsidiaries, and/or Affiliates.

18.     Also, Relator Rille learned during his employment with NCR and Accenture that

10

such monies or other things of value, including but not limited to, equity ownership, fees, and the receipt and payment of such fees, which were the subject of the Kickback Practice, were always to be kept confidential, and never to be disclosed to customers. This means that, for example, Defendants also failed to provide to GSA and other government agencies current, accurate, and complete disclosure of their best pricing (after all discounts, rebates, and other benefits) for any entities, whether such entity sells to the Government or not, all in violation of TINA and other laws and regulations, thereby causing defective GSA and other government pricing schedules. Likewise, Relator Rille learned during his employment with NCR and Accenture that the Alliance and/or Affiliate relationships of Accenture (which implemented the Kickback Practice) included most of the major sellers of hardware and software in the United States along with Avanade, Cisco, Commerce One, Compaq, EMC, HP, IBM, Informatica, J.D. Edwards, Manugistics, Microsoft, NCR, Oracle, PeopleSoft, SAP, SAS, SeeBeyond, Seibel, Sun Microsystems, Unisys, answerFriend, Asera, BEA Systems, Blue Martini, Broadvision, Cognos, Jamcracker, Kalido, Kana, Plumtree, Seisint, Sun Microsystems, Teradata, Top Tier and Vignette and their affiliates, predecessors, and successors in interest. Based on the documents received and the statements made to Relator Rille, he has concluded that Alliance/Affiliate relationships meant that most of the United States Government contractors, including, but not limited to, all the major Systems Integration Consultants and Technology Vendors, were and are engaged in the same Kickback Scheme and associated conspiracies.

19.     In approximately 1991, Norman Rille started working as a Director of Product Support for Teradata Corporation, which was subsequently acquired by NCR. Over the following years he progressed to the position of Senior Product Manager. In approximately

11

1996, Lars Nyberg took over as Chief Executive Officer at NCR, and advised the NCR personnel, including Relator Rille, that NCR was going to change their marketing strategy to aggressively "go to market through Alliance Partners," who were Systems Integration Consultants, and that they were going to create Alliance relationships with all the major Systems Integration Consultants. Mark Herd, VP of Marketing, and Dale Hazel, Relator Rille's superior, also repeated those same messages in various group NCR meetings that Relator Norman Rille attended. As Relator Rille was about to leave NCR for Coopers & Lybrand, John Catozzi, Lead Architect for Teradata database software at NCR, told Relator Rille that because NCR was establishing Alliances with all of the major Systems Integration Consultants, including Accenture, Relator Rille's knowledge of the Teradata products would put him in good stead not only with Coopers & Lybrand, but also with all the other large Systems Integration Consultants. When Relator Rille left NCR in 1998, he did not understand at that time that an Alliance relationship would include the payment of "referral fees," "influencer fees," "SI Comp fees," or "reseller fees." Such an understanding would later follow.

20.     After employment at Coopers & Lybrand, which became PricewaterhouseCoopers, Relator Rille began employment in late 2000 at Andersen Consulting LLP, which soon thereafter became Accenture, as a Senior Manager in the Information Delivery Architecture group, with special focus on data warehousing and business intelligence technologies. While working for Accenture, Relator Rille was advised that it was Accenture's policy and practice to seek and obtain "referral fees," "influencer fees," "SI Comp fees," or "reseller fees" in the form of monies, commissions, free or discounted products or other things or services of value for referring, recommending or assisting Accenture's Alliance Technology

12

Vendors in obtaining contracts or subcontracts with the United States. He learned this when he asked the Alliance Services Manager, Mark Barry, the following: "Mark, can you tell me why these phone contacts are required? Who is it helping?" Mark Barry replied that, among other things, it was to improve the "job economics" for Accenture, thereby affirming the Kickback Scheme. See a copy of Mark Barry's e-mail confirming this which is attached as Exhibit "A."

21.     While working for Accenture, Relator Rille was involved in a job with A.G. Edwards, wherein he learned more about the extent of Accenture's Alliance relationships. He was told by Mark Barry, Alliance Services Manager, and Jeff Gans, Manager of Engagement Economics for Accenture on the A.G. Edwards job, that Accenture's Alliance relationships included virtually all of the major sellers of hardware and software in the United States.

22.     While still at Accenture, Relator Rille received copies of documents, which confirm that Accenture had established Alliance and/or Affiliate relationships with many of the hardware and software vendors. Relevant portions of some of the Accenture documentation and Technology Vendor documentation on this subject are attached as Exhibits "B"and "C." They list as Accenture Alliance/Affiliate partners among others: Avanade, Cisco, Cognos, Commerce One, Compaq, EMC, HP, IBM, Informatica, J.D. Edwards, Manugistics, Microsoft, NCR, Oracle, PeopleSoft, SAP, SAS, Seibel, SeeBeyond, Sun Microsystems, answerFriend, Asera, BEA Systems, Blue Martini, Broadvision, Cognos, Jamcracker, Kalido, Kana, Plumtree, Seisint, Teradata, Top Tier and Vignette.

23.     During his Accenture employment, Relator Rille also received a copy of an Accenture-NCR document entitled "Master Reseller Agreement" between NCR as the vendor and Accenture and Proquire jointly as a Reseller. It also includes a Referral Form and express

13

provisions for payment of referral fees to Accenture by NCR, confirming the existence of both

the Kickback Scheme and its accompanying conspiracies. The Referral Form provides in

relevant part:

### "Master Reseller Agreement

**THIS MASTER RESELLER AGREEMENT**, effective as of April 13, 2001 (the "Effective Date"), is made and entered into by and between:

**ACCENTURE LLP,** an Illinois limited liability partnership ("Accenture"), and Proquire LLC, a Delaware limited liability company ("Proquire"), each having an office at 100 South Wacker Drive, Chicago, Illinois 60606, (Accenture and Proquire are individually and collectively referred to herein as "Reseller" and "you") and

**NCR Corporation,** a corporation organized and existing under the laws of the State of Maryland, USA, with its principal offices at 1700 South Patterson Blvd., Dayton, Ohio USA ("NCR").

**PURPOSE**
The purpose of this Agreement is to document the understanding between NCR and you with respect to: . . .

• NCR's and your role in referring, selling and delivery of support Service . . . ."


". . . If NCR is the Referred Party and if this Referral Form is accepted by NCR, NCR agrees to pay you the following referral fee in accordance with the Joint Referral Agreement:

_____

If you are the Referred Party and if this Referral Form is accepted by you, you agree to pay NCR the referral fee specified in the Joint Referral Agreement. . . ."

A copy of the most pertinent parts of this documentation is attached as Exhibit "D."

    24.    Relator Rille was also sent an e-mail confirming that NCR had paid, for one

calendar year alone, referral fees or reseller fees to Accenture of "around $750,000" in

connection with their Alliance relationship, and for referring Accenture's consulting clients to

14

NCR for hardware/software sales.  See a copy of said e-mail attached as Exhibit "E."  This e-mail also outlines the referral/reseller fee arrangements and software discounts available to NCR's Alliance partners as follows:

"Reseller Agreement   20-30%

SI Compensation Agreement  up to 8% SI Compensation for new footprints, and, up to 5% for repeat customers

Professional Services Subcontracting          Case by case"

25.     While still working for Accenture, Relator Rille again spoke with Jeff Gans, Manager of Engagement Economics for Accenture on the A.G. Edwards job, about NCR's involvement in the A.G. Edwards engagement.  At that time, Jeff Gans identified the Alliance channel as an important source of enhancement of Accenture's revenues on the A.G. Edwards engagement.

26.     Kevin Messer, Accenture's Senior Manager in Government Services, the division that focuses on contracts with the Government, asked Relator Rille to draft a presentation, describing NCR's Teradata product, and its application in the business intelligence field for Government projects.  This presentation included a section that outlined the NCR-Accenture Alliance terms, and was entitled: "Teradata and Accenture: The Business Partnership."  A copy of relevant portions of this document is attached as Exhibit "F."  Before being confidentially distributed internally, this document was reviewed and approved by Kevin Messer, and Nancy Mullen, who was an Accenture Associate Partner and also Accenture's Lead for Capability Development, among other titles.  A similar document, authored by Accenture personnel, approved by Nancy Mullen, and received by Relator Rille, is entitled "NCR Teradata-Accenture

15

Alliance Credentials Deck 12/5/2001." Key and relevant portions of this document are attached

as Exhibit "G" and include in part as follows:

>  " . . . NCR & Accenture - Agreement Points
>
>  - **Resale Discounts:**
>       - 20-30% on licenses from list price
>  - **Service Integrator Compensation (SI Comp):**
>       - **Up to 8% SI Comp (Systems Integrator Compensation)**
>         for new footprints and up to 5% for repeat customers . . ."

27.     On approximately March 27, 2001, while still employed at Accenture,

Relator Rille received a document from NCR entitled "Partner Update," which is attached as

Exhibit "H." This document identifies some of the NCR partners, known as "Team Teradata

Members" as follows: Accenture, Cap Gemini Ernst & Young ("CGE&Y"), Deloitte, EDS,

Hitachi, and iMC, among others.

28.     Additionally, while at Accenture, Relator Rille received a document from

SeeBeyond, which was owned in part by Accenture, describing Accenture's Alliance/Affiliate

relationship with SeeBeyond. This SeeBeyond document, which is attached in part as Exhibit

"I," confirms that Accenture seeks and receives, and SeeBeyond, pays, "referral fees," "reseller

fees," provides discounted or free training, software and installation to its Alliance

Partners/Affiliates. This document also specifies the terms of the Kickback Scheme with

Accenture as follows:

>  ". . .    **Our Business Relationship**
>
>  - **Equity Position – 3%**

16

- **SeeBeyond Board Seat – Jack Wilson, Accenture Partner**

- **Strategic eAI Alliance**

- **Incentive Program**

    - Up to 15% paid to engagement ream where SeeBeyond is part of the
    solution

- **Global Marketing Agreement**

    - Referral Agreement – 10%

    - Reseller Agreement – 20%

    - Discounted Training FY '01 for e*Gate; Free for e*Xchange

    - Accenture Trained 300 in 2000.  Plan for 2001 is 600.

- **Solution Center Enablement**

    - Free software and installation . . ."

This SeeBeyond document also identifies other companies likely involved in the Kickback

Scheme and associated conspiracies including, but not limited to, Accenture, Booz-Allen

Hamilton, Calico, Cap Gemini Ernst & Young, Clarify, Computer Sciences Corporation,

Control, DataChannel, EDS, Firepond, i2 Technologies, NetVendor, Oracle, PeopleSoft, Perot

Systems, PricewaterhouseCoopers, Propelis, Remedy Corporation, SAP, SeeBeyond, Sequoia

Software, Siebel, Swift Ready Gold Middleware, Vignette, and Wavbond.

    29.    Relator Rille learned that Accenture and its Alliances/Affiliates have been

including their  Alliances/Affiliates in contracts with the United States Government through

various communications and documents he received while at Accenture.  In addition to that

already stated and cited above, for example:

17

- Exhibit "C," includes Accenture "Data Warehouse Practice" presentation pages 1-2 and Accenture "Security point of View" slide presentation, slides 1, 6 and 49, which both describe the Alliance relationships between Accenture, SAS, Cisco, Sun Microsystems, HP, Oracle and others, and work to be performed by Accenture, its Alliances, and/or subsidiaries, and/or Affiliates for the United States Government, among other work.

- Exhibit "I," numbered page 8 identifies the federal Defense Logistics Agency ("DLA") and federal State Department as joint clients of Accenture and SeeBeyond.

- Exhibit "J," entitled "Response for: United States Transportation Command (USTRANSCOM)" dated July 18, 2001, page 5, represents that Accenture has "15 subcontractors and 3 Alliance partners integrated into a cross-functional team" for this Government project.

- The second to the last page of Exhibit "E," identified above is an e-mail from Viney K. Kaushal, Accenture Global Alliance Manager, regarding the "significant activities with regard to the NCR Teradata Alliance relationship" with Accenture. It identifies "CURRENT & RECENT CLIENTS ENGAGEMENTS (Joint Wins)" for the Accenture NCR Alliance, expressly references federal Government contracts for "US Postal Service, Air Force Test & Development, NAVAIR, FAA, US Air Force EDW (Just Revived) and US Air Force First."

- The last page of Exhibit "E" states that the amount of the Accenture Resale/SI Comp Revenue [Kickback] from NCR on the US Postal Service contract is To Be Decided; "TBD (Recently Awarded)." Other entries on this same page confirm that approximately $1.2 million was received by Accenture as Resale/SI Compensation Revenue [Kickback] during the year 2000-2001.

- Exhibit "K" is an Accenture document summarizing the involvement of Accenture and its Alliances Team on the business systems modernization engagement for the federal Government's Defense Logistics Agency. Among others, the document identifies Alliance companies as follows: "SAP, Manugistics, and Unisys." Additionally, Exhibit "J" describes the subcontractors and Technology Vendors as part of Accenture's "cross-functional team."

- Exhibit "L," attached and entitled "Oracle S/W Pricing for GTN21" is an Accenture internal worksheet prepared in support of Accenture's proposal for work on the federal project entitled Global Transportation Network for the 21st Century. Significantly, it shows a deeper discount from Oracle to Accenture than to the federal Government on this federal contract.

18

• Exhibit "M," attached and entitled "Resume Michael E VanVooren" is a description of Accenture's Teamwork with Exostar-a joint venture between The Boeing Company, Lockheed Martin Corporation, Raytheon Corporation, and others. It describes this joint venture as a "business to business trading exchange linking buyers with suppliers within the Aerospace and Defense industry." It also indicates that Accenture is a Teammate coordinating the Accenture-Exostar Team and that they also "worked with other team members to support the on-ramps of the four founding company partners..." Relator Rille understood that the term "on-ramp" is a term of art for Alliances in the Government contractor industry.

## RELATOR ROBERT'S DIRECT AND INDIRECT KNOWLEDGE

## OF THE KICKBACK SCHEME

30.     Relator Roberts, a prior partner with Deloitte, and Coopers & Lybrand, which became PricewaterhouseCoopers, has investigated Alliance/Affiliate relationships, including, but not limited to, the conduct of Systems Integration Consultants and Technology Vendors in Alliance/Affiliate relationships.  As part of his investigation, he has spoken to various retired and current partners of Government contractors, also including partners with his prior firms.  In the process, he learned that the Alliance/Affiliate relationships between Government contractors meant that it is a practice to seek and receive, and/or pay, Kickbacks to the Alliance partners, and/or subsidiaries, and/or Affiliates as part of the Kickback Scheme and conspiracy alleged herein.

31.     He learned that these Kickbacks were "referral fees," "influencer fees," "SI Comp fees," or "reseller fees" in the form of monies, commissions, free or discounted products or other things or services of value that were and are being paid to Government contractors for referring, or recommending, and/or assisting their Alliance Team Members and/or Alliance

19

Partners in obtaining contracts and/or subcontracts with the United States Government. Attached hereto as Exhibit "N" is a list of some of the Government contractors that engaged in the Kickback Scheme.

32.     Relator Roberts further learned that it was the policy and practice of Government contractors in Alliance/Affiliate relationships not to disclose the Kickbacks by and between their Alliance Team Members and/or Alliance Partners, and/or subsidiaries, and/or subsidiaries, and/or Affiliates to their customers.

## SUMMARY OF FALSE CLAIMS ACT VIOLATIONS

33.     During the Relevant Time Period and as described herein above, Defendants along with their various predecessors, successors, by and through themselves, and/or their subsidiaries, and affiliates (directly or indirectly), including, but not limited to, those identified in Exhibit "O" attached hereto and incorporated herein, engaged in and continue to engage in the following systemic wrongful conduct in violation of the FCA:

a.      Presenting, or causing to be presented, false claims for payment to the United States Government for Government contract work, which involved referring, recommending, and/or the assisting of any Alliance Partner and/or Alliance Team Member and/or Affiliate, of EDS, and/or Sun Microsystems, and/or Dell, and/or any Government contractor, in obtaining contracts and/or subcontracts with the United States Government, and any of the Alliances/Affiliates of the foregoing and/or seeking/receiving and/or offering/paying Kickbacks pursuant to the conspiracies and Kickback Scheme as alleged herein.

b.      Making, using, or causing to be made, or causing to be used, false records and/or statements to the United States Government to obtain United States Government contracts,

20

and/or for support of claims for payment, and/or indicating that EDS, and/or Sun Microsystems, and/or Dell, and/or either of their Alliances/Affiliates had not sought nor received, nor offered nor paid  any kickbacks for referring, recommending, and/or assisting each other or other entities in obtaining contracts and/or subcontracts with the United States Government.  As part of the schemes to defraud the Government, Defendants have also been failing to provide to GSA and other government agencies current, accurate, and complete disclosure of their best pricing (after all discounts, rebates, and other benefits) for any entities, whether such entity sells to the Government or not, all in violation of TINA and other laws and regulations, thereby causing defective GSA and other government pricing schedules.  This resulted in FCA violations, as to both direct sales to the Government by a Defendant, and indirect sales through an SI, Alliance, or Technology Vendor, with or without a Kickback.

      c.      Presenting, certifying (expressly or impliedly) claims for payment and/or making, using, or causing to be made or used, false records and/or statements to the Government supporting claims for payment to the United States Government under United States Government contracts/subcontracts provided in a manner that violates the Federal Anti-Kickback provisions set forth at 41 U.S.C. §51 *et seq.*, and the FARs, including, but not limited to, FAR 3.502-3, 52.203-7, the provisions of TINA set forth at 10 U.S.C. § 2306 *et seq.*, the Federal Stark Law set forth at 41 U.S.C. §1395mm *et seq.*, and organizational conflict of interest laws, including, but not limited to FAR 9.5 *et seq.*

      d.      Defendants EDS, and/or Sun Microsystems, and/or Dell, and/or, and their predecessors, successors, Affiliates, and subsidiaries entering into a conspiracy to defraud the Government by getting contracts/subcontracts awarded to them and/or any other Alliance Team

member, and/or Alliance Partner, and/or Affiliate, and/or any other Government contractors, and/or to get false or fraudulent claims allowed or paid, all in a manner that violates 31 U.S.C. §3729(a)(3) and Federal Anti-Kickback provisions set forth at 41 U.S.C. §51 *et seq.*, and the FARs, including, but not limited to, FAR 3.502-3, 52.203-7, the provisions of TINA set forth at 10 U.S.C. § 2306.

