FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 13 2007

JAMES W. McCORMACK, CLERK
By: _____
       DEP_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION, a Delaware Corporation; SUN MICROSYSTEMS, INC., a Delaware Corporation; and DELL INC., a Delaware Corporation,<br><br>　　　　　　　　Defendants. | Case No. 4-04 CV0000986WRW<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER |

**STIPULATION AND PROPOSED ORDER RE DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DELL INC.**

WHEREAS, the *qui tam* plaintiffs Norman Rille and Neal Roberts ("*qui tam* plaintiffs") have requested dismissal without prejudice of defendant Dell, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1) from the *qui tam* plaintiffs' complaint, *The United States of America*, ex rel. *Norman Rille and Neal Roberts, v. Electronic Data Systems Corporation, et al.*, United States District Court, Eastern District of Arkansas, Case No. 4-04 CV0000986WRW ("Complaint"); and

WHEREAS, the United States of America ("United States") has intervened in this action, but such intervention does not extend to defendant Dell, Inc.; and

1

WHEREAS, the United States accordingly consents to the dismissal without prejudice of defendant Dell, Inc.;

IT IS HEREBY STIPULATED AND AGREED, by and between the *qui tam* plaintiffs and the United States, by and through their undersigned attorneys, that defendant Dell, Inc. is dismissed without prejudice from the *qui tam* plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

JANE DUKE
Acting United States Attorney
DAN STRIPLING
Assistant United States Attorney

Dated: August 13, 2007

JOYCE BRANDA
DONALD J. WILLIAMSON
Attorneys, Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 2044
Tel: (202) 514-7900

Dated: August 13, 2007

STEPHEN ENGSTROM
Counsel for *Qui Tam* Plaintiffs
Norman Rille and Neal Roberts

2