IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

THE UNITED STATES OF AMERICA, ex rel. )
NORMAN RILLE and NEIL ROBERTS, )
)
Plaintiffs, )
)
vs. ) Case No. 4:04SC00986 WRW
)
SUN MICROSYSTEMS, INC., a Delaware )
Corporation, )
)
Defendants. )

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 28 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## ORDER GRANTING MOTION TO STAY

And now, this 18th day of September, 2007, it is hereby ORDERED that the Assent Motion to Stay of Sun Microsystems, Inc. ("Sun"), United States and Relators, Norman Rille and Neal Roberts, is GRANTED.

Defendant Sun shall have up to and including March 25, 2008, to answer or otherwise respond to the Qui Tam Plaintiff's' Complaint and amendments, including the Second Amended Complaint.

Countclaimant-Defendant, United States of America shall have up to and including April 8, 2008, to answer or otherwise respond to Sun's Counterclaim.

Any party may withdraw its consent to this extension with notice to the Court and parties. If notice is filed, "Sun" must file its answer or otherwise respond within thirty (30) days of the

notice and the United States shall file its answer or otherwise respond to the Counterclaim within forty-four (44) days of the notice.

SO ORDERED this 18th day of September, 2007.

_____
The Honorable William R. Wilson, Jr.
United States District Judge