**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**NORMAN RILLE, UNITED STATES OF**                      **PLAINTIFFS**
**AMERICA, EX REL.,** *et al.*

**v.**                      **4:04CV00986-WRW**

**SUN MICROSYSTEMS, INC,** *et al.*                      **DEFENDANTS**

**ORDER**

On March 12, 2009, the parties filed their Joint Federal Rule of Civil Procedure 26(f) Report.[1] According to the Rule 26(f) Report, the parties were unable to agree on the number of interrogatories the parties may serve during discovery -- Defendant Sun proposes that each side be permitted to serve 60 interrogatories, while Plaintiffs maintain that under Fed. R. Civ. P. 33(a), each party should be limited to 25 interrogatories.[2]

Because the parties were not able to reach an agreement on the limit of interrogatories, the Court orders that the maximum number of interrogatories per side is forty five (45), each with no more than two brief sub-parts.

IT IS SO ORDERED this 16th day of March, 2009.

                                                   /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 98.

[2] *Id*.