IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, ex rel.
Norman Rille and Neal Roberts                                                PLAINTIFFS

vs.                              4:04CV00986-WRW

SUN MICROSYSTEMS, INC.,
a Delaware Corporation                                                        DEFENDANT

## ORDER

Pending is the Motion for Admission Pro Hac Vice (doc #116), filed by the defendant.  After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED.  Mr. Clayton James will be admitted pro hac vice on behalf of Sun Microsystems, Inc.

IT IS SO ORDERED this 12th day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ord.prohc.wpd