**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex. rel.** | **PLAINTIFFS** |
| **NORMAN RILLE and NEAL ROBERTS** | |
| **v.**    **4:04CV00986-WRW** | |
| **SUN MICROSYSTEMS, INC.** | **DEFENDANT** |

## ORDER

Pending is the United States' Motion for Leave to File Amended Complaint (Doc. No. 166). Under an agreed-upon briefing schedule,[1] Defendant has responded, and replied, and the United States has filed a sur-reply.[2] Relators filed a Statement of Interest Re United States' Motion.[3] Also pending is Defendant's Motion to Strike Relator's Statement of Interest (Doc. No. 178). The United States' Motion for Leave to File an Amended Complaint (Doc. No. 166) is GRANTED, and Defendant's Motion to Strike (Doc. No. 178) is DENIED.

IT IS SO ORDERED this 13th day of May, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 169, 172.

[2] Doc. Nos. 170, 175, 176.

[3] Doc. No. 177.