## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel.** **Norman Rille and Neal Roberts,** | ) ) ) ) | |
| **Plaintiff/Relator,** | ) ) | |
| **v.** | ) ) | **Case No. 04-04 CV-00986 WRW** |
| **SUN MICROSYSTEMS, INC., a Delaware** **Corporation,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

## SUN MICROSYSTEMS, INC.'S
## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
## MOTION TO DISMISS

Defendant Sun Microsystems, Inc. ("Sun"), for its motion for leave to file reply in support of motion to dismiss first amended complaint in intervention, states:

1.       Sun filed a motion to dismiss the United States' first amended complaint in intervention on June 4, 2010 [Doc 190], and the United States filed its response on June 23, 2010 [Doc 197].

2.       Sun seeks leave to file a reply in support of the motion to dismiss no later than July 2, 2010.

3.       Counsel for Sun Microsystems, Inc. has conferred with counsel for the United States regarding this request, and the United States' counsel has no objection and has agreed that Sun's reply would be due on or before July 2, 2010.

877274-v1

WHEREFORE, defendant Sun Microsystems, Inc. prays that this Court grant its motion for leave to file reply in support of motion to dismiss first amended complaint in intervention and award all other appropriate relief.

Respectfully submitted,

By: _____
John G. Lile (62017)
Michelle M. Kaemmerling (2001227)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442
E-mail: jlile@wlj.com
        mkaemmerling@wlj.com

*and*

Clayton James
Stuart M. Altman
Michael F. Mason
Phillip Metcalf
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
Fax:  (202) 637-5910
E-mail: clay.james@hoganlovells.com

Attorneys for Sun Microsystems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2010, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which shall send notification of such filing to the following:

    Jacquetta F. Bardacos - jbardacos@packard.com
    Michael Bierman - mbierman@luce.com
    Patricia R. Davis - pat.davis@usdoj.gov
    Stephen C. Engstrom - stephen@wecc-law.com
    Philip J. Favro - pfavro@packard.com
    Daniel Hugo Fruchter -- Daniel.Fruchter@usdoj.gov
    Craig H. Johnson - cjohnson@packard.com
    Shirley Guntharp Jones - shirley@wecc-law.com
    Daniel W. Packard - dpackard@packard.com
    Lon D. Packard - lpackard@packard.com
    Ronald D. Packard - rdpackard@packard.com
    Von G. Packard - vpackard@packard.com
    Shannon S. Smith – Shannon.Smith@usdoj.gov
    Jeffrey Wexler  - jwexler@luce.com
    Patrick Klein – Patrick.Klein2@usdoj.gov
    Clare Wuerker – Clare.Wuerker@usdoj.gov
    Erica Blachman Hitchings – Erica.B.Hitchings@usdoj.gov

I hereby certify that on June 24, 2010, I mailed the document and a copy of the Notice of

Electronic Filing (NEF) by United States Postal Service to the following non CM/ECF

participants:

    Joyce R. Branda
    Michael F. Hertz
    U.S. Department of Justice-Civil Division
    P.O. Box 261
    Washington, DC 20044

877274-v1

Peter D. Keisler
U.S. Department of Justice-Civil Division
20 Massachusetts Avenue NW
Washington, DC 20530

Michelle M. Kaemmerling