IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS ) ) ) ) ) PLAINTIFFS ) ) v. ) ) SUN MICROSYSTEMS, INC., a Delaware Corporation, ) ) ) DEFENDANT ) ) | Civil Action 04-04-CV-00986 WRW |

**SECOND ASSENT MOTION RE CONTINUANCE OF TRIAL AND RELATED
DEADLINES**

Plaintiffs, the United States of America and Relators Norman Rille and Neal Roberts, and

Defendant Sun Microsystems, Inc. (collectively the "Parties") request a brief, 45-day extension to

all deadlines set forth in the Amended Final Scheduling Order [Doc. #136]. The parties believe

that additional time is necessary to conduct and complete discovery and prepare for trial. This is

a document-intensive case, and while the parties have produced several hundreds of thousands of

pages of hard copy documents, as well as electronic documents from numerous custodians, more

production remains to be completed. The parties believe that an additional 45 days will allow the

parties to complete document production and discovery. Additionally, a 45-day extension will

allow the parties to more substantially complete document production prior to the disclosure of

expert witnesses and the issuance of expert reports.

The Parties hereby agree and assent to the following deadlines:

1.   Trial of this matter moved from February 1, 2011 to a time to be set by the Court;[1]

2.   Discovery cutoff to January 3, 2011 from November 15, 2010;

3.   Filing of dispositive motions to January 19, 2011 from December 3, 2010;

4.   Filing of Pre-trial Disclosure Sheets to February 17, 2011 from January 4, 2011;

5.   Filing of objections to opposing parties' Pre-trial Disclosure Sheets to March 13, 2011 from January 18, 2011;

6.   Submission of agreed set of closing jury instructions to ten (10) days prior to trial;

7.   Plaintiff expert disclosures, including reports, to August 23, 2010 from July 6, 2010;

8.   Defendant expert disclosures, including reports, to September 22, 2010 from August 6, 2010;

9.   Defendant rebuttal expert disclosures, including reports, to October 25, 2010 from September 7, 2010;

10.  Plaintiff rebuttal expert disclosures, including reports, to November 22, 2010 from October 7, 2010.

---

[1] Counsel for Relators are also counsel of record in another case, *U.S. ex rel Rille v. Accenture, et al*, currently set for trial in this Court on April 11, 2011.

Attorneys for United States of America

Dated: June 15, 2010            By:    [signature]

Patricia Davis
Patrick M. Klein (AZ Bar No. 019850)
Daniel H. Fruchter
Attorney, Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 514-7900
Patrick.Klein2@usdoj.gov

Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Shannon.Smith@usdoj.gov

Attorneys for Relators/Plaintiff
WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453
Facsimile: (501) 375-5914

Dated: June 25, 2010                  By:   _Patd K___
                                            with permission

Von G. Packard (CA Bar No. 74877)
Ronald D. Packard (CA Bar No. 72173)
Lon D. Packard (CA Bar No. 74876)
Philip J. Favro (CA Bar No. 205448)
PACKARD, PACKARD & JOHNSON
Four Main Street, Suite 200
Los Altos, California 94022
Telephone: (650) 947-7300
Facsimile: (650) 947-7301


Attorneys for Defendant Sun Microsystems, Inc.
John G. Lile, III
Michelle M. Kaemmerling
WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
(501) 371-0808


Dated: June 25, 2010                  By:   _Patd l___
                                            with permission

Ty Cobb
Stuart M. Altman
Michael F. Mason
Phillip O. Metcalf
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Phone: (202) 637-5600
Fax: (202) 637-5910

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Craig H. Johnson - cjohnson@packard.com

Lon D. Packard - lpackard@packard.com

Daniel W Packard - dpackard@packard.com

Ronald D. Packard - rdpackard@packard.com

Von G. Packard - vpackard@packard.com

Daniel S. Fruchter - dfruchter@packard.com

Jacquetta F. Bardacos - jbardacos@packard.com

Philip J. Favro - pfavro@packard.com

Jeffrey Wexler - jwexler@luce.com

Michael Bierman - mbierman@luce.com

Shirley Guntharp Jones - shirley@wecc-law.com

Stephen C. Engstrom - stephen@wecc-law.com

Stuart M. Altman - SMAltman@hhlaw.com

Michael F. Mason - MFMason@hhlaw.com

Phillip Metcalf - POMetcalf@hhlaw.com

Michelle Marie Kaemmerling - mkaemmerling@wlj.com

DATE: _June 25, 2010_

_Robert K._