AO 456 (Rev. 5/85) Notice

# United States District Court
## *Eastern District of Arkansas*

NORMAN RILLE, et al
UNITED STATES OF AMERICA, ex rel.

**NOTICE**

v.

SUN MICROSYSTEMS, INC.

CASE NUMBER: 4:04CV00986-WRW

TYPE OF CASE:  ☒ CIVIL    ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 4C |
| | DATE AND TIME |
| | Tuesday, August 17, 2010 at 1:30 pm |

TYPE OF PROCEEDING

HEARING ON DEFENDANT'S MOTION TO DISMISS

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | |

James W. McCormack, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 14, 2010
DATE

/s/Mary A. Johnson, Courtroom Deputy
(BY) DEPUTY CLERK

To: Counsel of Record
CSO