**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                             **PLAINTIFFS**
*ex rel.* **NORMAN RILLE and NEAL
ROBERTS**

**v.**                                               **4:04CV00986-WRW**

**SUN MICROSYSTEMS, INC.,**                                            **DEFENDANT**
**a Delaware Corporation**

## ORDER

Pending is an Assent Motion to Stay (Doc. No. 229). The parties request an order staying this case for thirty (30) days, pending ongoing settlement discussions. The Assent Motion to Stay is GRANTED.

The parties stipulate to the following terms: (1) this case is stayed up though and including December 3, 2010; (2) the stay includes all pending motions and responses, all discovery, and all expert disclosures and other deadlines in the Amended Final Scheduling Order[1]; (3) with notice to the Court and other parties, any party may withdraw its consent to continuing the stay under this Assent Motion on or before December 3, 2010, in which case the deadlines in the Amended Final Scheduling Order will be extended thirty (30) days, and responses to pending motions will be extended ten (10) days; and (4) the parties will provide the Court with a status report on their settlement discussions on or before December 1, 2010.

The trial date in this case remains October 4, 2011.

IT IS SO ORDERED this 5th day of November, 2010.

                                                                            /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 215.