# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* **NORMAN RILLE and NEAL ROBERTS**                                     **PLAINTIFF**

**v.**                                    **4:04CV00986-WRW**

**SUN MICROSYSTEMS, INC.**                                                      **DEFENDANT**

## ORDER

Pending is the Assent Motion to Extend Stay (Doc. No. 236) through January 21, 2011.

The parties are continuing in their settlement negotiations and report that they are making progress.

The Motion to extend the stay is GRANTED, and the parties are directed to provide a status report to the Court on or before January 21, 2011.

IT IS SO ORDERED this 11th day of January, 2011.


                                                               /s/Wm. R. Wilson, Jr.
                                                     UNITED STATES DISTRICT JUDGE