IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* NORMAN RILLE and NEAL ROBERTS                                            PLAINTIFF

v.                                          4:04CV00986-WRW

SUN MICROSYSTEMS, INC.                                                             DEFENDANT

## ORDER

Pending is the Assent Motion to Extend the Stay (Doc. No. 239) through January 28, 2011.

The parties are continuing in their settlement negotiations and report that they are making progress.

The Motion to extend the stay is GRANTED, and the parties are directed to provide a status report to the Court on or before January 28, 2011.

IT IS SO ORDERED this 21st day of January, 2011.

                                                  /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE