# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>     Plaintiff,<br><br>-vs-<br><br>SUN MICROSYSTEMS, INC., a Delaware Corporation,<br><br>     Defendants. | Civil Action No. 4:04CV00986 BRW |

### ORDER GRANTING JOINT ASSENT MOTION REGARDING SEQUENCING OF MOTIONS AND SETTING DEADLINE FOR FILING OF MOTION FOR AN AWARD OF STATUTORY ATTORNEYS' FEES, COSTS, AND EXPENSES

After consideration of the Joint Assent Motion Regarding Sequencing of Motions and Setting Deadline for Filing of Motion for an Award of Statutory Attorneys' Fees, Costs, and Expenses (Doc. No. 246), the Court GRANTS the Motion setting the deadline for the filing by Relators of a Motion for Award of Statutory Attorneys' Fees, Costs, and Expenses as follows:

The Relators shall file a motion for an award of statutory attorneys' fees, costs, and expenses no later than March 25, 2011.

IT IS SO ORDERED this 28th day of February, 2011.

              /s/Billy Roy Wilson
             UNITED STATES DISTRICT JUDGE