Case 4:04-cv-00986-BRW   Document 250   Filed 03/18/11   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br>                   Plaintiffs, <br><br> -vs- <br><br> SUN MICROSYSTEMS, INC., a Delaware Corporation, <br><br>                   Defendant. | Civil Action No. 4:04CV00986-BRW |

**ORDER GRANTING JOINT REQUEST FOR
SCHEDULING REGARDING MOTIONS**

After consideration of the joint request of the parties on March 11, 2011, relating to scheduling of motions, the Court GRANTS the request and sets the following:

1. Sun will file and serve by email its motion or position statement/papers regarding the Government's motion to dismiss [Doc. No. 249] and other jurisdictional issues by March 21, 2011;

2. Relators will file and serve by email their opposition to the Government's motion to dismiss [Doc. No. 249] and Sun's motion or position statement/papers by April 18, 2011;

3. The Government and Sun may each file a request to file a reply and, if granted, the text of each such reply will be limited to 10 pages, to be filed and served by ten days following their receipt of Relators' opposition;

4. Relators may file a request to file a sur-reply and, if granted, the text of said sur-reply will be limited to 7 pages, to be filed and served by seven days following receipt of the Government's and Sun's reply papers;

5. Relators will file their Motion for Statutory Attorneys' Fees, Costs, and Expenses no later than 14 days after this Court issues its final order of *Qui Tam* share percentage in this case.

IT IS SO ORDERED this 18th day of March, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE