IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. NORMAN RILLE AND NEAL ROBERTS,<br><br>        PLAINTIFFS,<br>VS.<br><br>SUN MICROSYSTEMS, INC.,<br><br>        DEFENDANT. | Civil Action 4:04CV00986-BRW |

**ORDER GRANTING RELATORS' MOTION TO FILE UNDER SEAL UNREDACTED AND REDACTED VERSIONS OF VARIOUS PAPERS REGARDING RELATORS' CONSOLIDATED OPPOSITION TO MOTIONS OF THE GOVERNMENT AND SUN TO DISMISS BASED ON SUBJECT MATTER JURISDICTION**

Pending is Relators' Motion to File Under Seal Unredacted Versions of Various Papers Regarding Relators' Consolidated Opposition to Motions of the Government and Sun to Dismiss Based on Subject Matter Jurisdiction ("the Motion").  Defendant opposes the Motion.[1]

It appears that the only redactions will be to Exhibit 4 because it contains the name, address, and telephone number of Relator's non-testifying expert; the Government and Sun will have unredacted versions of all other papers regarding Relators' Consolidated Opposition to the Motions to Dismiss.  Accordingly, the Court GRANTS the Motion (Doc. No. 266) and directs the Clerk of this Court to file under seal paper copies of the (a) unredacted consolidated opposition, and the following exhibits to the consolidated opposition: 2, 6, 8, 11, 13-19, 22-27, 29, and 31-32; and (b) a redacted version of Exhibit 4.  Sun's Opposition to the sealing of

---

[1]Doc. No. 270.

1

2

Relators' Motions to Seal, which was filed as a Motion (Doc. No. 270), is DENIED in part—that is, as to the sealing of the Consolidated Opposition to the Motions to Dismiss.

IT IS FURTHER ORDERED that that the filing under seal of the unredacted versions of, and service upon Sun of Relators' Exhibits 2, 4 and 31 to Relators' Consolidated Opposition to Motions of the Government and Sun to Dismiss Based on Subject Matter Jurisdiction, and the opposition memorandum, will not constitute waiver of Joint Prosecution and/or Common Interest Privileges with the Government, and/or break the Court previously ordered seal of exhibits in this case.

IT IS SO ORDERED this 22nd day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE