IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 20 2011

JAMES W. McCORMACK, CLERK
By: _____
                            DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS,<br><br>PLAINTIFFS,<br><br>vs.<br><br>SUN MICROSYSTEMS, INC., a Delaware Corporation,<br><br>DEFENDANT. | Civil Action 4:04-CV-00986 BRW |

## NOTICE OF ATTORNEYS' LIEN

PLEASE TAKE NOTICE that the law firm of Packard, Packard & Johnson, P.C. ("PPJ"), by Von G. Packard, claims an attorneys' lien upon a portion of all monies, properties, causes of action (including causes of action for violations of the False Claims Act and the Anti-Kickback Act, Breach of Contract, Payment by Mistake and Unjust Enrichment), claims and demands in suit, upon any property and/or judgment which may be awarded to the Plaintiffs and/or PPJ in this matter, and upon any money due to the Plaintiffs, Norman Rille and Neal Roberts, and/or PPJ, in the hands of the Defendants, their counsel, and/or the Government. As grounds therefor, PPJ states as follows:

1. The Plaintiffs retained PPJ to represent them in this action through attorneys Von G. Packard, Ronald D. Packard, Lon D. Packard and Craig H. Johnson.

2. The compensation agreement between PPJ and the Plaintiffs is set forth in a written Authorization and Fee Agreement ("the Contingent Fee Agreement").

3. The Plaintiffs may collect funds by way of settlement, order or judgment in this matter.

4. Plaintiffs oppose PPJ's Notice of Attorneys' Lien.

5. This notice was served by the undersigned upon Defendants, by and through their counsel of record, by certified mail return receipt requested.

6. Any dispute or controversy pertaining to this Notice of Attorneys' Lien shall be resolved pursuant to the Contingent Fee Agreement, and subject to binding, non-appealable, arbitration to be conducted pursuant to the then-existing rules of the California Judicial Arbitration Act (Cal. Code of Civil Procedure, §§ 1280, *et seq*). Such arbitration shall be brought and conducted in Los Angeles County, California.

WHEREFORE, by this notice, and by virtue of the Contingent Fee Agreement, the Plaintiffs are indebted to PPJ for a portion of all monies, properties, choses in action, claims and demands in suit, upon any property which may be awarded to the Plaintiffs and/or PPJ in this matter, and upon any money due to the Plaintiffs and/or PPJ in the hands of the Defendants, their counsel, and/or the Government, and claims a lien ahead of all others in this regard.

Respectfully submitted,
PACKARD, PACKARD & JOHNSON, P.C.

By: _____
Von G. Packard (CA SBN 74877)
Daniel W. Packard (TX SBN 791392; LA SBN 29643)
Ronald D. Packard (CA SBN 72173)
Jacquetta Bardacos (CA SBN 139211)
PACKARD, PACKARD & JOHNSON
Four Main Street, Suite 200
Los Altos, California 94022
(650) 947-7300  (Telephone)
(650) 947-7301  (Facsimile)
vpackard@packard.com

*- and -*

Lon D. Packard
Craig H. Johnson
PACKARD, PACKARD & JOHNSON
2825 Cottonwood Parkway, Suite 500
Salt Lake City, Utah 84121

## CERTIFICATE OF SERVICE

I, Von G. Packard, have served a true and correct copy of the above and foregoing document via email to the following counsel of record on this 19th day of May, 2011.

- **Michael F. Mason**
  mfmason@hhlaw.com

- **Phillip Metcalf**
  POMetcalf@hhlaw.com

- **Stuart M. Altman**
  smaltman@hhlaw.com

- **Clayton C. James**
  ccjames@hhlaw.com

- **Sarah E. Dean**
  sedean@hhlaw.com

- **Michelle Marie Kaemmerling**
  mkaemmerling@wlj.com

- **John G. Lile**
  jlile@wlj.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov,
  Maria.Altadonna@usdoj.gov

- **Michael F. Hertz**
  michael.hertz@usdoj.gov

- **Patricia R. Davis**
  pat.davis@usdoj.gov

- **Patrick Klein**
  Patrick.Klein2@usdoj.gov

- **Daniel Hugo Fruchter**
  daniel.fruchter@usdoj.gov

- **Clare Wuerker**
  Clare.Wuerker@usdoj.gov

- **Erica Blachman Hitchings**
  Erica.B.Hitchings@usdoj.gov

- **Joyce R. Branda**
  Joyce.Branda@usdoj.gov

- **Michael Bierman**;
  mbierman@luce.com,
  tdelpomar@luce.com

- **Jeffrey Wexler**;
  jwexler@luce.com,
  nttdelpomar@luce.com

I hereby certify that a copy of the foregoing document was served by U.S. Certified Mail, Return Receipt Requested, to the following counsel of record, on the 20th day of May, 2011, addressed as follows:

| **COUNSEL FOR SUN MICROSYSTEMS:** | **COUNSEL FOR UNITED STATES:** |
|---|---|
| Michael F. Mason<br>Stuart M. Altman<br>Phillip Metcalf<br>c/o Stuart M. Altman<br>Hogan Lovells US LLP-DC<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br><br>Clayton James<br>Hogan Lovells US LLP-Denver<br>One Tabor Center<br>1200 Seventeenth St., Suite 1500<br>Denver, CO 80202<br><br>John G. Lile, III<br>Michelle Marie Kaemmerling<br>c/o John G. Lile, III<br>Wright, Lindsey & Jennings-Little Rock<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201-3699 | Joyce R. Branda<br>Michael F. Hertz<br>Patricia R. Davis<br>Patrick Klein<br>Clare Wuerker<br>Erica Blachman Hitchings<br>Shannon S. Smith<br>Daniel Hugo Fruchter<br>c/o Daniel Hugo Fruchter<br>U.S. Department of Justice<br>Patrick Henry Building, Room 9142<br>601 D Street NW<br>Washington, D.C. 20004<br><br>Peter D. Keisler<br>U.S. Department of Justice<br>20 Massachusetts Avenue NW<br>Washington DC 20530 |

Von G. Packard