**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA,** *ex rel*.                                              **PLAINTIFFS**
**NORMAN RILLE and NEAL ROBERTS**

**v.**                                        **4:04-CV-00986-BRW**

**SUN MICROSYSTEMS, INC.**                                                          **DEFENDANT**

**ORDER**

Pending is Sun Microsystem Inc.'s Motion for Leave to File a Reply (Doc. No. 343) in which Sun asks to file a reply of no more than 5 pages to Packard, Packard & Johnson's position statement. The Motion is GRANTED. Any reply must be submitted by 5:00 p.m., Friday, May 25, 2012.

Also pending is Relators' Motion to File Under Seal Motion for Determination of Relators' Share of Settlement Proceeds (Doc. No. 344). Because the motion and exhibits contain information designated as protected material under the General Protective Order,[1] the Motion is GRANTED.

IT IS SO ORDERED this 15th day of May, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 103.

1