IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THE UNITED STATES OF AMERICA,**                                                                **PLAINTIFFS**
*ex rel.* **NORMAN RILLE and**
**NEAL ROBERTS**

**VS.**                                          **4:04-CV-00986-BRW**

**SUN MICROSYSTEMS, INC.**                                                                      **DEFENDANT**

## ORDER

The parties have correctly pointed out[1] that the concluding paragraph of the order entered on March 24, 2016,[2] contained a clerical error as to how much costs Relators are entitled. Relators are awarded $3,738.50 in costs for the work done by Wilson, Engstrom, Corum, and Coulter ("WECC").[3]

IT IS SO ORDERED this 19th day of July, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 390.

[2] Doc. No. 387 (as amended by the March 28, 2016 Order – Doc. No. 389).

[3] $2,763.50 (1/8 of $22,108) in general expenses, plus $975 in Sun-exclusive expenses.