34.     It is alleged that the foregoing practices have resulted in the United States Government, either directly or indirectly through its agencies or intermediaries, entering into contracts/subcontracts under false representations and violations of law as alleged herein, purchasing the wrong products, including but not limited to, Alliance and/or Affiliate products, and/or technical services, and/or paying out monies or excess monies to Defendants, to which Defendants are not entitled, all in violation of the FCA.

35.     It is further alleged that the United States Government, either directly or indirectly through its agencies or intermediaries, would not have contracted with Defendants had it known that the contracts/subcontracts, products and/or services for which the contracts were proposed were subject to a scheme to violate the violates the Federal Anti-Kickback provisions set forth at 41 U.S.C. §51 *et seq.*, and the FARs, including, but not limited to, FAR 3.502-3, 52.203-7, the provisions of TINA set forth at 10 U.S.C. § 2306 *et seq.*, the Federal Stark Law set forth at 41 U.S.C. §1395mm *et seq.*, and organizational conflict of interest laws, including, but not limited to FAR 9.5 *et seq.*

36.     It is further alleged that the United States Government, either directly or indirectly through its agencies or intermediaries, would not have honored Defendants' claims for payment, had it known that the contracts/subcontracts, products and/or services for which the

22

claims were made, were provided in a manner that violates the Federal Anti-Kickback provisions

set forth at 41 U.S.C. §51 *et seq.*, and the FARs, including, but not limited to, FAR 3.502-3,

52.203-7, the Federal TINA provisions set forth at 10 U.S.C. § 2306 *et seq.*, the Federal Stark

Law set forth at 41 U.S.C. §1395mm *et seq.*, and organizational conflict of interest laws,

including, but not limited to FAR 9.5 *et seq.*

## COUNT ONE

## SUBSTANTIVE VIOLATIONS OF THE FALSE CLAIMS ACT

37.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through

36 above, as if fully set forth herein.

38.     Accordingly, Defendants have violated the provisions of the False Claims Act, 31

U.S.C. § 3729(a) by:

a.      Knowingly presenting or causing to be presented to the United States

Government, directly or indirectly, false or fraudulent claims to be paid or

approved, directly or indirectly, by the United States Government (31

U.S.C. § 3729(a)(1));

b.      Knowingly making, using, or causing to be made or used, or presenting

false records or statements and/or false certifications to obtain

contracts/subcontracts and/or the payment of false or fraudulent claims to

be paid or approved by the United States Government (31 U.S.C.

§ 3729(a)(2));

39.     The United States Government, upon presentation of such claims for payment,

whether directly or indirectly, remitted payment despite the false nature of such claims.

23

40.     Pursuant to 31 U.S.C. § 3729(a), Defendants are liable to the United States Government for a civil penalty of not less than $5,500, and not more than $11,000 for each violation of the FCA committed by Defendants.

41.     The United States Government has further sustained damages, and will yet sustain damages up to the date of trial in an amount yet to be determined. Pursuant to 31 U.S.C. § 3729(a) Defendants are liable for three times the amount of all such damages sustained by the United States Government.

## COUNT TWO

## FALSE CLAIMS ACT CONSPIRACY

42.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 41 above, as if fully set forth herein.

43.     Pursuant to 31 U.S.C. § 3729(a)(3) through the acts described above and otherwise, Defendants entered into a conspiracy or conspiracies among themselves and with others to defraud the United States to obtain the above-alleged contracts and/or subcontracts and to get false and fraudulent claims allowed or paid. Defendants have also conspired to omit disclosing or to actively conceal the Kickback Scheme, and the business to business exchange with associated Kickbacks, which, if known, would have reduced Government obligations to them or resulted in repayments from them to Government programs. Defendants have taken substantial steps in furtherance of those conspiracies, by, among other things, preparing false records, by submitting such records to the Government for payment or approval, and by directing their agents, consultants, and personnel not to disclose and/or to conceal Defendants' fraudulent practices.

24

44.     The United States Government, through its intermediaries, is unaware of Defendants' conspiracies or the falsity of the records, statements and claims made by Defendants, and their agents, employees and co-conspirators, and as a result thereof, have paid and continue to pay millions of dollars to Defendants that they would not otherwise have paid.

45.     By reason of Defendants' conspiracies and the acts taken in furtherance thereof, the United States Government, and its intermediaries, have been damaged in the amount of many millions of dollars.

## PRAYER

WHEREFORE, Plaintiff, United States Government, prays for judgment against Defendants for:

46.     A judgment against all Defendants for all losses and damages that have been, or will be, sustained by the United States Government during the Relevant Time Period as a result of their violations of the FCA, as alleged herein, and triple the amount of such damages and for forfeiture of all revenues paid by the United States Government to Defendants under the contracts acquired in violation of the FCA pursuant to 31 U.S.C. § 3729; and civil penalties of not less than $5,500, nor more than $11,000, for each and every such violation;

47.     Declaratory judgment that the herein-described false claims, false records and statements and conspiracy by and among the Defendants are in violation of the FCA;

48.     An injunction against all Defendants that they not engage in further false claims, use of false records and statements and conspiracy with respect to consulting and software/hardware services/products as described herein;

49.     Reasonable attorney's fees;

25

50.    Costs incurred in the prosecution hereof; and

51.    Such other relief as the Court deems just and equitable.

Attorneys for Relators/Plaintiff

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, AR 72203
Telephone: (501) 375-6453
Facsimile: (501) 375-5914

Dated:  *10 - 25 - 06*                    By:    _____

Stephen Engstrom

Von G. Packard (CA74877)              Craig H. Johnson (CA90539)
Ronald D. Packard (CA 72173)         PACKARD, PACKARD & JOHNSON
PACKARD, PACKARD & JOHNSON        2825 E. Cottonwood Pkwy., Suite 500
Four Main Street, Suite 200          Salt Lake City, Utah 84121
Los Altos, California 94022          Telephone:  (801) 428-9000
Telephone:  (650) 947-7300           Facsimile:  (801) 428-9090
Facsimile:  (650) 947-7301

26

**EXHIBIT A**

Mark S. Barry
10/11/2001 02:36 PM

To: Norman Rille/Internal/Accenture@Accenture
cc: Ronald.L.Griggs@accenture.com
Subject: Re: Accuate

Norm,

These calls are a the first step in creating value with these vendors. In our contracts with most vendors in order for us to get the best possible terms for the client and Accenture, it is required that we be seen in a value added position as we are at AG Edwards. The earlier that Accenture engages with the vendors the easier it becomes to negotiate with them for improved terms and conditions on their technologies for our clients. If we wait until after the selections are made to notify each vendor that we were assisting in the creation of the need for their technology it will be an inhibitor to our success. The value the vendor sees in a partner is exactly what we will be able to provide them at AGE. Along with increasing the likelihood of a successful implementation we also have a history of ensuring that the proper messages are being delivered to the client about their product which allows the merits of their offering instead of misconceptions to guide decisions. In the very near future you will begin to see the benefits working with Alliance Services. These benefits will be in the job economics as well as additional savings to the client, incremental resources available through dedicated Accenture Account Managers and technical channel teams, and ready access to channel programs. All of which will enhance the success of this project.

Thanks,

Mark Barry
Alliance Services Manager
FSI
312-693-5132
Norman Rille

Norman Rille
10/10/2001 03:20 PM

To: Mark S. Barry/Internal/Accenture
cc:
Subject: Re: Accuate

Yes, they're on the short list.

Mark, can you tell me why these phone contacts are required? Who is it helping?

Thanks,
Norm Rille
Accenture, LA; Global ACT/Information Delivery
Octel 777-5413; Direct 310-426-5413; Cell (310) 251-6724
Mark S. Barry

Mark S. Barry
10/09/2001 07:08 PM

To: Norman Rille/Internal/Accenture@Accenture
cc:
Subject: Accuate

Norm,

Will Accuate be looked at for a reporting tool at AG Edwards.

Thanks,

Mark Barry
Alliance Services Manager
FSI
312-693-5132

# EXHIBIT B



Spyro D. Karakizis
Sr. Manager
Information Delivery Architecture

August 15, 2001

>accenture

AGFA
INVESTMENTS SINCE 1897

> accenture

# Data Warehouse Credentials

## Data Warehousing Practice Profile

### Experience

- For over 10 years, Accenture has participated in the emerging data warehousing industry.
- Over 1000 consultants have participated in data warehousing engagements globally, making Accenture one of the largest data warehousing consulting organizations in the world.
- Accenture's experience in data warehousing application development and implementation spans all industries, including financial services, manufacturing, retail, banking, telecommunications, transportation, healthcare, utilities, and government.

### People

- Data warehousing specialists are technology professionals experienced in the use of data warehousing technology. They have experience in identifying the information that will bring strategic and tactical support for key decision, and in building solutions that deliver that information.
- On data warehousing projects, these specialists are typically deployed in multidisciplinary teams (including for example business process experts, human performance experts and others) to ensure that the full benefit of the technology solution is achieved by the client.

### Business Partnerships

- Industry experts, product specialists and technology providers each play a vital role in making a difference in advancing technology today. As influential technology adapters, we have business alliances with major industry vendors such as NCR, Oracle, IBM, Microsoft, Brio, Business Objects, and Informatica to name a few.

### Knowledge Capital

- The Knowledge Xchange™ knowledge management system allows Accenture data warehousing specialists quick access to a broad base of knowledge and experience. Using this online "neighborhood," data warehousing specialists can trade ideas and draw on the firm's experience when they need it, wherever they may be, to the advantage of our clients. Our clients benefit from the combined power of our worldwide expertise in data warehousing solutions, our deep experience in diverse industries and our global access to the best information.

### Proven Methodology

- The Accenture Data Warehousing Implementation Guidelines methodology represents the culmination of over 10 years of data warehousing experience and technology research. The methodology helps Accenture personnel design data warehousing systems end-to-end; covering planning, design and implementation. The Accenture Data Warehousing Implementation Guidelines allows for a top-down approach to developing an enterprise-wide strategy for knowledge management, as well as the bottom-up process of evaluating individual query applications and sets forth an action plan for the enterprise.
- Our approach is flexible and we are able to work with any other methodology as requested by the client.

Proprietary and Confidential to A.G. Edwards and Accenture



1

February 15, 2001
V.1

# Service
# Lines
# Handbook:

# Bridges to Our Future

Architecture and Core Technologies
- eInfrastructure
- Security

Solution Delivery Excellence
- Delivery Excellence Review (program management focus)

The Solutions Engineering Offerings will also be supported by four enabling capabilities:
- Enterprise Application Integration
- Network Solutions
- Emerging Complex Solution Delivery
- Pre-packaged Asset Delivery

**Alliances**

| SAP | eBusiness inter-enterprise solutions and software |
|-----|--------------------------------------------------|
| Oracle | Internet-enabled enterprise software |
| JD Edwards | Solutions that enable communication among organizations, suppliers, and customers across the supply chain |
| PeopleSoft | Enterprise-wide applications delivered via Internet |
| SeeBeyond | eBusiness Integration and Enterprise Application Integration Solutions |

**Service Line Leadership Team**

Managing Partner: David L. Hill

Key Members of the Service Line Leadership Team:

| Capability Development | Mark Snead |
|------------------------|------------|
| Global Business Solutions | Marty Brown |
| Global Architecture & Core Technologies | John Kaltenmark |
| 30% Cost Improvement Programs | Bob McCarthy |

Global Market Unit Service Line Leads: -

| Communications & High Tech | Steve Freeman |
|----------------------------|---------------|
| Financial Services | Allen Wolpert |
| Government | Vivienne Jupp |
| Products | Lyle Ginsburg |
| Resources | Rosemary O'Mahony |
| Microsoft Solutions Organization | Tim Boudreau |

**Alliances**

answerFriend
Asera
BEA Systems
Blue Martini
Broadvision
Commerce One
EMC Corporation
Jamcracker
J.D. Edwards
Kana
Microsoft
See Beyond
Sun Microsystems
Vignette

**Service Line Leadership Team**

Managing Partner: Larry Leisure

Business Launch Centre Partner Leads:

| | |
|---|---|
| Amsterdam | Kay Formanek<br>Ben Ter Braak |
| Atlanta | Michael L. Gailey<br>Yaarit Silverstone |
| Boston | Ken Stoll<br>Frank (Skip) Tappen |
| Chicago | James R. Farmer<br>Brain A. Johnson |
| Copenhagen | Pal K. Fevang |
| Dublin | Andrew Hunter |
| Frankfurt | Ralf Runau<br>Bernd Recker |
| Helsinki | Markku Silen |
| Hong Kong* | Alex Lau |
| Johannesburg | Roy A. Andrews |
| Kuala Lumpur* | Beng Choon Lim |
| London | Martin Geddes<br>James B. Anderson<br>Keith Haviland |
| Madrid | Gil Gidron<br>Antonio Mena |
| Milan | Gianfranco Casati<br>Giovanni Benedetto<br>Alfredo Montalbano |
| New York | Michael A. Porges |

## Microsoft Solutions Organization (MSO)

Accenture's alliance with Microsoft enables us to better help clients exploit the advantages of the new Microsoft technologies, provide superior Microsoft architecture capability and deliver scalable industry solutions built on Microsoft's Enterprise Server 2000 and Windows 2000 platforms. To do this, Accenture is committed to building a worldwide organization of 3,000 Microsoft-skilled employees, training a further 21,000 employees, and leveraging our Business Launch Centres and Industry Solution Centers around the globe.

Microsoft chose to team with Accenture to respond to a market opportunity for Internet and enterprise solutions and services that is expected to reach $50 billion by 2002. Microsoft has invested $2 billion to build the next "Enterprise platform" to address this market opportunity and, by partnering with Accenture, is aggressively seeking to "make this market". As a result, Accenture has an opportunity to claim a higher share of this rapidly growing market.

Working together, Accenture and Microsoft are more effective competing against the IBM "total solution" threat by building and delivering Microsoft-based business solutions that will put our clients ahead of the "competitive curve". We will do this by exploiting the advantages of the new Microsoft Enterprise platform and .NET strategy.

### Core Offerings

The Accenture, Avanade and Microsoft Alliance currently has eight Alliance Offerings available. Each Offering consists of a standard set of re-useable assets and is delivered by a skilled and integrated Alliance team comprised of Accenture, Avanade and Microsoft professionals. The standard assets included in an Offering are intended to provide a starting point for supporting the standard sales, planning and delivery activities associated with a new client opportunity.

The Core Offerings include:

### Solutions Shaping
*Package Solutions*

**Package Solutions include:**
- ISV Awareness (Cross-Market)
- ISV Confirmation
**Tools & Assets include:**
- Microsoft ISV Directory (Cross-Market)
- Microsoft Windows 2000 and .NET Development Lab
- Microsoft Windows 2000 and .NET Scalability Lab

*Custom Solutions*

**Custom Solutions include:**
- ISV Awareness (Industry-Specific)
- Microsoft Industry Solution Integration
- Application Architecture Blueprint Development
**Tools & Assets include:**
- Microsoft ISV Directory (Industry-Specific)
- Microsoft Industry Solution Program Overview
- Sample Application Architecture Blueprints



accenture

# Accenture Differentiators

## Intellectual Property

### Offerings
- Integrated View of the Customer
- Utility Deregulation Offering (ERCOT)
- Sense and Response architecture
- EBI Offerings

### Knowledge Capital Assets
- Data Warehouse Implementation Guidelines
- Business Intelligence Practice Aid
- Standard Technical/Data Architectures
- Accenture BI Framework
- Enabling Business Intelligence course
- BI Global Workshops
- ERP Product Specific Toolkits
- Demos

### Innovative Solution Components
- Captain's Bridge - Visual business intelligence solution that monitors and analyzes business from a central point for heterogeneous information sources.
- Informatica and Cognos Templates
- Auto-arbitrage tool

## Resources

### Skills
- EAI, ETL, OLAP
- Architecture
- Data-mining
- Portal

### Alliances & Strong Vendor Relationships
- Cognos
- HP
- Informatica
- Kalido
- Microsoft
- Oracle
- Plumtree
- SeisInt
- Teradata
- TopTier
- And others

### Strategic Thought Leadership
- Institute for Strategic Change

32

For Internal Use Only.

**EXHIBIT C**

## Data Warehouse Practice

Accenture's Data Warehousing Methodology provides an extension of data warehousing concepts and has been developed as a result of almost 10 years of experience. This methodology covers Data Warehouse systems, end-to-end planning, design and implementation and addresses both top-down approaches for enterprise-wide knowledge management strategy and bottom-up processes for evaluating individual applications. Accenture participates in the implementation of approximately 200 data warehousing projects annually worldwide in a full range of consulting activities including feasibility studies, vendor selections, system design, installation, integration and deployment. The Palo Alto Management Group, an independent third party, has listed Accenture among the top 8 vendors of data warehousing solutions worldwide.

Below is a representative list of past client engagements where Andersen Consulting has implemented Data Warehouse solutions.

| Representative List of Data Warehouse Clients | |
|---|---|
| Anheuser-Busch | Penn National Insurance |
| AT&T | Prudential |
| Avmed | Puerto Rico Department of Treasury |
| Chase Manhattan Credit Card Services | Reliance Insurance |
| CNA Insurance Companies | Schroders |
| Commonwealth Land Title Insurance | Speigel / First Consumers National |
| Hewlett Packard | Bank |
| IMDS | Texas Instruments, Inc |
| M&I Data Services | Sun Microsystems |

## Accenture Data Warehouse Vendor Alliances

Accenture maintains excellent relationships with a wide variety of software and hardware vendors, and devotes a significant amount of time to maintaining deep skills in leading data warehousing technologies. Most importantly, Accenture maintains vendor neutrality, ensuring the technologies and tools selected for your solution will match your specific needs and deliver the results promised. Accenture maintains alliance relationships with the following technology vendors who offer services in Data Warehousing, Database Software, OLAP/ROLAP, ETL, or Data Mining:

| | |
|---|---|
| Arbor | NCR Teradata |
| Comshare | Oracle |
| Hewlett-Packard | Platinum Technology |
| IBM | Sun |
| Informix | Sybase |

Informatica         Tandem
SAS                 SPSS
MicroStrategy       Business Objects

## Client References Overview

Below is a table summarizing the Accenture Team client references for completed projects
and projects still in progress. This table also indicates which client references involved
higher education and Data Warehouse in scope. We believe our client references speak for
themselves and we encourage you to contact them.

| Accenture Clients | Higher Education | Data Warehouse |
|---|---|---|
| Existing Projects | | |
| Large Automobile Manufacturer | | X |
| SAINSBURY'S | | X |
| Verizon | | X |
| University of Michigan | X | X |
| Clients that dropped services | | |
| Boston Scientific | | X |
| E*TRADE GROUP, INC | | X |
| Shell International | | X |

## 3.5   References for Current Clients

### 3.5.1   Large, global automotive manufacturer

Large, global automotive original equipment manufacturer with approximately $163
billion in annual revenues.  Project scope is limited to U.S. and Canada regions, Credit,
and several subsidiary marketing organizations.

| | |
|---|---|
| Company Name | Large global automotive manufacturer; due to confidentiality requirements, the name of the company cannot be disclosed on this proposal.  However, the primary contact can put the University of Illinois in touch with a company reference. |
| Address | |
| Telephone Number | (313) 887-2000 |
| Fax Number | |
| Primary Contact | Please contact Paula A. Walworth, an Accenture Partner, |

Security Point Of View

# Different Risks In Different Industries

## Risks In Healthcare

> Extensive connectivity between organizations; also moving aggressively to implement eCommerce
> Access to confidential medical records, provider databases, and rate schedules
> Fraudulent claims or payments
> Damage to reputation and resulting lost business
> Legal liability

## Risks In Government

> National security risks
> Fraudulent transactions and disbursements
> Voter fraud
> Identity theft
> Threats to individual privacy
> Failure to comply with rigorous standards

## Risks In Telecommunications

> Hackers intrude into operational support systems and network elements
> Theft of services
> Need to assure customers that security of network is adequate
> Securing portals that provide wireless access
> Electronic payments
> Opportunity to provide value added security services to their customers!

## Risks In Financial Services

> Financial services companies are "arbiters of trust", if security is compromised, their business is in jeopardy
> Theft of money
> Reputation affected by security problems
> Loss of customers

©Accenture 2001 All Rights Reserved

6

# Accenture Has Relationships with the Top Vendors in Each Field

| Security Technology | Functionality | Vendors |
|---|---|---|
| Directory Services | ✔ Serves as a repository for certificates and PMI privileges for groups and users <br> ✔ Can be configured to implement granular, attribute based access control <br> ✔ Can be leveraged by the PMI and Application Servers to maintain privilege info <br> ✔ May serve its traditional role as an authentication mechanism | ✔ Microsoft, iPlanet, |
| Authorization | ✔ Ensure that the right people access the right information; authentication and access control is managed through a trust infrastructure, enabling access for the entitled user <br> ✔ Centralized user authentication through single sign on across all web servers | ✔ Evincible, Netegrity, Entrust, Securant |
| Public Key Infrastructure | ✔ The architecture, organization, techniques, practices, and procedures that collectively support the implementation and operation of a certificate-based public key cryptographic system in order to provide communications and transactions which are authenticated, confidential, and non-repudiable across insecure networks | ✔ Baltimore, Entrust |
| Intrusion Detection Systems | ✔ Monitoring network and operating security to provide detailed real-time analysis <br> ✔ Tracking relevant security events and providing procedures to respond to and escalate security and system events, and logging these events to detect and trace security breaches, system errors, and intruders | ✔ ISS, Network Associates |
| Managed Security Services | ✔ Security Administration & Monitoring, Assessment Services Outsourcing, Emergency Response Services, Trusted Third Party Services | ✔ Riptech, ISS |
| Antivirus | ✔ Protect devices from malicious code, such as Trojan Horses, Internet Worms, Viruses, Mobile Code | ✔ Symantec, Network Associates |
| Firewalls | ✔ Protect internal networks from undesirable traffic, unauthorized or hostile networks | ✔ Checkpoint, Cisco |
| Security Assessment Tools | ✔ Automated tools used for assessing the security of networks, systems, and applications | ✔ ISS, Sanctum |

©Accenture 2001 All Rights Reserved

**EXHIBIT D**

## MASTER RESELLER AGREEMENT

THIS MASTER RESELLER AGREEMENT, effective as of April 13, 2001 (the "Effective Date"), is made and entered into by and between:

ACCENTURE LLP, an Illinois limited liability partnership ("Accenture"), and Proquire LLC, a Delaware limited liability company ("Proquire"), each having an office at 100 South Wacker Drive, Chicago, Illinois 60606, (Accenture and Proquire are individually and collectively referred to herein as "Reseller" and "you") and

NCR CORPORATION, a corporation organized and existing under the laws of the State of Maryland, USA, with its principal offices at 1700 South Patterson Blvd., Dayton, Ohio USA ("NCR").

### PURPOSE
The purpose of this Agreement is to document the understanding between NCR and you with respect to:
- NCR's sale and/or license of defined products to you for your resale and/or sublicensing;
- NCR's provision of Services, as a subcontractor to you, on customer-specific engagements;
- NCR's referral of product opportunities to you, and your referral of Product opportunities to NCR, and
- NCR's and your role in referring, selling and delivery of support Services.

NCR and you may wish to engage in other mutually agreed upon activities not covered by this Agreement. In such event, the parties will set forth their agreement in a written document to be signed by authorized representatives of both parties. Such document may take the form of an amendment to this Agreement or an entirely separate agreement.

### TABLE OF CONTENTS
1.0     DEFINITIONS
2.0     APPOINTMENT AND SCOPE
3.0     SALES AND MARKETING PLAN; OPERATION OF YOUR BUSINESS
4.0     ORDERING PRODUCTS
5.0     PRICES, INVOICE, PAYMENT, TAXES, AND TITLE
6.0     CONDITIONS ON THE RESALE OF PRODUCTS
7.0     LICENSE TO USE AND DISTRIBUTE SOFTWARE AND DOCUMENTATION
8.0     CONFIDENTIALITY
9.0     LICENSE TO USE NCR'S MARKS
10.0    WARRANTIES BY NCR
11.0    TERM AND TERMINATION
12.0    DEFENSE OF INFRINGEMENT CLAIMS
13.0    NCR'S LIABILITY
14.0    DISPUTE RESOLUTION
15.0    NOTICES
16.0    GENERAL
EXHIBIT A (PRODUCTS AND DISCOUNTS)
EXHIBIT B (TERRITORY AND VERTICAL MARKETS)
EXHIBIT C (SERVICES SUBCONTRACTING)
EXHIBIT D INTENTIONALLY LEFT BLANK
EXHIBIT E (JOINT REFERRAL AGREEMENT)
EXHIBIT F (PROGRAM LICENSE AGREEMENT)
EXHIBIT G INTENTIONALLY LEFT BLANK
EXHIBIT H INTENTIONALLY LEFT BLANK
EXHIBIT I (ACCOUNT ENGAGEMENT FORM)

### 1.0     DEFINITIONS
All of the capitalized terms used in this Agreement will have the meaning ascribed to them below, unless otherwise expressly stated.

1.1     "Agreement" means this Master Reseller Agreement document and all appendices, exhibits, attachments, schedules, or addenda referenced herein or therein, as well as any modification hereto or thereto as permitted herein.

## REFERRAL FORM

This Referral Form is part of the Joint Referral Agreement that is an exhibit to the Master Reseller Agreement with an effective date of April 13, 2001, by and between NCR Corporation and Accenture LLP ("you" or "Accenture"). The terms and conditions of the Joint Referral Agreement are fully incorporated into this Referral Form by this reference. In the event of a conflict between the terms and conditions of the Joint Referral Agreement and this Referral Form, the Joint Referral Agreement will prevail. This Referral Form must be completed by the Referring Party (as identified below) and returned to the Referred Party (as identified below), and becomes effective only if the Referred Party signs this Referral Form and has checked the box marked "Accepted" as provided below.

Referring Party: Who is the party making the referral (either Accenture or NCR)?

Referred Party: Who is the party receiving the referral? _____

| | |
|---|---|
| **TECHNICAL INFORMATION** | |
| Referring Party's sales person's name, address, and phone number | |
| Referring Party's phone number? | |
| Date of Referral? | |
| Name of customer contact person? | |
| Business customer's project opportunity description (what is the customer's problem?) | |
| Entity contact? | |
| Phone and facsimile numbers? | |
| Describe Referred Party's products and services specified in Referral Form | |

The following is to be completed by the <u>Referred</u> Party only:

This Referral Form is (check only one):

| Rejected | |
|---|---|
| Accepted | |

If NCR is the Referred Party and if this Referral Form is accepted by NCR, NCR agrees to pay you the following referral fee in accordance with the Joint Referral Agreement:

If you are the Referred Party and if this Referral Form is accepted by you, you agree to pay NCR the referral fee specified in the Joint Referral Agreement.

The Referred Party acknowledges by checking the box "Accepted" and having this Referral Form executed by the Referred Party's "Coordinator" (as this person is identified in the Joint Referral Agreement) that the referral fee (as set forth above) is to be paid to the Referring Party in accordance with the terms and conditions of the Joint Referral Agreement.

If rejected, reason for rejection. _____

In witness whereof, the parties have caused this Referral Form to be executed, each by its duly authorized representative.

NCR Corporation                                    Accenture LLP

By: _____        By: _____
       Signature                                          Signature

       _____              _____
       Printed Name                                    Printed Name

       _____              _____
       Title                                               Title

       _____              _____
       Date                                              Date

**EXHIBIT E**

**Viney K. Kaushal**
Accenture
Global Alliances - Solutions Engineering
161 N. Clark, Chicago, IL 60601-3200
e-mail: Viney.K.Kaushal@accenture.com
Office: 312-693-0373, Octel: 68/30373
Fax: 312-652-0373
AIM Screen Name: Viney3
John Freeland

John Freeland
02/12/2002 12:22 PM

To: Viney K. Kaushal/Internal/Accenture@Accenture
cc: Alexandre Gorine@Accenture, Alison S. Bray@Accenture, Allen J. Wolpert/Internal/Accenture@Accenture, Angela K. Selden@Accenture, Ann Ross@Accenture, Arthur Sinensky@Accenture, Bart H. Glass/Internal/Accenture@Accenture, Bernard F. Ingram@Accenture, Brad Loose@Accenture, Brian K. Crockett@Accenture, Bruce P. Coffing/Internal/Accenture@Accenture, Bruce P. Froehlich/Internal/Accenture@Accenture, Clive Whitehouse@Accenture, Dana E. LaChapelle@Accenture, David W. Hampe/Internal/Accenture@Accenture, Donald R. Cooper@Accenture, George P. Selekman@Accenture, Gerald L. Lohse/Internal/Accenture@Accenture, James K. Trowhill@Accenture, Janet M. Johnston/Internal/Accenture@Accenture, Jenna L. Beck/Internal/Accenture@Accenture, J. Patrick O'Halloran@Accenture, Kandice K. Henning/Internal/Accenture@Accenture, Kenneth L. Reed@Accenture, Kenneth Scalet@Accenture, Kevin Costello@Accenture, Kevin M. Messer/Internal/Accenture@Accenture, Lucio Bozzoli@Accenture, Marc P. Delesalle/Internal/Accenture@Accenture, Mark S. Barry/Internal/Accenture@Accenture, Michael J. Reynolds@Accenture, Michael X. Thomas@Accenture, Nancy K. Mullen@Accenture, Neil J. Birchmeier@Accenture, Neil Miller@Accenture, Norman Rille@Accenture, Rachel Hall@Accenture, Richard Lawrence@Accenture, Robert G. Kulesh@Accenture, Robert J. Sacks@Accenture, Ronald L. Griggs/Internal/Accenture@Accenture, Rosa Miranda@Accenture, Russell P. Zink@Accenture, R. Brian Walker/Internal/Accenture@Accenture, Sandy Weil@Accenture, Spyro D. Karakizis/Internal/Accenture@Accenture, Susan S. Wilcox/Internal/Accenture@Accenture, Susanne Dolezal@Accenture, Thomas Cauthen@Accenture, Thomas Gith@Accenture, Toni L. Mark@Accenture, William C. Arzt@Accenture
Subject: Re: NCR Teradata Update for the month of January 2002

How much did we earn from our reseller/SI Comp arrangements last year?
Viney K. Kaushal

Viney K. Kaushal
02/12/2002 12:47 PM

To: Bruce P. Froehlich/Internal/Accenture@Accenture
cc: David W. Hampe/Internal/Accenture@Accenture, Nancy K. Mullen@Accenture, Kevin M. Messer/Internal/Accenture@Accenture, Bernard F. Ingram@Accenture, Brian K. Crockett@Accenture, Toni L. Mark@Accenture, Richard Lawrence@Accenture, Donald R. Cooper@Accenture, James K. Trowhill@Accenture, John Freeland@Accenture, Spyro D. Karakizis/Internal/Accenture@Accenture, J. Patrick O'Halloran@Accenture, Dana E. LaChapelle@Accenture, Robert J. Sacks@Accenture, Neil Miller@Accenture, Norman Rille@Accenture, William C. Arzt@Accenture, Michael X. Thomas@Accenture, Ann

Viney K. Kaushal

02/12/2002 11:05 AM

To: Alexandre Gorine@Accenture, Alison S. Bray@Accenture, Allen J. Wolpert/Internal/Accenture@Accenture, Angela K. Selden@Accenture, Ann Ross@Accenture, Arthur Sinensky@Accenture, Bart H. Glass/Internal/Accenture@Accenture, Bernard F. Ingram@Accenture, Brad Loose@Accenture, Brian K. Crockett@Accenture, Bruce P. Coffing/Internal/Accenture@Accenture, Bruce P. Froehlich/Internal/Accenture@Accenture, Clive Whitehouse@Accenture, Dana E. LaChapelle@Accenture, David W. Hampe/Internal/Accenture@Accenture, Donald R. Cooper@Accenture, George P. Selekman@Accenture, Gerald L. Lohse/Internal/Accenture@Accenture, James K. Trowhill@Accenture, Janet M. Johnston/Internal/Accenture@Accenture, Jenna L. Beck/Internal/Accenture@Accenture, J. Patrick O'Halloran@Accenture, Kandice K. Henning/Internal/Accenture@Accenture, Kenneth L. Reed@Accenture, Kenneth Scalet@Accenture, Kevin Costello@Accenture, Kevin M. Messer/Internal/Accenture@Accenture, Lucio Bozzoli@Accenture, Marc P. Delesalle/Internal/Accenture@Accenture, Mark S. Barry/Internal/Accenture@Accenture, Michael J. Reynolds@Accenture, Michael X. Thomas@Accenture, Nancy K. Mullen@Accenture, Neil J. Birchmeier@Accenture, Neil Miller@Accenture, Norman Rille@Accenture, Rachel Hall@Accenture, Richard Lawrence@Accenture, Robert G. Kulesh@Accenture, Robert J. Sacks@Accenture, Ronald L. Griggs/Internal/Accenture@Accenture, Rosa Miranda@Accenture, Russell P. Zink@Accenture, R. Brian Walker/Internal/Accenture@Accenture, Sandy Weil@Accenture, Spyro D. Karakizis/Internal/Accenture@Accenture, Susan S. Wilcox/Internal/Accenture@Accenture, Susanne Dolezal@Accenture, Thomas Cauthen@Accenture, Thomas Gith@Accenture, Toni L. Mark@Accenture, William C. Arzt@Accenture

cc:

Subject: Re: NCR Teradata Update for the month of January 2002

FYI... response to John Freeland below.....

**Viney K. Kaushal**
Accenture
Global Alliances – Solutions Engineering
161 N. Clark, Chicago, IL 60601-3200
e-mail: Viney.K.Kaushal@accenture.com
Office: 312-693-0373, Octel: 68/30373
Fax: 312-652-0373
AIM Screen Name: Viney3

----- Forwarded by Viney K. Kaushal/Internal/Accenture on 02/12/2002 01:02 PM -----

Viney K. Kaushal

02/12/2002 12:54 PM

To: John Freeland/Internal/Accenture@Accenture
cc:
Subject: Re: NCR Teradata Update for the month of January 2002

John, it was around $750K, and most it was from SI Comp. Here's a quick recap of last 2 years.



NCR Teradata and Accenture Revenue.(

Best Regards,

Viney

Ross@Accenture, Michael J. Reynolds@Accenture, Jenna L.
Beck/Internal/Accenture@Accenture, Kenneth L. Reed/Accenture,
Alexandre Gorine@Accenture, Lucio Bozzoli@Accenture, Neil J.
Birchmeier@Accenture, George P. Selekman@Accenture, Kenneth
Scalet@Accenture, Kandice K.
Henning/Internal/Accenture@Accenture, Rosa Miranda@Accenture,
Janet M. Johnston/Internal/Accenture@Accenture, Bart H.
Glass/Internal/Accenture@Accenture, Thomas Cauthen@Accenture,
Rachel Hall@Accenture, Bruce P.
Coffing/Internal/Accenture@Accenture, Alison S. Bray@Accenture,
Susanne Dolezal@Accenture, Arthur Sinensky@Accenture, Brad
Loose@Accenture, Kevin Costello@Accenture, Sandy
Weil@Accenture, Clive Whitehouse@Accenture, Mark S.
Barry/Internal/Accenture@Accenture, Ronald L.
Griggs/Internal/Accenture@Accenture, Allen J.
Wolpert/Internal/Accenture@Accenture, Gerald L.
Lohse/Internal/Accenture@Accenture, Angela K. Selden@Accenture,
Russell P. Zink@Accenture, Robert G. Kulesh@Accenture, Susan S.
Wilcox/Internal/Accenture@Accenture, Thomas Gith@Accenture, Marc
P. Delesalle/Internal/Accenture@Accenture, R. Brian
Walker/Internal/Accenture@Accenture
Subject: NCR Teradata Update for the month of January 2002

Please find below 'January 2002' summary of significant activities with regard to the NCR Teradata
Alliance relationship.   Send questions/comments to Viney K. Kaushal, 312-693-0373 (Octel: 68/30373)

# NCR TERADATA ALLIANCE RELATIONSHIP:  Quick Recap and Status 01/31/02

ARI Database Link --->⊕
NCR Website ------->http://www.NCR.com

## REVENUE GENERATION METHODS

| | |
|---|---|
| Reseller Agreement | 20-30% discount off the list price |
| SI Compensation Agreement | upto 8% SI Compensation for new footprints, and , upto |
| 5% for repeat customers | |
| Professional Services Subcontracting | Case by case |

## NCR TERADATA - WHO ARE THEY?

NCR Corporation is comprised of the Teradata division and the Retail and Financial Group
(RFG).   NCR's year 2000 revenues were $6B with $1B coming from the Teradata division.
Teradata is the main growth vehicle for NCR Corporation as a whole and the primary means
of growing the Teradata business is through strategic partners.   Teradata solutions include the
Teradata database, and analytical applications for customer relationship management, operations and
financial management, business performance management and e-business.

**Accenture's relationship with NCR Corporation is focused solely on the Teradata division and not the RFG division of NCR.**

## ALLIANCE DELIVERABLES & BENEFITS

| | |
|---|---|
| Pre-Sales support | Problem escalation |
| Joint business development | Software discounts |
| Local support | Demonstration software |
| Training discounts | Market Offerings Development in CRM space |

## PRIMARY CONTACTS:

| **Accenture:** | Bruce Froehlich: | Executive Sponsor: 312-693-0393 |
| | Richard Lawrence | Go to Market Role (CRM: X-MU): 727-897-4176 |
| | R. Brian Walker | Client Partner (client relationship under development): |
| 704-370-5797 | | |
| | Toni Mark | BI/DW Lead: 312-693-9375 |
| | Nancy Mullen: | Capability Development Lead: 312-693-9146 |
| | Kevin Messer: | Government MU: 937-490-4034 |
| | Viney Kaushal: | Global Alliance Manager: 312-693-0373 |
| | | |
| **NCR Teradata:** | Bob Seiler: | Executive Sponsor |
| | Trey Hollis | Global Alliance Director: 501-973-9596 |
| | Marie Asuncion | Global Partner Manager: 248-650-6089 |
| | Dave Baxter | Global Partner Manager: 937-885-4356 |

## IMPORTANT EVENTS DURING THE MONTH:

- Accenture will be participating as a sponsor and exhibitor at the 2002 Teradata EMEA Conference in Edinburgh, Scotland during April 21-24, 2002. This is a main Teradata event in Europe and is likely to have over 1400 people. Nancy Mullen, from Accenture's Information Delivery practice, will be presenting at this event

- Brian Walker, CHT Partner (EHT East) is continuing efforts to get NCR as a client and had a meeting with the NCR CIO Sam Coursen during Dec. to develop a relationship and determine opportunities for Accenture to do client work at NCR. Brian is coordinating efforts for a potential C-Level meeting between Joe Forehand and Lars Nyberg in the near future to further enhance the relationship and determine client opportunities for Accenture

- Richard Lawrence, Partner, CRM, hosted a full day briefing/planning session attended by Teradata leadership in the Communications Industry

- Discussions continue between FSI CRM Leadership: Marc Delesalle, Art Sinensky, and Alex Mourelatos with Teradata leaders from financial services industry for adoption of Teradata as the preferred platform for an Enterprise Data Warehouse that enables world class Customer Relationship Management by leveraging the analytical capabilities that are inherent in a Teradata Enterprise Data Warehouse

- Art Sinensky presented to the Teradata Financial Services group about Teradata being the foundation for analytical CRM. Don Cooper and Hannah Lawrence presented to the Teradata Retail group about Accenture's core competencies, retail go-to-market strategy, strengths as a business partner and rules of engagement

- Attached is one page update from Teradata regarding sales conf. Dallas and the presentations made by Art Sinenski, Don Cooper, and Hanna Lawrence. Also listed are future Teradata events for Feb, March, and April

  ☐ - Teradta Update January.PDF

- Neil Miller (Accenture UK CRM Practice) presented our joint success story at Sainsbury's at the EMEA Strategy & Growth Meeting in Prague

- Teradata hosted 2 webinars focused on the operational efficiencies that can be realized by consolidating disparate data marts into an Enterprise Data Warehouse while also enabling Accenture's clients to realize the true value of CRM that exists in Customer Insight/Analytics

- Toni Mark, Nancy Mullen, Kevin Messer, Spyro Karakizis, Norm Rille, and Viney Kaushal continue their weekly calls to evaluate potential Teradata client opportunities and to assess available Teradata skills within Accenture

- Discussions continue between Accenture, NCR and Adaytum (Accenture Equity Partner) to explore potential synergies with a view to create close relationship between NCR and Adaytum.  Similar discussion have been held between Teradata, Accenture and TIBCO.

- As per Intelligent Enterprise Magazine (a CMP Media publication), Teradata has been selected as one of the 'Top 12 Companies to Watch' for Business Intelligence. The recognition was based on significant contributions to the development of enterprise data warehousing.

## CURRENT & RECENT CLIENTS ENGAGEMENTS (Joint Wins):

| | |
|---|---|
| Sainsbury | Anthem East |
| Ryder | Air Force Test &Development |
| US Postal Service | Monte dei Pasche J. Sienna - Italy |

## IN THE PIPELINE:
**a) Short Term:**

| | |
|---|---|
| FAA | State of Arizona  Tax & Revenue |
| US Air Force EDW (Just Revived) | Ministry of Finance - Belgium |

**b) Long Term:**

| | |
|---|---|
| DC Tax & Revenue | State of Michigan |
| NAVAIR | Verizon |
| CoOp Italy | Zurich Insurance |
| London Stock Exchange | ILONA |
| Dresdner Bank | Commerz Bank |
| Washington Mutual | Nordstrom |
| Cardinal Distribution | Westpac |
| AMGDW | Wellpoint |
| US Air Force First | US Homeland Defense |
| AT&T | Best Buy |
| Global Transportation Network .. | |



## DETAILED ALLIANCE PROGRESS: NCR Teradata Porgress 02-01-02

### Viney K. Kaushal
Accenture
Global Alliances - Solutions Engineering
161 N. Clark, Chicago
e-mail: Viney.K.Kaushal@accenture.com
Office: 312-693-0373, Octel: 68/39073
Fax: 312-652-0373
AIM Screen Name: Viney3

## NCR Teradata - Accenture Client Engagements: 2000-2001

| Client Engagement | NCR License Revenue | Accenture Resale/SI Comp Revenue | Accenture Consulting Rev. (Estimates only) |
|---|---|---|---|
| Sainsbury - UK | $12M | $597K | TBD (likely $35-40M over 4 years) |
| First US Air Force | $1.2M | – | $6M |
| Monte dei Pasche J. Sienna | $1.3M | TBD (Recently Awarded) | $6.5M |
| US Postal Service | $1.2M | TBD (Recently Awarded) | $6M |
| Ryder | $1.8M | $115K | $9M |
| Anthem East | $1.6M | $135K | $8M |
| ETrade | $1.2M | $85K | $6M |
| Ford Motor Co. | $1.4M | $110K | $7M |
| Equifax Inc. | $7.6M | $200K | TBD |
| | | | |
| Grand Total | $30M~ | $1.2M+ ~ | $ 90M~ over 4 years (Average $23M/year)* |

*Consulting Revenue:  Estimates only – don't have real numbers

**EXHIBIT F**

> accenture

# The Teradata Database
# Explained, Illustrated and Demystified

Accenture and Teradata
Teradata Architectures
Key Database Features

*Norm Rille*

*Information Delivery Architectures (IDA)*

**Accenture Confidential**

# Teradata and Accenture:
## The Business Partnership

- October 2000, NCR Chief Executive announced the NCR Commitment to "partnering" with others to go to market.

- Based on working together on the Air Force FIRST proposal, and supported by successes at Ford and e-Trade, Accenture entered into contract negotiations with NCR for the alliance relationship. Contract was signed in April 2001.

- Additional client successes at Sainsbury's, Ryder and Anthem East. The pipeline looks good as well...

- Alliance relationship allows for
  - Ability to re-sell Teradata products at deep discounts to Accenture clients
  - SI Compensation or "finder's fee" arrangements for new Teradata footprints or expanded footprints in existing Teradata clients
  - Discounts for training Accenture personnel
  - Non-disclosure and coverage of teaming agreements
  - Clear channels for other alliance matters
  - Senior executive meetings to continue to reinforce and enhance relationships at all levels.

- Accenture is a co-sponsor of the 2001 NCR Teradata user conferences in Berlin

Accenture Confidential

11

**EXHIBIT G**



# NCR Teradata - Accenture Alliance

*Credentials Deck – 12/15/2001*



## Alliance Benefits

**Alliance:**

Accenture and NCR established a global, strategic alliance to providing our global clients a single, consistent view of their business, delivering powerful analytics for accurate, insightful decision making, and empowering the enterprise to take action with customers, suppliers and partners

**Key Benefits:**

- Joint Technology Exchange
- Dedicated Alliance Directors
- Dedicated Teradata Support Personnel
- Accenture Subject Matter Experts
- Joint Marketing Initiatives
- Demo products in Accenture's Global Solution Centers and Business Launch Centers (Customer Insight Offerings under development in Minneapolis (free demo products installed by NCR)

10/23/01  @Accenture 2001  All Rights Reserved

6



**accenture**

**Teradata**
a division of NCR

# NCR & Accenture – Agreement Points

- **Resale Discounts:**
  - 20-30% on licenses from list price

- **Service Integrator Compensation (SI Comp):**
  - Upto 8% SI Comp (Systems Integrator Compensation) for new footprints and up to 5% for repeat customers

- **Pre and Post-Sales Support and Quotes Process:**
  - Contacts:
    - Rick Otto, Director Global Partner Support, 909-247-9409
    - David Leband

## Confidential

10/23/01  ©Accenture 2001  All Rights Reserved

8



**accenture**

Teradata
a division of NCR

# NCR & Accenture - Contacts & Information Sources

| Accenture Contacts | Role | Phone | Email |
|---|---|---|---|
| Bruce Froehlich | Executive Sponsor | 312-693-0393 | Bruce.P.Froehlich@accenture.com |
| Viney Kaushal | Global Alliance Manager | 312-693-0373 | Viney.K.Kaushal@accenture.com |
| Nancy Mullen | Data Architecture and BI Space Sponsor | 312-693-9146 | Nancy.K.Mullen@accenture.com |

| NCR US Contacts | Role | Phone | Email |
|---|---|---|---|
| Bob Seller | Executive Sponsor | | |
| Trey Hollis | Global Alliance Director | 501-973-9596 | |
| Maria Asuncion | Global Partner Manager | 248-650-6089 | |
| Dave Baxter | Global Partner Manager | 937-885-4356 | |

10/23/01   ©Accenture 2001   All Rights Reserved

12

**EXHIBIT H**

 TEAM·TERADATA

# PARTNER UPDATE

Team
Teradata
Members

••••••••••

Accenture

Bull

CGE&Y

ipher System

Deloite

EDS

Experian

Headstrong

Hitachi

iMC

KPMG

Pinpoint

Solucient



**Steve Millard**
*Vice President of*
*Teradata Division*
*Strategic Partnerships*

## Team Teradata Introduces
## Partner Update Newsletter

INFORMATION! INFORMATION! INFORMATION! Today's fast pace, high tech environment demands as much industry information as possible. That is why I am pleased to provide you with the first edition of the quarterly *Team Teradata Partner Update*. This newsletter will keep you up to date on events and happenings within Strategic Partnerships and Teradata as well as provide links to help find additional information important to you. I hope you find the *Partner Update* a useful tool and please send your comments and ideas to strategicpartnerships@ncr.com

---

## NCR's Teradata Database Dominates Data Warehouse Awards Program, Beating Oracle and IBM in Every Category

### SBC Wins Five Survey Categories with World's Largest Data Warehouse

The results of a new data warehouse survey by a leading consulting firm show NCR Corporation (NYSE: NCR) as the undisputed leader, dominating all six categories of database performance over competitors and IBM. NCR Teradata® warehouse customer SBC Communications Inc. was recognized by technology consulting firm Winter Corporation as a Grand Prize Winner in its 2000 Database Scalability Program after winning five out of six survey categories with their 125 terabyte system, the largest data warehouse in the world. Other NCR Teradata data customers placing in the top 10 in multiple categories of the survey include Federal Express, Norfolk Southern, Office Depot, AT&T, Union Pacific Railroad, 3M, retailer Casino and telecommunications provider Albacom.

In total, NCR customers captured nearly half of the placings in the survey's six decision support database categories. Of the 10 customers ranked in each decision support category, IBM's highest ranking was fourth place; Oracle's highest was fifth place.

"This is the second independent data warehouse survey in three months to place NCR at the top of the list. Our dominance in the Winter Corporation survey and our number two ranking in the *DM Review* 100 are both testimonies to the overwhelming support of our customers," said Vickie Farrell, vice president of Teradata marketing for NCR's Teradata Division. "Our victories over IBM and Oracle prove that years of data warehouse experience coupled with the superior Teradata database are much more valuable to customers than empty challenges or flamboyant executives."

According to Winter Corporation, the Database Scalability Program is a survey-based global research effort with two objectives. First, it analyzes the technical and business characteristics of the world's largest databases, which contain from hundreds of gigabytes to many terabytes of data. Second, it examines the databases that support the world's largest workloads--those that make possible the highest transaction rates and the largest volumes of online data warehouse query. These vast data repositories are at the heart of e-commerce, business intelligence, supply-chain management, customer relationship management, resource management, and other business-critical applications. For more information about the Database Scalability Awards Program, visit www.wintercorp.com.

---

## SalesNet is Your Link to the Best Information

Did you know that when you log onto SalesNet you have access to:

- White Papers
- Analysts Reports
- Brochures
- Success Stories
- Education Information
- Subscribe to Teradata Publications
  ...and much more

If you currently do not have access contact Karine Ould-Daddah at 937.445.7581 or Karine.ould-daddah@ncr.com and get connected today!

**https://www.portal.ncr.com**

---

## CIO Magazine Recognizes Teradata Customers

Two of the three companies recognized by CIO Magazine in their Enterprise Value Award program are Teradata customers, Harrah's Entertainment and Office Depot. In both cases, their Teradata data warehouse was part of the winning solutions. Read more about the award winning solutions by logging on to: https://www.portal.ncr.com and typing CIO in the search field.

**EXHIBIT I**

SEEBEYOND

> accenture

Graham Forward,
Global Alliance Manager
703 736-8398
Lynne Steele
Alliances Sales Engineer
703 736-8368

# Our Business Relationship

■ **Equity Position – 3%**

■ **SeeBeyond Board Seat – Jack Wilson, Accenture Partner**

■ **Strategic eAI Alliance**

■ **Incentive Program**

– Up to 15% 'paid' to engagement team where SeeBeyond is part of the solution

■ **Global Marketing Agreement**

– Referral Agreement – 10%

– Reseller Agreement – 20%

– Discounted Training FY '01 for e*Gate; Free for e*Xchange

– Accenture Trained 300 in 2000. Plan for 2001 is 600.

■ **Solution Center Enablement**

– Free software and installation

SEEBEYOND

7

# Our Joint Clients

## RESOURCES (17)

> AEM
> ASM Brescia
> Camuzzi
> Conoco
> Corning
> Dupont
> ERCOT
> Equilon
> Equiva (*)
> Florida Power & Light
> LCRA (*)
> Performance Retail Inc
> Reliant (*)
> TOSCO
> Transco
> TXU
> Vertex

(*) closed direct or with another partner, however Accenture is doing the SeeBeyond delivery

## FSI (14)

> AXA France / Ger / UK
> American Family
> American General
> Blue Shield CA
> Catholic Health Services
> Fairview Health System
> Great West Life
> Lifeguard (*)
> London Stock Exchange
> Pearl Assurance
> United Health Group
> Winterthur

## GOVERNMENT (4)

> Canada Post
> DLA
> State Department
> State of FL

## PRODUCTS (13)

> ABB
> Amgen
> Avery Dennison (*)
> ePeopleServe
> Dairy Farmers
> FNAC
> GM
> KBC
> Kappa Packaging
> Kraft US
> Phillip Morris
> Ryder
> Sainsbury

## CHT (6)

> Blu (Italy)
> Ericsson
> MultiChoice (SA)
> Versatel (Germany)
> Tellabs (*)
> UTC

SEEBEYOND

8



**EXHIBIT J**

CAGE Code: 0NHA3
DUNNS No.: 85-8485758

July 16, 2001

Response for:
**United States Transportation Command
(USTRANSCOM)
Global Transportation Network-21st
Century (GTN 21)**

# Sources Sought Response

Submitted to:
ESC/BP
Attn: Ms. Kathy Viano
75 Vandenberg Drive
Hanscom AFB, MA 01731
Via E-Mail to: GTN
21ss@tiberius.transcom.mil

# accenture

Submitted by:
**Accenture LLP**
11951 Freedom Drive
Reston, VA 20190

Steven H. Goodman (Director of Contracts, FSG)

In Response to: Sources Sought Synopsis as posted
in CBD on 20 June 2001

Notice: This document includes data that shall not be disclosed outside the government and shall not be duplicated, used, or disclosed—in whole or in part—for any purpose other than to evaluate this response. If, however, a contract is awarded to this offeror as a result of—or in connection with—the submission of this data, the government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in all sheets of this document.

Source Selection Information -- See FAR 3.104

## 2.0 DEFENSE LOGISTICS AGENCY (DLA)

The Defense Logistics Agency (DLA) provides over $12 billion (US) of supplies and services to America's military forces worldwide. 28,600 civilian and military staff work around the clock, in all 50 states, 27 countries, at over 500 sites, managing over 4 million items, and performing more than 30 million annual distribution actions. DLA is the one source for 90% of the consumable items in the Department of Defense, whether for combat readiness, emergency preparedness, or day-to-day operations. DLA's relevance to GTN 21 is shown in Figure 5.

SAMMS, implemented over 30 years ago, handles the majority of DLA's logistics activities. DLA is evolving its business practices to reflect best commercial practices, adopt emerging technologies,

| Successful Example #1 | |
|---|---|
| Customer | Defense Logistics Agency |
| Market | Government - Defense |
| System Description | Manages the supply of goods to Department of Defense and others |
| Date Delivered | 04/30/01 |
| Current Status | IOC – September 2002 |

1 GTNSS-07

streamline operations, and transform itself from a manager of supplies to a manager of suppliers. Collectively, these efforts will speed delivery of commercially available products direct from the commercial source to the Warfighter.

Our solution includes supply chain collaboration using a web-based trading exchange to both dramatically increase the responsiveness of DLA's supply chain and reduce DLA's logistics operating costs.

| Key Features | | Screening Criteria | |
|---|---|---|---|
| KF# | Description | SC# | Description |
| 1 | Supply function includes integrated transportation functionality and in-transit visibility | 1 | Designing and developing system larger than GTN 21 (3 terabyte database) |
| 2 | ...system | 2 | Flexible ... messaging... sources and businesses... |
| 3 | 1,000 concurrent users | 3 | High System availability required due to global mission of DLA (99.99%) |
| 4 | Supply/transportation chain planning and control analytical tools to resolve chain activity | 4 | Meets Department of Defense Supply chain and requirements (DLA XXX compliant and DISA XXX) |
| 5 | Uses and Oracle Operational Data Store with plans for a Teradata data warehouse | 5 | Includes a business to business exchange |
| A | Uses Altiris for connectivity between applications | 6 | Uses based systems (ERP/BSM)... |
| B | Use EAI tools for connectivity between systems | 7 | 15 subcontractors and 3 alliance partners integrated into a cross-functional team |
| | Web based collaboration tool... | | |

| Other GTN 21 Objectives | | | |
|---|---|---|---|
| SOO 2.0.b – Provides the primary source of integrated supply data for the DoD and others | SOO 2.0.K – Development within SEI Level 3 organization | SOO 2.0.J – Minimizes total cost of ownership through layered architecture and Enterprise Application Integration | SOO 2.0.I – Project is a partnership with the Government to design, develop, implement, and manage the DLA BSM program |

1 GTNSS-08

**Figure 5. DLA Summary**

accenture

Use or disclosure of the data contained on this sheet is subject to the restriction on the title page of this document.

**EXHIBIT K**

**A.**  Offeror Name (Company/Division): Accenture, LLP
Offeror Location                Reston, Virginia
CAGE Code:                      ONHA3
DUNS Number:                    85-8485758

**B.**  Program Name:                   Business Systems Modernization

**C.**  Contract Specifics:

1. Contracting Agency or Customer: Defense Logistics Agency
2. Contract Number       GS-35F-4692G, Delivery Order SP0103-00-F-A032
3. Contract Type         Cost plus incentive fee
4. Period of Performance   August 15, 2000 - August 14 2005
5. Original Contract $ Value  $389 Million       (Do not include unexercised options)
6. Current Contract $ Value   $393 Million              (Do not include unexercised options)
7. If Amounts for 5 and 6 above are different, provide a brief description of the reason Increased Scope _____

8. If Award Fee is applicable to type of contract, please identify the fee period and percentage earned for each fee period. The incentive fee is allocated using performance based techniques. All of the contractor fees are awarded as an incentive fee based on satisfaction of pre-determined criteria. The contract uses a Fixed Price Plus Incentive pricing mechanism where every Task Order's price is $0. 100% of the contract price is at risk, to be earned as work products and services are delivered that achieve DLA's performance objectives.

**D.**  Brief Description of Effort as _X_ Prime or ___ Subcontractor
   If Prime, percent of original contract $ subcontracted      _32.6__ %
   If Subcontractor, provide original percentage of total original contract value $_N/A_
(Please indicate whether it was development and/or production, or other acquisition phase
   X Development              X Production           □ Other (specify)_____

**E.**  Completion Date:

   1. Original date:           8/14/05_____
   2. Current Schedule:        ___8/14/05_____
   3. Estimate at Completion:   _____no change_____
   4. How Many Times Changed:   ___0_____
   5. Primary Causes of Change:   ___n/a_____

**F.**  Primary Customer Points of Contact: (For Government contracts, provide current information on all three individuals. For commercial contracts, provide points of contact fulfilling these same roles.)

   1. Program Manager:        Name      _Dave Falvey_____
                              Office Symbol_ J-6_____
                              Mailing Address   _ The Defense Logistics Agency
                                                Headquarters Complex,

~~reassigns the ticket (if required), closes the ticket, and communicates the resolution, status, and answer to the user.~~

~~8)Was there any web-based application development Several web-based applications: mySAP.com: Manugistics, PD² , Web-based procurement via Aquiline OEWeb/SRWeb.~~

~~9~~11) What sub contractors did we use? 67.4% of work performed by Accenture; 2 vendors, 12 subcontractors. Top 5 are Lockheed Martin Federal Systems, Litton PRC, Universal System, Inc., CTI, and PSS. SEE BELOW FOR MORE DETAILS.

| Company | Capability | Qualifications | Estimated % of Work |
|---|---|---|---|
| **Teammates/Vendors** | | | |
| SAP | • Primary ERP software vendor | 500+ Installations with Accenture | 4.4% |
| Manugistics | • Primary APS software vendor | 40+ Installations with Accenture | 14.2% |
| **Subcontractor** | | | |
| AMS | • SW Vendor (PD²)<br>• Legacy system integration | ERP at AEDC<br>CM BPR Training<br>SPS Prime Contractor | 5% |
| Litton TASC | • Business intelligence expertise<br>• Data Migration skills | Advanced Logistics Program (ALP) contractor, DLA Readiness Decision Support System (RDSS) prime contractor | 0.7% |
| Litton PRC | • Data conversion and migration<br>• Legacy system integration<br>• Vertical knowledge of maritime systems | DLA supplier, DSETS, Long history with Air Force and Army Weapon System Readiness Planning Systems | 1.6% |
| Lockheed Martin Federal Systems | • Interoperability<br>• Legacy system integration<br>• Vertical knowledge | GCSS-AF, Joint Technical Architecture, DSETS | 2.3% |
| NCI | • Legacy system integration | DLA STORES prime contractor | 0.7% |
| Unisys | • Legacy system integration<br>• Training expertise | DLA Distribution Standard System (DSS) prime contractor | 2.0% |
| Universal Systems Inc. | • Legacy system integration<br>• DoD procurement | DLA Procurement Gateway prime contractor; EDW, EDA, ASSIST, TIFF developer | 0.8% |
| **Small Business** | | | |
| Amerind** | • Data modeling and BPR | DoD Logistics data program contractor, DMLSS, DSC-P BPR contractor, including DVD and VPV | 0.5% |
| CTI* | • Legacy system migration and integration | DSC-Columbus SAMMS support, DLA DSETS contractor, DFAS integration support | 0.8% |
| DNC* | • DoD data engineering and standardization | DLA IDE data engineering support, DLA/OSD Shared Product Data Support | 0.2% |
| ICS* | • Database expertise<br>• Technical infrastructure expertise<br>• Interface development | U.S. Patent Office database, Department of Housing and Urban Development, and FBI contractor | 0.7% |
| Infosys* | • Technical infrastructure expertise | National Guard technical infrastructure, Randolph AFB technical infrastructure, | 0.7% |

**EXHIBIT L**

CONFIDENTIAL

## Oracle S/W Pricing for GTN21

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Oracle Databases** | | | | | | | | | | | |
| Enterprise Edition* | 4,000 | Perpetual | Named User - Multi-Server | $3,000,000 | $660,000 | 39.4% | $1,818,000 | $399,980 | 40.0% | $1,800,000 | $396,000 |

**High Availability/Failover features Included in Database Enterprise Edition and not separately priced(partial list):**
Data Guard, Basic Readable Standby Database, Incremental/Online/Parallel Backup and Recovery, Point-In Time Tablespace Recovery, Oracle Fail Safe,
Transparent Application Failover

**High Availability/Scalability Database Options, separately priced:**

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Partitioning | 4,000 | Perpetual | Named User - Multi-Server | $800,000 | $176,000 | 39.4% | $484,800 | $106,656 | 40.0% | $480,000 | $105,600 |
| Real Application Clusters | 4,000 | Perpetual | Named User | $1,600,000 | $352,000 | 39.4% | $969,600 | $213,312 | 40.0% | $960,000 | $211 |
| High Availability DBMS Software Subtotals: | | | | $2,400,000 | $528,000 | | $1,454,400 | $319,968 | | $1,440,000 | $316,6.. |

**Data Warehousing**
**Warehousing features Included in Database Enterprise Edition and not separately priced(partial list):**
Optimizer Statistics Management, Analytic Functions, Bitmapped Join Index, Parallel Bitmap Star Query Optimization, Parallel Query, Direct Path Load API,
Sychronous Change Data Capture, Advanced Queuing

**Warehousing Database Option, separately priced:**

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Data Mining | 4,000 | Perpetual | Named User | $1,800,000 | $352,000 | 39.4% | $969,800 | $213,312 | 40.0% | $960,000 | $211,200 |
| Base DW DBMS Software Subtotals: | | | | $9,400,000 | $2,088,000 | | $5,698,400 | $1,253,208 | | $5,640,000 | $1,240,800 |

**Additional Warehousing Products, separately priced:**

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Express Server | 4,000 | Perpetual | Named User - Multi-Server | $3,200,000 | $704,000 | 39.4% | $1,939,200 | $426,624 | 40.0% | $1,920,000 | $422,400 |
| Express Analyzer | 4,000 | Perpetual | Named User - Multi-Server | $2,980,000 | $655,600 | 39.4% | $1,806,880 | $397,294 | 40.0% | $1,788,000 | $393,360 |

**Warehouse Development and Query Tools, separately priced:**

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Internet Developer Suite (IDS) | 1 | Perpetual | Named User - Multi-Server | $5,000 | $1,100 | 39.4% | $3,030 | $667 | 40.0% | $3,000 | $650. |

Included In Internet Developer Suite:
JDeveloper, Forms Developer, Designer, Reports Developer, Discoverer Admin Edition, Software Configuration Management System, Warehouse Builder

| Program | Qty | License Term | License Type | License List Price | 1st Yr Sup W/Updates List Price | GSA Lic Disc | GSA License Fee | 1st Yr Sup W/Updates GSA | ACN Lic Disc | ACN Lic Fee | 1st Yr Sup W/Updates Accenture |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Express Objects | 1 | Perpetual | Named User - Multi-Server | $5,000 | $1,100 | 39.4% | $3,030 | $667 | 40.0% | $3,000 | $66.. |
| Discoverer Plus | 1 | Perpetual | Named User - Multi-Server | $1,000 | $220 | 39.4% | $605 | $133 | 40.0% | $600 | $132 |
| Add-on DBMS Software Subtotals: | | | | $6,191,000 | $1,362,020 | | $3,751,745 | $825,384 | | $3,714,600 | $817,212 |
| Software Totals: | | | | $15,591,000 | $3,430,020 | | $9,446,146 | $2,078,592 | | $9,354,600 | $2,058,012 |

to cost to Air Force users.  Air Force Enterprise License Products Include: Database Enterprise Edition, Database Advanced Security Option, and Internet Applications Server
Enterprise Edition, Including updates and support for all Included products.
ontact MAJCOM/SC or SSG/CIT PAD to obtain licenses for Air Force programs.
ricing valid as of December 12, 2001.

**EXHIBIT M**

# Michael E VanVooren

| Career Model | Practice | Level | Manager | Market Unit | Communications & High Tech |
|---|---|---|---|---|---|
| Service Line | Solutions Engineering | Hire Date | June 06, 1994 | Op Unit | Electronics & High Tech |
| Specialty | Bus Sols-X Spec | Metro City | ST. LOUIS | Client Group | North |
| Membership Level | Aligned | Geo Unit | United States of America | Bill Code | 60 |

Octel: 395/3205          Notes Id: Michael E. VanVooren          cell phone/pager:314-422-4958

## Job Experience

**Client/Company: Exostar**          **Project: Exostar**          **Project Duration: June 2000 - August 2001**
Role Description
Exostar is a joint venture between four of the world's leading Aerospace and Defense companies: BAE Systems, Boeing, Lockheed Martin, and Raytheon. Together, these companies have created an independent, business-to-business (B2B) trading exchange, linking buyers with suppliers within the Aerospace and Defense industry. Accenture was given responsibility for the overall build-out of the new company in 120 days. Accenture provided project management and systems integration expertise and leveraged the Washington DC Dot-com Launch Center. Accenture has continued on to lead the implementation and support of new Exostar capabilities, e.g., collaboration, enhanced website architecture, re-hosting activities. Accenture provides support in all aspects of running the company, e.g., hiring, business development, and operations.

Technical Architecture Co-Team Lead:
* Coordinate Weekly Team Status Meetings, Status Reports * Maintain consolidated workplan and timeline * Maintain Org Chart

Integrated Capability Testing (ICT) Team Lead:
* Coordinated activities of ten team members from each capability team to define and implement testing required to facilitate successful Exostar go-live * Maintained ICT workplan, weekly goals, and exit criteria * Coordinated team effort to identify all Exostar business processes and organize them into test cycles * Coordinated team effort to define and run detailed, repeatable test scripts * Completed three testing phases in time to facilitate an on-time Exostar business go-live * While managing ICT effort, also worked with other team members to support the on-ramps of the four founding partner companies, which lead to the successful launch of Exostar.

Mass Supplier Adoption (MSA) Development Lead:
* Coordinated activities of development team to deliver Mass Supplier Adoption capability developed to facilitate rapid integration of trading partners onto the Exostar exchange * Worked with Exostar founding partner companies to identify suppliers to invite to the Exostar exchange, a coordinated mass-mailing marketing effort, and the development of web pages to support the supplier registration process * Coordinated requirements gathering * Coordinated efforts with legal department to define the legal agreement between Exostar and its trading partners * Coordinated workplan * Coordinated development * Coordinated effort to ensure user security through web screens * Coordinated Commerce One development and testing efforts * Coordinated MSA Integrated Capability Testing effort

Sustaining Development Team Lead:
* Lead team responsible for managing the Exostar development tasks, including internal coding efforts and third-party development coordination * Coordinated Change Control Board * Managed overall development efforts, focusing on Exostar website and support of other Exostar departments * Coordinated weekly Team Status Meetings, Status Reports * Maintained workplan * Facilitated Commerce One Auctions 3.1 - 4.0 upgrade * Managed other miscellaneous development efforts

Website Redesign Lead:
* Coordinated independent website audit * Coordinated team that implemented suggested improvements within the four-week window required to deliver the site in time for an industry trade show * Worked with client to understand functional requirements * Created Accenture implementation plan and proposing it to client, sold the work * Gathered stakeholder requirements and managed expectations through Design Review meetings * Lead design efforts * Lead efforts to code and component test ASP pages, contact management tool, and SQL database access * Coordinating Integrated Capability Testing effort

Quality Manager:
* Defined Exostar Capability Development Lifecycle * Created Capability Development deliverable templates * Defined Capability Development QA Review Process * Coordinated QA Reviews * Coordinated company-wide process definition * Lead QA processes for Exostar Release 4.0 * Provided QA oversight to Exostar Release 4.0 Integrated Capability Testing effort

**Client/Company: Gateway**          **Project: One and Done**          **Project Duration: January 1999 - June 2000**
Role Description

Member of project responsible for delivering a web-based commerce (order entry) system for use by Telesales representatives over the Intranet, consumers over the Internet and consumers in Gateway Country Stores. This order entry system integrated with the order fulfillment capabilities of the existing ERP system.

Lead JDEdwards Interface team, which was responsible for integrating One and Done data into JDEdwards Order Fulfillment System. An existing batch order entry process for MRO items was enhanced to also process orders for new customers, including PC system configuration data.

* Lead detailed design effort * Lead coding and component testing effort * Lead JDEdwards System Testing effort * Managed issue resolution process * Lead user training effort for AS/400 Error Workbench application * Lead AS/400 performance test * Coordinated AS/400 conversion effort *. Coordinated effort to track system metrics and provide KPI reports to project and client management * Coordinated transition from One and Done team to Gateway/Keane team

eCredit Team Lead: * Maintained the system that integrated One and Done to eCredit's customer credit approval system * Improved the system to support all Gateway Country Stores * Coordinated testing efforts between One and Done and eCredit

Supervised eight third-party contractors.

| | | |
|---|---|---|
| **Client/Company:** Gateway | **Project:** The Rock | **Project Duration:** August 1998 - December 1998 |

**Role Description**
Member of team responsible for designing and implementing interface and conversion programs for ERP system upgrade.

Interface Team Lead: * Coordinated the efforts of ten off-site developers who worked to create and test the interfaces * Worked with client personnel to identify and create functional designs Defined the workplan * Supervised technical design, build and component testing * Coordinated User Acceptance Test for Gateway business owners

Supervised 10 third-party contractors.

| | | |
|---|---|---|
| **Client/Company:** Brunswick Indoor Recreation Group | **Project:** Integration 2000 | **Project Duration:** July 1997 - July 1998 |

**Role Description**
Member of project team responsible for designing the effective implementation of order processing, warehousing, and accounts receivable ERP modules to replace the existing system and to retire the mainframe, while concurrently achieving year 2000 compliance.

Shared Warehousing Co-Team Lead responsibilities with my Brunswick counterpart * Performed a Gap Analysis of the Warehousing, Shipping, and Exporting modules of the ERP system being implemented on the project * Developed the project timeline based on the analysis * Created the program requirements * Supervised the development effort * Defined System Test scripts * Coordinated the team's System Test efforts.

| | | |
|---|---|---|
| **Client/Company:** U.S. Electrical Motors (Division of Emerson Electric) | **Project:** USEM 2000 | **Project Duration:** March 1996 - July 1997 |

**Role Description**
Member of project that upgraded client ERP system from outdated mainframe system to new AS/400 system.

Domestic Financials Team: * Design Team Lead * Supervised the programming efforts of client and contract personnel * Designed, coded, and tested interface programs * System Test Lead * Conversion lead

Manufacturing Team - IT Strategy: * Co-developed and presented hardware and software requirements for the client's new manufacturing facility.

Manufacturing Team - San Nicolas Plant: * Design Analyst / Issue Management Lead * Developed the Conversion Plan * Member of the Purchasing System Test team * Developed User Procedures, and taught training classes for the Purchasing and Receiving processes.

Distribution Team: * Coordinated the Warehouse Replenishment Logistics Simulation * Coordinated Key Performance Indicator report development * Developed the Environment Plan * Organized the Distribution System Job Schedule * Taught two training classes that introduced attendees to the AS/400 and the ERP system

Supervised one Accenture analyst.

| | | |
|---|---|---|
| **Client/Company:** Cooper - Bussmann | **Project:** Buss2000 | **Project Duration:** August 1994 - March 1996 |

**Role Description**
Team member of project responsible for upgrading client ERP system from mainframe version to AS/400 version, with significant customizations.

Responsible for designing, coding, and testing conversion programs, including entire sales order database. Supported the post-conversion effort by handling user questions via calls to the hotline and through on-site support.

# Education

| University/College | Degree | Year |
|---|---|---|
| University of Missouri - St. Louis | Business Administration, MIS emphasis | 5/1994 |

# Skills

| Skill | Proficiency | Yrs of Exp | Interest |
|---|---|---|---|
| Billing/AR | Skilled | 2 Years | Moderate |
| Business Process Design and Development | Skilled | 5 Years | High |
| Commerce 1 - Buy Site | Skilled | 1 Year | Moderate |
| Commerce 1 - Marketsite | Skilled | 1 Year | Moderate |
| MAC-PAC Version 9 | Skilled | 2 Years | None |
| JD Edwards | Skilled | 3 Years | Moderate |
| OS/400 | Skilled | 6 Years | Moderate |

| | | | |
|---|---|---|---|
| RPG II/III | Skilled | 6 Years | Low |
| Microsoft Office Skills | Skilled | 7 Years | Moderate |
| Microsoft Project | Skilled | 3 Years | High |
| Project Management | Skilled | 3 Years | High |
| Rollout Management | Skilled | 2 Years | High |
| Workplanning/Estimating | Skilled | 4 Years | High |
| Assembly Test | Skilled | 4 Years | Moderate |
| Component Testing | Skilled | 4 Years | Moderate |
| Product Testing | Skilled | 4 Years | Moderate |
| Regression testing | Skilled | 4 Years | Moderate |
| Warehouse Management System-WMS | Beginner | 2 Years | Moderate |
| DB/2 | Beginner | 4 Years | Moderate |
| Microsoft Access | Beginner | 2 Years | Low |
| Conversion Strategy | Beginner | 1 Year | Moderate |
| Systems Monitoring-Management | Beginner | 2 Years | Moderate |
| COBOL | Beginner | 1 Year | Low |
| Microsoft Front Page | Trained | <1 Year | Moderate |
| IIS (Microsoft Internet Information Server) | Trained | <1 Year | Moderate |
| French | Trained | 2 Years | Low |
| Tibco | Trained | 1 Year | Low |
| ASP (Microsoft Active Server Pages) | Trained | 1 Year | Moderate |
| HTML | Trained | 1 Year | Moderate |
| JCL - Mainframe | Trained | 1 Year | Low |
| Visual Basic | Trained | <1 Year | Moderate |

# Exhibit N

| Hardware Vendors | Software Vendors | Systems Integration Consultants |
|---|---|---|
| IBM Hardware | SAP | Accenture/ Andersen Consulting/ Arthur Andersen |
| Hewlett Packard | Oracle | American Management Systems and CGI |
| Unisys | Microsoft | PricewaterhouseCoopers/ Price Waterhouse/ Coopers & Lybrand/ PwC Consulting |
| Sun Microsystems | PeopleSoft | IBM Global Services dba IBM Consulting |
| Cisco | J.D. Edwards (acquired by PeopleSoft in July 2003) | Grant Thorton Consulting/ Fujitsu Consulting/ DMR Consulting |
| EMC | Siebel | SHL Systemhouse |
| Intel | SeeBeyond (STS) | Computer Sciences Corporation (CSC) |
| Avaya | Vitria | Electronic Data Systems (EDS) |
| | Tibco Software | Science Applications International Corporation (SAIC) |
| | BEA | Perot Systems |
| | Commerce One | Booz Allen Hamilton |
| | i2 Technologies | Ernst & Young/Cap Gemini Ernst & Young/Ernst & Whinney/Arthur Young |
| | webMethods | |
| | Ariba | |
| | Documentum (acquired by EMC in October 2003) | |
| | FileNet | |

# EXHIBIT O

10-K 1 d10k.htm FORM 10-K

## SECURITIES AND EXCHANGE COMMISSION
### Washington, DC 20549

# FORM 10-K

### ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2003

Commission File No. 01-11779

[EDS LOGO]

# ELECTRONIC DATA SYSTEMS CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **75-2548221** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**5400 Legacy Drive, Plano, Texas 75024-3199**
(Address of principal executive offices, including ZIP code)

**Registrant's telephone number, including area code: (972) 604-6000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.01 Par Value | New York, London |
| 6.850% Notes due 2004 | Luxembourg |
| 7.125% Notes due 2009 | Luxembourg |
| 7.45% Notes due 2029 | Luxembourg |
| Income Prides | New York |
| Zero-Coupon Convertible Senior Notes Due October 10, 2021 | |
| 6.0% Senior Notes due 2013, Series B | |
| 3.875% Convertible Senior Notes due 2023 | |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant is an accelerated filer. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

As of June 30, 2003, the aggregate market value of the voting stock held by non-affiliates of the registrant (based on the closing price on such date as reported on the New York Stock Exchange Composite Transactions) was approximately $10,250,000,000.

There were 481,421,936 shares of the registrant's common stock outstanding as of January 31, 2004.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's Proxy Statement for the Annual Meeting of Shareholders to be held on May 25, 2004 are incorporated by

SUBSIDIARIES OF EDS

EX-21 19 dex21.htm SUBSIDIARIES OF EDS

Exhibit 21

| Company | Country |
|---|---|
| EDS UK Limited | England |
| 502300 New Brunswick Inc. | Canada |
| A. T. Kearney-CoNext Australia Pty Ltd | Australia |
| A.T. Kearney (Bermuda), Ltd. | Bermuda |
| A.T. Kearney (International) AG | Switzerland |
| A.T. Kearney (Portugal) Consultadoria de Gestao Lda | Portugal |
| A.T. Kearney (Proprietary) Limited | South Africa |
| A.T. Kearney (S.A.S.) | France |
| A.T. Kearney (Shanghai) Management Consulting Co. Ltd. | China |
| A.T. Kearney (Thailand) Limited | Bangkok, Thailand |
| A.T. Kearney - Applications & Technology S.P.A. | Italy |
| A.T. Kearney A/S | Denmark |
| A.T. Kearney AB | Sweden |
| A.T. Kearney AG | Switzerland |
| A.T. Kearney Argentina S.A. | Argentina |
| A.T. Kearney AS | Norway |
| A.T. Kearney Australia Pty Ltd | Australia |
| A.T. Kearney B.V. | The Netherlands |
| A.T. Kearney Chile Consultores Limitada | Chile |
| A.T. Kearney Co., Ltd | Taiwan |
| A.T. Kearney de Venezuela, C.A. | Venezuela |
| A.T. Kearney Ges.m.b.H | Austria |
| A.T. Kearney GmbH | Germany |
| A.T. Kearney India Private Limited | India |
| A.T. Kearney International AS | Norway |
| A.T. Kearney International, Inc. | USA |
| A.T. Kearney K.K. | Japan |
| A.T. Kearney Kft. | Hungary |
| A.T. Kearney Limited | England |
| A.T. Kearney.Ltd. | Canada |
| A.T. Kearney Ltda. | Brazil |
| A.T. Kearney Monoprosopi Epe | Greece |
| A.T. Kearney New Zealand Limited | New Zealand |
| A.T. Kearney NV | Belgium |
| A.T. Kearney Oy | Finland |
| A.T. Kearney Procurement Solutions, Inc. | USA |
| A.T. Kearney S.p.A. | Italy |
| A.T. Kearney Sp. z.o.o. | Poland |
| A.T. Kearney Yönetim Danismanlik A.S. | Turkey |
| A.T. Kearney, Inc. | USA |
| A.T. Kearney, S.A. | Spain |
| A.T. Kearney, S.A. de C.V. | Mexico |
| ABS Application Systems (Pty) Ltd. | South Africa |
| ABS Computer Sales (Pty) Ltd. | South Africa |
| ABS Computer Services (Pty) Ltd. | South Africa |
| ABS Computers (Pty) Ltd. | South Africa |
| ABS Information Technology (Pty) Ltd. | South Africa |
| Agora s.r.l. | Italy |
| Ar@ncia S.r.l. | Italy |
| Atraxis Africa (Pty) Limited | South Africa |
| Citymax Egypt SAE | Egypt |
| Citymax Integrated Information Systems Ltd. | England |
| Citymax RA Limited | England |
| Computer Marketing Ltd. | England |
| Databank Systems Limited | New Zealand |
| Database Tecnologie S.p.A. | Italy |

SUBSIDIARIES OF EDS

DVOIT Limited                           England
Gent GmbH                               Germany

| | |
|---|---|
| E.D.S. Canada Leasing Ltd. | Canada |
| E.D.S. de Mexico, Sociedad Anonima de Capital Variable | Mexico |
| E.D.S. International Corporation | USA |
| E.D.S. International Limited | England |
| E.D.S. Spectrum Corporation | USA |
| E.D.S. World Corporation (Far East) | USA |
| E.D.S. World Corporation (Netherlands) | USA |
| eBreviate GmbH | Switzerland |
| eBreviate UK Limited | United Kingdom |
| EDS (Australia) Pty Limited | Australia |
| EDS (Australia) Superannuation Fund Pty Ltd | Australia |
| EDS (Business Process Administration) Pty Limited | Australia |
| EDS (China) Co., Ltd. | China |
| EDS (Electronic Data Systems) France S.A.S. | France |
| EDS (Electronic Data Systems) Limited | England |
| EDS (Europe) S.A. | Switzerland |
| EDS (Korea) Ltd. | Korea |
| EDS (New Zealand) Limited | New Zealand |
| EDS (New Zealand) Pensions Limited | New Zealand |
| EDS (Operations) Pty Limited | Australia |
| EDS (Queensland) Pty Ltd | Australia |
| EDS (Schweiz) AG | Switzerland |
| EDS (Services) Pty Ltd. | Australia |
| EDS 1994 Trustee Limited | England |
| EDS Africa Limited | South Africa |
| EDS Answare S.A. | France |
| EDS Asia Pacific Services Corporation | USA |
| EDS Business Solutions GmbH | Germany |
| EDS Canada Inc. | Canada |
| EDS Credit Services Limited | England |
| EDS Danmark A/S | Denmark |
| EDS de Honduras, S. De R.L. de C.V. | Honduras |
| EDS Defence Limited | England |
| EDS Defense N.V. | Belgium |
| EDS Desenvolvimento de Productos Ltda. | Brazil |
| EDS Deutschland GmbH | Germany |
| EDS Electronic Data Sistemleri Ticaret Limited Sirketi | Turkey |
| EDS Electronic Data System Luxembourg S.A. | Luxembourg |
| EDS Electronic Data Systems (Hong Kong) Limited | Hong Kong |
| EDS Electronic Data Systems (Philippines), Inc. | Philippines |
| EDS Electronic Data Systems (Thailand) Co., Ltd. | Thailand |
| EDS Electronic Data Systems del Peru S.A. | Peru |
| EDS Electronic Data Systems Italia S.p.A. | Italy |
| EDS Electronic Data Systems Italia Software S.p.A. | Italy |
| EDS Electronic Datasystems Hungary Limited | Hungary |
| EDS Enterprise Solutions Africa (Pty) Limited | South Africa |
| EDS Europe | England |
| EDS Finance Partnership (Canada) L.P. | Canada |
| EDS Finance plc | England |
| EDS Financial Services Company (Ireland) Limited | Ireland |
| EDS Finland Oy Ab | Finland |
| EDS Försvars Services AB | Sweden |
| EDS Global Field Services GmbH | Germany |
| EDS Gulf States, WLL | Bahrain, State of |
| EDS Holding GmbH | Germany |
| EDS Information Business GmbH | Switzerland |
| EDS Information Services L.L.C. | USA |
| EDS Informationstechnologie und Service GmbH | Germany |
| EDS Informatique S.A. | Switzerland |
| EDS International (Greece) SA | Greece |

SUBSIDIARIES OF EDS                                    Page 4 of 9

EDS International (Singapore) Pte. Limited              Singapore

## SUBSIDIARIES OF EDS

| | |
|---|---|
| EDS Japan LLC | USA |
| EDS Mid-Market Solutions GmbH (fka BOG Koblenz) | Germany |
| EDS MSC (Malaysia) Sdn Bhd | Malaysia |
| EDS Namibia (Proprietary) Limited | Namibia |
| EDS Nominees Limited | England |
| EDS Norge AS | Norway |
| EDS Operations Services GmbH | Germany |
| EDS Poland Sp. z.o.o. | Poland |
| EDS Pubblica Amministrazione S.p.A. | Italy |
| EDS Schweinfurt GmbH | Germany |
| EDS Secretarial Services Limited | England |
| EDS South Africa (Pty) Ltd | South Africa |
| EDS Strategic Funding Ltd. | Cayman Islands |
| EDS Sweden AB | Sweden |
| EDS Trustee Limited | England |
| EDS Vanco (Pty) Ltd. | South Africa |
| EDS Vermögensverwaltungs GmbH & Co. KG | Germany |
| EDS Verwaltungs GmbH | Germany |
| EDS World Services Corporation | USA |
| EDS Zimbabwe (Pvt) Limited | Zimbabwe |
| EDS, s.r.o. | Czech Republic |
| EDS-Electronic Data Systems (India) Private Limited | India |
| EDS-Electronic Data Systems do Brasil Ltda | Brazil |
| EDS-Electronic Data Systems Processamento de Dados Informaticos, Lda. | Portugal |
| EDSCICON (Malaysia) Sdn. Bhd. | Malaysia |
| Eisis Limited | England |
| Electronic Data Systems (EDS Austria) GmbH | Austria |
| Electronic Data Systems (EDS Ecuador) CIA, LTDA | Ecuador |
| Electronic Data Systems (EDS) de Argentina S.A. | Argentina |
| Electronic Data Systems (EDS) de Costa Rica S.A. | Costa Rica |
| Electronic Data Systems (EDS) de Guatemala S.A. | Guatemala |
| Electronic Data Systems (EDS) de Nicaragua y Cia Ltda. | Nicaragua |
| Electronic Data Systems (EDS) Dominicana, S.A. | Dominican Republic |
| Electronic Data Systems (EDS) International B.V. | The Netherlands |
| Electronic Data Systems (EDS) Israel, Ltd. | Israel |
| Electronic Data Systems (EDS) of Panama Corp. | Panama |
| Electronic Data Systems (Egypt) SAE | Egypt |
| Electronic Data Systems (Ireland) Limited | Ireland |
| Electronic Data Systems Belgium N.V. | Belgium |
| Electronic Data Systems Chile, S.A. | Chile, Republic of |
| Electronic Data Systems Colombia, S.A. | Colombia |
| Electronic Data Systems Contact Center S.L. | Spain |
| Electronic Data Systems de El Salvador, Limitada de Capital Variable | El Salvador |
| Electronic Data Systems de Venezuela "EDS" C.A. | Venezuela |
| Electronic Data Systems España S.A. | Spain |
| Electronic Data Systems IT Services (M) Sdn. Bhd. | Malaysia |
| Electronic Data Systems Limited | England |
| Electronic Data Systems Taiwan Corporation | Taiwan, Republic of China |
| Engineering Animation Italy S.r.l. | Italy |
| Engineering Animation UK, Ltd. | England and Wales |
| GCS Limited | New Zealand |
| GOD GmbH i.L. | Germany |
| Habberstad Consulting AS | Norway |
| Habberstad Partners AB | Sweden |
| High Tech Services Insurance, Ltd. | Bermuda |
| High Tech Services Risk Retention Group, Inc. | USA |
| Information Systems Solutions (Pty) Ltd. | South Africa |
| Insurance Software Solutions Corp. (dba SOLCORP) | Canada |
| Integradora de Servicios S.A. de C.V. (ISSA) | Mexico |
| Istiservice S.p.A. | Italy |

SUBSIDIARIES OF EDS

Japan Systems Company Limited                                    Japan

| | |
|---|---|
| Kearney Interactive SAS | France |
| Keisai Asociados, C.A. | Venezuela |
| Keisai Panama, S.A. | Panama |
| La Francaise De Maintenance SCS | France |
| Legacy Receivables LLC | USA |
| M&DY Corporation (Pty) Ltd. | South Africa |
| Management Computer Equipment S.A. | Belgium |
| Media Accounting Services Limited | England |
| Memorex Telex France S.A. | France |
| Memorex Telex Ireland Limited | Ireland |
| Memorex Telex Nederland B.V. | The Netherlands |
| Memorex Telex S.A. | Spain |
| Memorex Telex UK Limited | United Kingdom |
| Memorex Telex Unirepair B.V. | The Netherlands |
| MIQ Consultants BV | The Netherlands |
| National Heritage Insurance Company | USA |
| Nippon EDS Company, Ltd. | Japan |
| NK Joho Engineering | Japan |
| Nova EDS-Petro, Electronic Data Systems de Portugal, Processamento de Dados Informaticos, Lda. | Portugal |
| Oel Systems (Pty) Ltd. | South Africa |
| OOO "Unigraphics Solutions" | Russia |
| P.T. Electronic Data Systems Indonesia | Indonesia |
| PCR Beteiligungs GmbH i.L. | Germany |
| Planning Consultancy Ltd. | England |
| PlanOrg AG | Germany |
| Premida-Comércio, Gestao e Serviços, Lda | Portugal |
| PT A.T. Kearney | Indonesia |
| PT Danamon-EDS Technology Services | Indonesia |
| PT Indo-EDS Daya Selaras | Indonesia |
| PT Unigraphics Solutions Indonesia | Indonesia |
| Rol. 20, S.A | Spain |
| Roma Servizi Informatici S.p.A. | Italy |
| S.D. International Limited | England |
| Sarsfield Systems Limited | Ireland |
| Scicon Arabia Limited | England |
| Scicon Limited | England |
| SD-Scicon Europe Limited | England |
| SDRC Australia Pty. Ltd. | Australia |
| SDRC Belgium SA/NV | Belgium |
| SDRC Brazil Ltda. | Brazil |
| SDRC España S.A. | Spain |
| SDRC India Pvt. Ltd. | India |
| SDRC Italia Srl | Italy |
| SDRC Japan K.K. | Japan |
| SDRC Korea Limited | Korea |
| SDRC Mexico S. de R.L. de C.V. | Mexico |
| SDRC Svenska AB | Sweden |
| SDRC UK Limited | England |
| Servizi ICT S.r.l. | Italy |
| SHL Systemhouse Belgium N.V. | Belgium |
| SHL Systemhouse De Mexico, S.A. DE C.V. | Mexico |
| SHL Systemhouse De Sur America, C.A. | Venezuela |
| SHL Systemhouse Europe Limited | England |
| SHL Systemhouse Ireland Limited | Ireland |
| SHL Systemhouse Nederland B.V. | The Netherlands |
| SHL Technology Solutions Limited | England |
| Sistemi Sanitari S.p.A. | Italy |
| SmartHealth Inc. | Canada |
| Solcorp Japan Co., Ltd. | Japan |

SUBSIDIARIES OF EDS                                         Page 8 of 9

Spartan Funding Company                          England

| | |
|---|---|
| ...pecial Machine Services Limited | Ireland |
| Systematics Communications GmbH | Germany |
| Systematics GmbH | Germany |
| Systematics Integration Limited | England |
| Systematics N.V. | Belgium |
| Systematics N.V. (Netherlands) | The Netherlands |
| Systematics Network Services GmbH | Germany |
| Systematics Soft Solution S.A. | Switzerland |
| Systematics Technology Solutions GmbH | Germany |
| Systemhouse (Barbados) Inc. | Barbados |
| Systemhouse Internationale S.A. | Switzerland |
| Systems Designers Aviation Limited | England |
| Systems Designers Estates Limited | England |
| Systems Designers International Limited | Hong Kong |
| Systems Designers Limited | England |
| Systems Programming (Scotland) Limited | Scotland |
| Systems Programming Limited | England |
| Systems Programming Overseas Limited | England |
| Tap Trade and Consulting Limited | England |
| The Feld Group, Inc. | USA |
| The Lacek Group Pty Ltd. | Australia |
| Trusco Services, Inc. | USA |
| UGS PLM Solutions AG | Switzerland |
| UGS PLM Solutions Asia/Pacific Incorporated | USA |
| UGS PLM Solutions Inc. | USA |
| UGS PLM Solutions International Inc. | USA |
| Unigraphics Solutions (Australia) Pty Ltd | Australia |
| Unigraphics Solutions (Austria) GmbH | Austria |
| Unigraphics Solutions (China) Co., Ltd. | China |
| Unigraphics Solutions (HK) Limited | Hong Kong |
| Unigraphics Solutions (Malaysia) Sdn. Bhd. | Malaysia |
| Unigraphics Solutions (Thailand) Co., Ltd. | Thailand |
| Unigraphics Solutions B.V. | The Netherlands |
| Unigraphics Solutions Canada Ltd. | Canada |
| Unigraphics Solutions Danmark A/S | Denmark |
| Unigraphics Solutions de Mexico, S.A. de C.V. | Mexico |
| Unigraphics Solutions do Brasil Ltda. | Brazil |
| Unigraphics Solutions Espana, S.A | Spain |
| Unigraphics Solutions France SAS | France |
| Unigraphics Solutions GmbH | Germany |
| Unigraphics Solutions Limited | England |
| Unigraphics Solutions N.V. | Belgium |
| Unigraphics Solutions Norge AS | Norway |
| Unigraphics Solutions Pte. Limited | Singapore |
| Unigraphics Solutions S.p.A | Italy |
| Unigraphics Solutions s.r.o. | Czech Republic |
| Unigraphics Solutions Sp.z.o.o | Poland |
| Unigraphics Solutions Sverige AB | Sweden |
| Universal Money Systems | England |
| Variation Systems Analysis Ltd. | England |
| Ward FSC, Ltd | Bermuda |
| Wendover Financial Services Corporation | USA |
| Wendover Funding, Inc. | USA |
| White House Consulting (Pty) Ltd. | South Africa |
| White House Midrange Services (Pty) Ltd. | South Africa |
| White House Technologies (Pty) Ltd. | South Africa |
| Wolsingvale Limited | England |
| Wynberg Executive Travel (Sunninghill) (Pty) Ltd | South Africa |

# Additional Subsidiaries/Affiliates of
# EDS

A.T. Kearney
ExcellerateHRO
SOLCORP
Wendover
Medical Manager Corporation
Canmax, Inc.
Video Lottery Technologies, Inc.

10-K 1 d10k.htm ANNUAL REPORT ON FORM 10-K

<u>Table of Contents</u>

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended June 30, 2004**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____.**

**Commission file number 0-15086**

## SUN MICROSYSTEMS, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **94-2805249** |
| (State of incorporation) | (I.R.S. Employer Identification No.) |
| **4150 Network Circle** | **(650) 960-1300** |
| **Santa Clara, CA 95054** | (Registrant's telephone number, including area code) |
| (Address of principal executive offices, including zip code) | **http://www.sun.com/aboutsun/investor** |
| | (Registrant's url) |

Securities registered pursuant to Section 12(b) of the Act:   None
Securities registered pursuant to Section 12(g) of the Act:
\* **Common Stock**
\* **Share Purchase Rights**

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Securities Exchange Act of 1934). YES ☒    No ☐

The aggregate market value of the voting stock (Common Stock) held by non-affiliates of the registrant, as of December 26, 2003 (the last business day of registrant's second quarter of fiscal 2004), was approximately $14.1 billion based upon the last sale price reported for such date on The Nasdaq National Market. For purposes of this disclosure, shares of Common Stock held by persons who hold more than 5% of the outstanding shares of Common Stock and shares held by officers and directors of the Registrant have been excluded because such persons may be deemed to be affiliates. This determination is not necessarily conclusive.

The number of shares of the registrant's Common Stock (par value $0.00067) outstanding as of September 2, 2004 was 3,344,424,447.

### DOCUMENTS INCORPORATED BY REFERENCE

Parts of the Proxy Statement for the 2004 Annual Meeting of Stockholders are incorporated by reference into Items 10, 11, 12, 13 and 14 hereof.

Sun Microsystems - Investor Relations: Acquisitions History                    Page 1 of 1

Java | Solaris    Communities | Partners | My Sun | Sun Store                    United States · Worldwide

Home > About Sun > Company Info > Investor Relations > Sun Facts >

# Acquisitions History

**Sun Facts**

» Officers & Directors
» Product Portfolio
> Merger & Acquisitions
  History
» Customers
» Brands
» Awards
» Company Snapshot
» Sun Worldwide
» Community Focus
» Timeline

**Investor Resources**

» Corporate Governance
» Sun News
» Press Releases

**On the Calendar**

| Date | Acquisition |
|---|---|
| August 2005 | StorageTek |
| August 2005 | SeeBeyond Technology Corporation |
| July 2005 | Tarantella, Inc. |
| June 2005 | Procom Technology, Inc.'s NAS IP Assets |
| January 2005 | Sevenspace, Inc. |
| April 2004 | Kealia, Inc. |
| January 2004 | Nauticus |
| December 2003 | Waveset Technologies, Inc. |
| August 2003 | CenterRun, Inc. |
| July 2003 | Pixo, Inc. |
| November 2002 | Pirus Networks |
| November 2002 | Terraspring |
| July 2002 | Afara Websystems, Inc. |
| February 2002 | Clustra Systems, Inc. |

Would you recommend this Sun site to a friend or colleague?          Select --> 

Contact | About Sun | News | Employment | Privacy | Terms of Use | Trademarks | Copyright 1994-2005 Sun Microsystems, Inc.

EX-21.1 8 dex211.htm SUBSIDIARIES OF REGISTRANT

Exhibit 21.1

### Sun Microsystems, Inc. Subsidiaries

| | Jurisdiction of Incorporation or Formation |
|---|---|
| 3055855 Nova Scotia Company | Canada |
| 514713 N.B. Inc. | Canada |
| Afara Websystems, Inc. | Delaware |
| Beduin Nova Scotia Company | Canada |
| Belle Gate Investment B.V. | Netherlands |
| Blue Spruce Networks, Inc. | Delaware |
| CenterRun, Inc. | Delaware |
| Chili!Soft, Inc. | California |
| Clustra Systems Inc. | Delaware |
| Clustra Systems Limited | United Kingdom |
| Cobalt Networks B.V. | Netherlands |
| Cobalt Networks GmbH | Germany |
| Cobalt Networks Inc. | Delaware |
| Cobalt Networks (UK) Limited | United Kingdom |
| Cobalt Progressive Systems, Inc. | Delaware |
| Dakota Scientific Software, Inc. | South Dakota |
| Diba, Inc. | Delaware |
| Ed Learning Systems, Inc. | Tennessee |
| e-tech, inc. | Tennessee |
| Forte Software Canada, Ltd. | Canada |
| Forte Software (UK) Limited | United Kingdom |
| grapeVine Technologies, L.L.C. | Delaware |
| HighGround Systems, Inc. | Delaware |
| HighGround Systems International, Inc. | Delaware |
| InfraSearch, Inc. | Delaware |
| Innosoft International, Inc. | California |
| Integrity Arts, Inc. | California |
| i-Planet, Inc. | California |
| ISOPIA Company | Canada |
| ISOPIA Corp. | New York |
| ISOPIA Limited | United Kingdom |
| JCP Computer Services Limited | United Kingdom |
| Kealia, Inc. | California |
| Lighthouse Design Ltd. | Maryland |
| Lighthouse Design R&D Corporation | California |
| LSC, Incorporated | Minnesota |
| MaxStrat Corporation | California |
| Nauticus Networks, Inc. | Delaware |
| Nauticus Networks Securities Corporation | Massachusetts |
| NetDynamics International, Inc. | California |
| Niwot Acquisition Corp. | Delaware |
| Pirus Networks, Inc. | Delaware |
| Pixo, Inc. | California |
| Pixo International Holding Company | California |
| Pixo UK Limited | United Kingdom |

| | Jurisdiction of Incorporation or Formation |
|---|---|
| Sarrus Software, Inc. | California |
| Solaris Assurance, Inc. | Bermuda |
| Solaris Corporation | California |
| Solaris Indemnity, Ltd. | Bermuda |
| Sun Microsystems AB | Sweden |
| Sun Microsystems AO | Russia |
| Sun Microsystems AS | Norway |
| Sun Microsystems Australia Pty. Ltd. | Australia |
| Sun Microsystems (Barbados), Ltd. | Barbados |
| Sun Microsystems Belgium N.V./S.A. | Belgium |
| Sun Microsystems Benelux B.V. | Netherlands |
| Sun Microsystems (Bilgisayar Sistemleri) L.S. | Turkey |
| Sun Microsystems Capital, LLC | Delaware |
| Sun Microsystems Capital Investments Plc | Gibraltar |
| Sun Microsystems (China) Co., Ltd. | People's Republic of China |
| Sun Microsystems China Ltd. | Hong Kong |
| Sun Microsystems Consulting Limited | People's Republic of China |
| Sun Microsystems Czech s.r.o. | Czech Republic |
| Sun Microsystems Danmark A/S | Denmark |
| Sun Microsystems de Argentina S.A. | Argentina |
| Sun Microsystems de Chile, S.A. | Chile |
| Sun Microsystems de Colombia, S.A. | Colombia |
| Sun Microsystems de Mexico, S.A. de C.V. | Mexico |
| Sun Microsystems de Venezuela, S.A. | Venezuela |
| Sun Microsystems Distributions International, Inc. | California |
| Sun Microsystems do Brasil Industria e Comericio Ltda. | Brazil |
| Sun Microsystems (Egypt) LLC | Egypt |
| Sun Microsystems Europe Properties B.V. | Netherlands |
| Sun Microsystems Europe Properties, Inc. | California |
| Sun Microsystems Exchange, Inc. | Delaware |
| Sun Microsystems Federal, Inc. | California |
| Sun Microsystems Finance K.K. | Japan |
| Sun Microsystems France S.A. | France |
| Sun Microsystems Ges.m.b.H | Austria |
| Sun Microsystems GmbH | Germany |
| Sun Microsystems (Hellas) S.A. | Greece |
| Sun Microsystems Holdings Limited | United Kingdom |
| Sun Microsystems Hungary Computing Limited Liability Company | Hungary |
| Sun Microsystems Iberica, S.A. | Spain |
| Sun Microsystems India Private Limited | India |
| Sun Microsystems Intercontinental Operations | California |
| Sun Microsystems International B.V. | Netherlands |
| Sun Microsystems International Holding B.V. | Netherlands |
| Sun Microsystems International, Inc. | California |
| Sun Microsystems Ireland Limited | Ireland |
| Sun Microsystems Israel Ltd. | Israel |
| Sun Microsystems Italia S.p.A. | Italy |
| Sun Microsystems K.K. | Japan |
| Sun Microsystems Korea, Ltd. | South Korea |

| | Jurisdiction of Incorporation or Formation |
|---|---|
| Sun Microsystems Limited | United Kingdom |
| Sun Microsystems LLC | California |
| Sun Microsystems Luxembourg SARL | Luxembourg |
| Sun Microsystems Malaysia Sdn. Bhd. | Malaysia |
| Sun Microsystems Management Services Corporation | California |
| Sun Microsystems (Middle East) B.V. | Netherlands |
| Sun Microsystems Nederland B.V. | Netherlands |
| Sun Microsystems (NZ) Limited | New Zealand |
| Sun Microsystems of California, Inc. | California |
| Sun Microsystems of California Limited | Hong Kong |
| Sun Microsystems of Canada Inc. | Canada |
| Sun Microsystems Oy | Finland |
| Sun Microsystems Poland Sp.z.o.o | Poland |
| Sun Microsystems (Portugal) Tecnicas de Informatica, Sociedade Unipessoal, Limitada | Portugal |
| Sun Microsystems Products, Ltd. | People's Republic of China |
| Sun Microsystems Properties, Inc. | California |
| Sun Microsystems Pte. Ltd. | Singapore |
| Sun Microsystems Risk Management, Inc. | California |
| Sun Microsystems (Schweiz) A.G. | Switzerland |
| Sun Microsystems Scotland B.V. | Netherlands |
| Sun Microsystems Scotland Limited | Scotland |
| Sun Microsystems Scotland LP | Scotland |
| Sun Microsystems Slovakia, s.r.o | Slovak Republic |
| Sun Microsystems (South Africa) (Pty) Limited | Republic of South Africa |
| Sun Microsystems Superannuation Nominees Pty. Ltd. | Australia |
| Sun Microsystems SPB LLC | Russian Federation |
| Sun Microsystems Taiwan Limited | Taiwan |
| Sun Microsystems Technology Ltd. | Bermuda |
| Sun Microsystems Technology Pty. Ltd. | Australia |
| Sun Microsystems (Thailand) Limited | Thailand |
| Sun Microsystems (U.A.E.) Ltd. | Cayman Islands |
| SunSoft, Inc. | California |
| SunSoft International, Inc. | California |
| Sun TSI Subsidiary, Inc. | Delaware |
| Terraspring, Inc. | Delaware |
| Terraspring (Private) Limited | Pakistan |
| Trustbase Limited | United Kingdom |
| Waveset Technologies, Inc. | Delaware |
| Waveset Technologies UK Limited | United Kingdom |

Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended January 28, 2005**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from          to**

**Commission File Number: 0-17017**

# Dell Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **74-2487834** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**One Dell Way, Round Rock, Texas 78682**
(Address of principal executive offices) (Zip Code)

**(512) 338-4400**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

None

Securities Registered Pursuant to Section 12(g) of the Act:

Common Stock, par value $.01 per share
Preferred Stock Purchase Rights

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Act).   Yes ☒   No ☐

| | |
|---|---|
| pproximate aggregate market value of the registrant's common stock held by non-affiliates as of July 30, 2004, based upon the closing price reported for such date on The Nasdaq National Market | $79.9 billion |

EXHIBIT 21

## Dell Inc. Subsidiary List

**Europe, Middle East and Africa**

| | |
|---|---|
| Dell GmbH | Austria |
| Dell FZ-LLC – Bahrain Branch | Bahrain |
| Dell N.V. | Belgium |
| Dell Computer spol. sro | Czech Republic |
| Dell A/S | Denmark |
| Oy Dell A.B. | Finland |
| Dell S.A. | France |
| Dell GmbH | Germany |
| Dell Technology Products and Services S.A | Greece |
| Dell Distribution (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet – Rep. Office | Hungary |
| Dell Products (Europe) B.V. – Ireland Branch | Ireland |
| Dell Computer Limited | Ireland |
| Dell Direct | Ireland |
| Dell Financial Services International Limited | Ireland |
| Dell Products | Ireland |
| Dell Research | Ireland |
| Dell International Holdings VI (Ireland) | Ireland |
| Dell International Holdings VII (Ireland) | Ireland |
| Dell International Holdings XI | Ireland |
| Dell S.p.A. | Italy |
| Dell Computer Holding I, SGPS, Unipessoal Lda | Madeira |
| Dell Computer Holding II, SGPS, Unipessoal Lda | Madeira |
| Dell N.V. – Madeira Branch | Madeira |
| Dell Computer International (II) – Comercio de Computadores Sociedade Unipessoal Lda | Madeira, Portugal |
| Dell SAS | Morocco |
| Dell Distribution Maroc (Succ) | Morocco |
| Dell B.V. | Netherlands |
| Dell Holdings (Europe) B.V. | Netherlands |
| Dell Asia B.V. | Netherlands |
| Dell Taiwan B.V. | Netherlands |
| DIH IV C.V. | Netherlands |
| DIH V C.V. | Netherlands |
| Dell International Holdings VIII B.V. | Netherlands |
| Dell International Holdings IX B.V. | Netherlands |
| Dell International Holdings X B.V. | Netherlands |
| Dell Global B.V. | Netherlands |
| Dell Products (Europe) B.V. | Netherlands |
| Dell Global International B.V. | Netherlands |
| Dell Corporation Limited – Northern Ireland Place of Business | Northern Ireland |
| Dell A.S. | Norway |
| Dell Sp.z.o.o. | Poland |
| Dell Computer (III) – Comercio de Computadores, Unipessoal LDA | Portugal |
| Dell Distribution (EMEA) Limited – Representative Office | Romania |
| Dell Distribution (EMEA) Limited (Russia) Representative Office | Russia |
| Dell s.r.o. | Slovakia |
| Dell Computer (Proprietary) Ltd | South Africa |

| | |
|---|---|
| ell Computer S.A. | Spain |
| Dell A.B. | Sweden |
| Dell S.A. | Switzerland |
| Dell Distribution (EMEA) Limited – Turkey (Istanbul) Liaison Office | Turkey |
| Dell FZ – LLC | U.A.E. |
| Bracknell Boulevard Management Company Limited | United Kingdom |
| Dell Corporation Limited | United Kingdom |
| Dell Computer EEIG | United Kingdom |
| Dell Distribution (EMEA) Limited | United Kingdom |

**Asia-Pacific/Japan**

| | |
|---|---|
| Dell Australia Pty. Limited | Australia |
| Dell (China) Company Limited | China |
| Dell (China) Company Limited, Beijing Liaison Office | China |
| Dell (China) Company Limited, Chengdu Liaison Office | China |
| Dell (China) Co., Ltd., Guangzhou Liaison Office | China |
| Dell (China) Company Limited, Hangzhou Liaison Office | China |
| Dell (China) Company Limited, Nanjing Liaison Office | China |
| Dell (China) Company Limited, Shanghai Liaison Office | China |
| Dell (China) Company Limited, Shenzhen Liaison Office | China |
| Dell Products L.P. Beijing Representative Office | China |
| Dell Products L.P. Shanghai Representative Office | China |
| Dell Products L.P. Shenzhen Representative Office | China |
| Dell China Co., Ltd. Shanghai Branch | China |
| Dell Procurement (Xiamen) Company Limited | China |
| Dell Procurement (Xiamen) Company Limited, Shanghai Liaison Office | China |
| Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office | China |
| ell Xiamen Company Limited | China |
| Jell Hong Kong Limited | Hong Kong |
| Dell Asia Pacific Sdn. India Liaison Office | India |
| Dell Computer India Private Limited | India |
| Dell India Private Ltd. | India |
| Dell Asia Pacific Sdn. -- Indonesia Representative Office | Indonesia |
| Dell Japan Inc. | Japan |
| Dell Asia Pacific Sdn. | Malaysia |
| Dell Global Procurement Malaysia Sdn. Bhd. | Malaysia |
| Dell New Zealand Limited | New Zealand |
| Dell Asia Pacific Sdn. Phillippines Representative Office | Phillippines |
| Dell Asia Pte. Ltd. | Singapore |
| Dell Singapore Pte. Ltd. | Singapore |
| Dell Global Pte. Ltd. | Singapore |
| Dell Global B.V., Singapore Branch | Singapore |
| Dell International Inc. (Korea) | South Korea |
| Dell Taiwan B.V., Taiwan Branch | Taiwan |
| Dell B.V., Taiwan Branch | Taiwan |
| Dell Inc., Taiwan Representative Office | Taiwan |
| Dell Taiwan B.V. – Taiwan Branch | Taiwan |
| Dell Corporation (Thailand) Co., Ltd. | Thailand |
| Dell Asia Pacific Sdn. – Vietnam Representative Officer | Vietnam |

**Other U.S. Entities**

| | |
|---|---|
| Dell International Incorporated | Delaware |
| Dell Catalog Sales Corporation | Delaware |
| Dell Gen. P. Corp. | Delaware |
| Dell Services Corporation | Delaware |
| Dell Marketing Corporation | Delaware |
| Dell USA Corporation | Delaware |
| Dell Ventures Corporation | Delaware |
| Dell DFS Corporation | Delaware |
| Plural Acquisition I, Inc. | Delaware |
| Dell Products Corporation | Delaware |
| Dell Federal Systems Corporation | Delaware |
| Dell World Trade Corporation | Delaware |
| Dell Receivables Corporation | Delaware |
| Dell Products GP L.L.C. | Delaware |
| Dell Products LP L.L.C. | Delaware |
| Dell Services GP L.L.C. | Delaware |
| Dell Services LP L.L.C. | Delaware |
| Dell Federal Systems GP L.L.C. | Delaware |
| Dell Federal Systems LP L.L.C. | Delaware |
| Dell World Trade GP L.L.C. | Delaware |
| Dell World Trade LP L.L.C. | Delaware |
| Dell Catalog Sales GP L.L.C. | Delaware |
| Dell Catalog Sales LP L.L.C. | Delaware |
| Dell Marketing GP L.L.C. | Delaware |
| Dell Marketing LP L.L.C. | Delaware |
| Dell USA GP L.L.C. | Delaware |
| Dell USA LP L.L.C. | Delaware |
| Dell Receivables GP L.L.C. | Delaware |
| Dell Receivables LP L.L.C. | Delaware |
| Dell Products L.P. | Texas |
| Dell Services L.P. | Texas |
| Dell Federal Systems L.P. | Texas |
| Dell World Trade L.P. | Texas |
| Dell Catalog Sales L.P. | Texas |
| Dell Marketing L.P. | Texas |
| Dell USA L.P. | Texas |
| Dell Receivables L.P. | Texas |
| CPS Channel Partner Solutions L.P. | Texas |
| Dell Computer Holdings Corporation | Delaware |
| Dell Computer Holdings L.P. | Texas |
| Dell Ventures L.P. | Texas |
| DCC Executive Security Inc. | Delaware |
| Dell Eastern Europe Corporation | Delaware |
| Dell Computer India Corp. | Delaware |
| Dell Computer de Chile Corp. | Delaware |
| Dell America Latina Corp. | Delaware |
| Dell Colombia Inc. | Delaware |
| Dell International Holdings I L.L.C. | Delaware |

| | |
|---|---|
| ...ll International Holdings II L.L.C. | Delaware |
| Dell International Holdings III L.L.C. | Delaware |
| Dell Marketing USA GP L.L.C. | Delaware |
| Dell Marketing USA LP L.L.C. | Delaware |
| Dell Marketing USA L.P. | Texas |
| Dell Catalog Sales USA GP L.L.C. | Delaware |
| Dell Catalog Sales USA LP L.L.C. | Delaware |
| Dell Catalog Sales USA L.P. | Texas |
| Dell Equipment GP L.L.C. | Delaware |
| Dell Equipment Funding L.P. | Delaware |
| Dell Conduit GP L.L.C. | Delaware |
| Dell Conduit Funding L.P. | Delaware |
| Dell Financial Services L.P. | Texas |
| Dell Funding L.L.C. | Delaware |
| Dell Products North Carolina Corp. | Delaware |
| Dell Products North Carolina GP L.L.C. | Delaware |
| Dell Products North Carolina LP L.L.C. | Delaware |
| Dell Products North Carolina L.P. | Texas |
| | |
| **International Americas –** | **Jurisdiction** |
| Dell Export Sales Corporation | Barbados |
| Dell Computadores do Brasil Ltda. | Brazil |
| Dell Procurement International | Cayman Islands |
| Dell Computer de Chile Ltda | Chile |
| Dell Technology Services Inc. S.R.L. | Costa Rica |
| Dell El Salvador S.A. DE C.V. | El Salvador |
| Dell Mexico, S.A. de C.V. | Mexico |
| ...ll Computer Services de Mexico SA de CV | Mexico |
| Dell Canada Inc. | Ontario, Canada |
| Dell Panama S. de R.L. | Panama |
| Dell Perú, SAC | Peru |
| Dell Puerto Rico Corp. | Puerto Rico |
| Dell Quebec Inc. | Quebec |

## Additional Subsidiaries/Affiliates of
## Dell Inc.

divine, inc.
GoAmerica, Inc.
Lante Corporation
LivePerson, Inc.
SINA.com
StorageNetworks, Inc.